USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., et al.,

       Plaintiffs,

  v.

DOES 1-39,

       Defendants.

21-CV-3486 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  This action was filed under seal. As Defendants have now been served, the case no longer requires sealing. The Clerk of Court is respectfully directed to unseal this case and all documents that have heretofore been filed in conjunction with it.

  Plaintiff is directed to send a copy of this order to all Defendants.

SO ORDERED.

Dated: May 13, 2021
    New York, New York

                Ronnie Abrams
                United States District Judge