JUDGE ABRAMS

**21 CV 03486**

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., and MCGRAW HILL LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>DOES 1 - 39 d/b/a ABOOKS.ORG, AIRBOOKS.ORG, AUDIOBOOKSBOOKSHOP.COM, AZ-TESTBANK.COM, BUY-TEST-BANK.ORG, COURSESEXAMS.COM, DOWNLOADAID.COM, EBOOKCLEAR.COM, EASYTAXEXAM.COM, EAZYQUIZ.COM, EDUWORKLAB.COM, FINDTESTBANK.COM, GLORIA-SOLUTION-MANUAL.COM, GROWMYGRADE.COM, HOMEWORKMERIT.COM, ISMTESTBANK.COM, JOYCEBROS.COM, LOVETESTBANK.COM, MAXOOP.COM, NURSINGTB.COM, RESOURCESFORINSTRUCTORS.COM, TEACHINGRESOURCESHUB.COM, SOLUTIONEXAM.COM, STAEQUIZ.COM, TBZUIQE.COM, STUDENTS-CENTER.COM, TEACHINGRESOURCESSTORE.COM, TEST2020BANK.COM, TESTANDSOLUTION.COM, TESTBANKBLOCK.COM, TESTBANKEXAM.COM, TESTBANKRUSH.COM, TESTBANKSCORE.COM, TESTBANKSOLUTIONMANUAL01.COM, TESTBANKSONLINE.COM, TESTBANKSUCCESS.COM, TESTBANKTOWN.COM, TESTBANKWORLD.BLOGSPOT.COM, TESTTHEBANK.COM, THETESTBANK.ORG, TUTORSECTION.COM, and VAROKEE.COM,<br><br>          Defendants. | **Civil Action No. 1:21-mc-00402**<br><br>**[SEALED] [PROPOSED] TEMPORARY SEALING ORDER** |

Plaintiffs, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal.  The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level.

Dated:

New York, New York
*April 20, 2021*

_____
United States District Judge
*Part I*

*This Order shall expire and the Clerk shall unseal the case in 21 days unless the sealing is extended by the judge to whom the case is assigned.*