UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., et al., | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 05/18/2021 |

PEARSON EDUCATION, INC., et al.,

                 Plaintiffs,

    v.

DOES 1-39,

                 Defendants.

21-CV-3486 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the attached email. Plaintiffs are directed to file a response no later than May 20, 2021.

SO ORDERED.

Dated:    May 18, 2021
             New York, New York

                                              Ronnie Abrams
                                            United States District Judge

# Fwd: Pearson Education, Inc. et al. v. Does 1 d/b/a abooks.org et al., 21cv3486

**Haroon Mansha** <haroon.mansha@gmail.com>
Sat 5/15/2021 2:59 AM

**To:** Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov>

📎 **3 attachments** (3 MB)
2021.05.14 TB2 Letter Motion to File PI Under Seal.pdf; 2021.05.14 Proposed Preliminary Injunction + Exs - REDACTED.pdf; 2021.05.14 Fleischman Decl ISO PI + Exs - REDACTED.pdf;

**CAUTION - EXTERNAL:**

The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Dear Sir,

I am Haroon Mansha from Pakistan is doing a Freelancing agency work, and my account have been freeze by Payoneer under the notice attached. I have already approached the Oppenheim + Zebrak, LLP and explained that i have never been associated or worked for such website . My account which received the payment is because we provided services for a customer to which we provided the services for Amazon .So we are also like the victims of Fraudulent Transaction.

Previously in their notice they served are without having my name on it , But today i received the notice attached herewith with my name on it. I have also provided Oppenheim + Zebrak, LLP the details of my amazon customer as well, but i dont know how to settle the matter any further.

Sir, I assure you that i am not the bad person doing infringement and you are requested to clear my name from this..

Thanks and Regards
Haroon Mansha

---------- Forwarded message ---------
From: **Publisher Lawsuit Communications** <comms.publisher.lawsuit@oandzlaw.com>
Date: Sat, May 15, 2021 at 6:03 AM
Subject: Re: Pearson Education, Inc. et al. v. Does 1 d/b/a abooks.org et al., 21cv3486
To:
Cc: Publisher Lawsuit Communications <comms.publisher.lawsuit@oandzlaw.com>

Dear Defendants:

We represent Plaintiffs Pearson Education, Inc., Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Elsevier Inc., and McGraw Hill LLC ("Plaintiffs") in the above-referenced action. Attached is Plaintiffs' Proposed Preliminary Injunction, Declaration in Support of the Preliminary Injunction, and a Letter Motion to Seal the Preliminary Injunction.

If you or your counsel would like to discuss a resolution of this matter, please contact me as soon as possible using my contact information below.

**Counsel for Plaintiffs Pearson Education, Inc., Elsevier Inc., Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, and McGraw Hill LLC.**

Matthew Fleischman

**Oppenheim + Zebrak, LLP**

4530 Wisconsin Avenue, NW | 5th Floor

Washington, DC 20016

202.480.2965 (direct) | 866.766.1678 (fax)

Fleischman@oandzlaw.com | www.oandzlaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.