UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., and MCGRAW HILL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 - 39 d/b/a ABOOKS.ORG, AIRBOOKS.ORG, AUDIOBOOKSBOOKSHOP.COM, AZ-TESTBANK.COM, BUY-TEST-BANK.ORG, COURSESEXAMS.COM, DOWNLOADAID.COM, EBOOKCLEAR.COM, EASYTAXEXAM.COM, EAZYQUIZ.COM, EDUWORKLAB.COM, FINDTESTBANK.COM, GLORIA-SOLUTION-MANUAL.COM, GROWMYGRADE.COM, HOMEWORKMERIT.COM, ISMTESTBANK.COM, JOYCEBROS.COM, LOVETESTBANK.COM, MAXOOP.COM, NURSINGTB.COM, RESOURCESFORINSTRUCTORS.COM, TEACHINGRESOURCESHUB.COM, SOLUTIONEXAM.COM, STAEQUIZ.COM, TBZUIQE.COM, STUDENTS-CENTER.COM, TEACHINGRESOURCESTORE.COM, TEST2020BANK.COM, TESTANDSOLUTION.COM, TESTBANKBLOCK.COM, TESTBANKEXAM.COM, TESTBANKRUSH.COM, TESTBANKSCORE.COM, TESTBANKSOLUTIONMANUAL01.COM, TESTBANKSONLINE.COM, TESTBANKSUCCESS.COM, TESTBANKTOWN.COM, TESTBANKWORLD.BLOGSPOT.COM, TESTTHEBANK.COM, THETESTBANK.ORG, TUTORSECTION.COM, and VAROKEE.COM,<br><br>Defendants. | Civil Action No. 21-cv-3486-RA<br><br>[PROPOSED] PRELIMINARY INJUNCTION |

Plaintiffs Pearson Education, Inc., Elsevier Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., and McGraw Hill LLC (collectively, "Plaintiffs") have moved for a Preliminary Injunction against Defendants Does 1 – 39 (collectively, "Defendants") doing business as, respectively, abooks.org, airbooks.org, audiobooksbookshop.com, az-testbank.com, buy-test-bank.org, coursesexams.com, downloadaid.com and ebookclear.com, easytaxexam.com, eazyquiz.com, eduworklab.com, findtestbank.com, gloria-solution-manual.com, growmygrade.com, homeworkmerit.com, ismtestbank.com, joycebros.com, lovetestbank.com, maxoop.com, nursingtb.com, resourcesforinstructors.com and teachingresourceshub.com, solutionexam.com, staequiz.com and tbzuiqe.com, students-center.com, teachingresourcesstore.com, test2020bank.com, testandsolution.com, testbankblock.com, testbankexam.com, testbankrush.com, testbankscore.com, testbanksolutionmanual01.com, testbanksonline.com, testbanksuccess.com, testbanktown.com, testbankworld.blogspot.com, testthebank.com, thetestbank.org, tutorsection.com, and varokee.com, and those additional, currently known websites owned and/or operated by Defendants identified on **Appendix A** hereto (the "Infringing Sites"), and under the currently known names, aliases, and email addresses identified on **Appendix A**. Plaintiffs so move the Court on the basis that Defendants are reproducing, distributing, and selling unauthorized electronic copies of Plaintiffs' copyrighted test banks, instructor solutions manuals ("ISMs"), and/or textbooks, and certain Defendants are using in commerce unauthorized identical or substantially indistinguishable copies of Plaintiffs' federally registered trademarks in connection with the distribution, sale, and/or offering for sale of such infringing materials.

The Court, having reviewed the Complaint, the Memorandum of Law in Support of Plaintiffs' Application for a Temporary Restraining Order, Expedited Discovery Order, Order

Authorizing Alternate Service, and Order to Show Cause for Preliminary Injunction (the "Application"), the declarations filed in support of the Application, the Declaration of Matthew I. Fleischman filed in support of the Preliminary Injunction, and the entire record herein, makes the following findings of fact and conclusions of law:

1. Plaintiffs have served Defendants with the Complaint and the exhibits thereto, the Court's April 22, 2021 *Ex Parte* Order ("the *Ex Parte* Order") granting the Application, and the other papers filed in this case, as set forth in the Declaration of Service of Process filed by Plaintiffs on May 12, 2021.

2. The Court has personal jurisdiction over Defendants under N.Y. C.P.L.R. § 302(a), including on the grounds that Defendants sell unauthorized copies of Plaintiffs' test banks, ISMs, and/or textbooks through highly interactive websites that are continuously accessible to New York consumers and/or have sold such infringing materials to New York consumers, and Plaintiffs have been injured in New York by Defendants' infringing conduct.

3. Plaintiffs are likely to succeed in showing that Defendants have infringed and are continuing to infringe Plaintiffs' federally registered copyrights in connection with Defendants' reproduction, distribution, and/or sale of unauthorized copies of Plaintiffs' test banks, ISMs, and/or textbooks, including via the Infringing Sites. Plaintiffs are also likely to succeed in showing that the Defendants against whom they have asserted trademark infringement claims in the Complaint have infringed and are continuing to infringe Plaintiffs' federally registered trademarks in connection with Defendants' reproduction, distribution, sale, and/or offering for sale of unauthorized copies of Plaintiffs' test banks, ISMs, and/or textbooks.

4. The reproduction, distribution, sale, and/or offering for sale of the unauthorized copies of Plaintiff's test banks, ISMs, and/or textbooks, and the infringing use of copies of

3

Plaintiffs' trademarks in connection with the distribution, sale, and offering for sale of Plaintiffs' works, will result in immediate and irreparable injury to Plaintiffs if the requested relief is not granted.

5. The balance of potential harm to Defendants, if any, by being prevented from continuing to profit from their illegal and infringing activities if a Preliminary Injunction is issued is far outweighed by the harm to Plaintiffs, their businesses, and the value associated with Plaintiffs' copyrights and trademarks if a Preliminary Injunction is not issued. Defendants are not harmed by being prevented from continuing to profit from illegal and infringing activities.

6. Public interest favors issuance of a Preliminary Injunction in order to protect Plaintiffs' interest in and to their respective copyrights and trademarks and to protect the public from the harm caused by Defendants' infringing sales, which encourage and facilitate cheating and negatively impact the educational process in the United States.

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), the Lanham Act (15 U.S.C. § 1116(a)), N.Y. C.P.L.R. §§ 6201 *et al.*, and the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, that:

1. Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Preliminary Injunction, are enjoined from:

   a) Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Copyrighted Works"), i.e., any copyrighted work published under any of the imprints identified on Exhibit C to the Complaint (attached hereto as **Appendix B**)

(the "Imprints");

b) Directly or indirectly infringing any trademark that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Marks"), including such trademarks associated with the Imprints;

c) Copying, reproducing, manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, promoting, or otherwise exploiting any of Plaintiffs' Copyrighted Works without Plaintiffs' express written permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

d) Copying, reproducing, using in connection with manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, or promoting goods or services, or otherwise using in commerce, Plaintiffs' Marks without Plaintiffs' express written permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

e) Using, hosting, operating, maintaining, creating, providing, or registering any computer server, website, domain name, domain name server, cloud storage, e-commerce platform, online advertising service, social media platform, proxy service (including reverse and forwarding proxies), website optimization service (including website traffic management), caching service, content delivery network, payment processing service, or other service of a similar manner to support the Infringing Sites or otherwise

enable, facilitate, permit, assist, solicit, encourage, or induce Defendants' infringement of Plaintiffs' Copyrighted Works or Plaintiffs' Marks;

f) Transferring ownership or control of the websites, domain names, or accounts associated with Defendants' Infringing Sites; and

g) Displaying the Infringing Sites in online search results and/or listing links to the Infringing Sites in any search index.

2. Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Preliminary Injunction, and service providers to Defendants or other third parties who receive actual notice of this Preliminary Injunction and operate or control accounts holding or receiving money or other assets owned by, related to, connected to, associated with, held by, or transferred in connection with Defendants' Infringing Sites or Defendants' sale of Plaintiffs' Copyrighted Works ("Defendants' Accounts"), must immediately locate all of Defendants' Accounts and immediately cease transferring, withdrawing, or otherwise disposing of any money or other assets in Defendants' Accounts or allowing such money or other assets in Defendants' Accounts to be transferred, withdrawn, or otherwise disposed of. Defendants' Accounts include, but are not limited to: (i) Defendants' Accounts with providers of payment processing services ("Payment Processors"), such as PayPal and Stripe; and (ii) Defendants' Accounts with banks, savings and loan associations, credit card processing agencies, merchant acquiring banks, and other companies that engage in the processing or transfer of money and/or other assets ("Financial Institutions"), including but not limited to those accounts listed on **Appendix C** hereto.

IT IS FURTHER ORDERED that Defendants shall preserve copies of all computer files relating to the Infringing Sites or Defendants' sale of Plaintiffs' Copyrighted Works or use of

Plaintiffs' Marks and shall take all steps necessary to retrieve computer files relating to the same that may have been deleted before the entry of this Order.

IT IS FURTHER ORDERED that the Expedited Discovery Order and the Order Authorizing Alternate Service contained in the *Ex Parte* Order shall remain in effect until further order of the Court.

IT IS FURTHER ORDERED that this Preliminary Injunction shall no longer apply to any Defendant dismissed from this action.

**Plaintiffs shall also serve the publicly filed copy of this order on Defendants in the manner provided for in the Court's April 22, 2021 order. Plaintiffs shall file an update on the status of this litigation on or before June 30, 2021.**

It is SO ORDERED this  19   day of May, 2021, at  9:30  a.m./~~p.m~~.

Honorable Ronnie Abrams
UNITED STATES DISTRICT JUDGE

PRELIMINARY INJUNCTION
*Pearson Education, Inc. et al.*
*v.*
*Does 1-39 d/b/a abooks.org et al.*

# APPENDIX A

Appendix A

| Doe | Defendant d/b/a | Associated Website | Email Address | Name or Alias | Business Name |
|---|---|---|---|---|---|
| 1 | abooks.org | | garyjakubowski1263@gmail.com | Kien Quyet Tran | |
| 1 | abooks.org | | thong@dangnhanhonline.com | Jessica Yichun | |
| 1 | abooks.org | | thong@dangnhanhonline.com | Thông Huỳnh Minh Hoàng | |
| 2 | airbooks.org | | support@airbooks.org | Liang Chen | Jiangsu Youche Tesco Automobile Sales Co., Ltd. |
| 2 | airbooks.org | | to4934@foxmail.com | | |
| 3 | audiobooksbookshop.com | | admin@audiobooksbookshop.com | Mohammed Haseev | |
| 3 | audiobooksbookshop.com | | amnamrizvi@gmail.com | Amna Rizvi | |
| 3 | audiobooksbookshop.com | | amnamrizvi@gmail.com | Susan Ragon | RaisingReaders |
| 3 | audiobooksbookshop.com | | anjumakhter@gmail.com | Anjum Akhter | |
| 3 | audiobooksbookshop.com | | bergerons773@gmail.com | Calvin Polansky | Caliv Cup |
| 3 | audiobooksbookshop.com | | DebraTKolb63@gmail.com | Lance Michael Palanica | |
| 3 | audiobooksbookshop.com | egglestonoffice.com | debratkolb63@gmail.com | Sherry Sanders | Egglestonoffice |
| 3 | audiobooksbookshop.com | | dylanshetler1999@gmail.com | Kathleen Darling | |
| 3 | audiobooksbookshop.com | | haroon.mansha@gmail.com | Haroon Mansha | |
| 3 | audiobooksbookshop.com | | haseeb@defence.pk | Sample Jelani | |
| 3 | audiobooksbookshop.com | jimdavisbooks.com | haseeb@defence.pk | Evan Lai | Jim Davis Books |
| 3 | audiobooksbookshop.com | | marc.condon991@outlook.com | Marc Condon | Ehoststudybooks |
| 3 | audiobooksbookshop.com | | rosalaumen@outlook.com | Rosa Laumen | |
| 3 | audiobooksbookshop.com | | sunfawei21@gmail.com | Leannee Karen Droessler | |
| 3 | audiobooksbookshop.com | | yearlbtvww632@gmail.com | Sandra Galindo | Same Day Pro Movers |
| 3 | audiobooksbookshop.com | awakebookstore.coom | | | |
| 3 | audiobooksbookshop.com | blatbooks.com | | | |
| 3 | audiobooksbookshop.com | duranbooks.net | charlesallen115194@gmail.com | | |
| 3 | audiobooksbookshop.com | duranbooks.net | support@duranbooks.com | | |
| 3 | audiobooksbookshop.com | | contact@ctextbooks.com | | |
| 3 | audiobooksbookshop.com | | useltonbrendon858927@gmail.com | | |
| 3 | audiobooksbookshop.com | | minniertamika4928153@gmail.com | | |
| 3 | audiobooksbookshop.com | audiobooksbs.com | | | |
| 4 | az-testbank.com | | A.ZTestBank.Info@gmail.com | | |
| 4 | az-testbank.com | | contact@webfordesign.us | Idtnaine Abdellah | Aztestbank |
| 4 | az-testbank.com | | | Said Ouakrim | |
| 5 | buy-test-bank.org | | aaltaweel26@yahoo.com | Ahmad Altaweel | |
| 5 | buy-test-bank.org | | info@buy-test-bank.org | | |
| 5 | buy-test-bank.org | | the_vision19@yahoo.com | Faris Lahham | |
| 5 | buy-test-bank.org | | the_vision19@yahoo.com | Mahdi Alsanoussi | |
| 5 | buy-test-bank.org | testbank4u.com | noreply@sendowl.com | Robin Aragorn | |
| 6 | coursesexams.com | coursesexams.com | admin@allnurses.site | Reza Faheem Ahmad | Courses Exams |
| 6 | coursesexams.com | | coursesexams@gmail.com | | |
| 6 | coursesexams.com | | coursesexams@yahoo.com | | |
| 6 | coursesexams.com | | Infoibex0@gmail.com | Savannah Stiba | Ibex |
| 6 | coursesexams.com | | jcobharry9312@gmail.com | Syed Raza | Edu-con |
| 6 | coursesexams.com | | mohsinbrolive@gmail.com | Abdul Samad | Syed Raza |
| 6 | coursesexams.com | | noreply@sendowl.com | | |
| 6 | coursesexams.com | | sierracortneyjenifer87@gmail.com | Savannah Stiba | |
| 6 | coursesexams.com | | syedraza000111@gmail.com | Syed Raza | |

**Appendix A**

| Doe | Defendant d/b/a | Associated Website | Email Address | Name or Alias | Business Name |
|---|---|---|---|---|---|
| 6 | coursesexams.com | | xvid2014@gmail.com | Abderrahmane Lasri | |
| 7 | downloadaid.com | | SharpeAmena1990@gmail.com | Cuong Manh Can | STV Service |
| 7 | downloadaid.com | | support@downloadaid.com | | |
| 7 | downloadaid.com | | testbankgood@gmail.com | Fuong Do | |
| 7 | ebookclear.com | | alijohnny2009@gmail.com | | |
| 7 | ebookclear.com | | donna_summer99@yahoo.com | | |
| 7 | ebookclear.com | | downloadablesolutions@hotmail.com | John Doe | Downloadable Solutions |
| 7 | ebookclear.com | | ebookclear@gmail.com | | |
| 7 | ebookclear.com | | PeterHaris1991@gmail.com | | |
| 7 | ebookclear.com | | ruisemino@hotmail.com | | |
| 7 | ebookclear.com | | SharpeAmena1990@gmail.com | | |
| 7 | ebookclear.com | | support@ebookclear.com | | |
| 8 | easytaxexam.com | | admin@easytaxexam.com | | |
| 8 | easytaxexam.com | | najjitraders@gmail.com | Mustapha Najji | |
| 9 | eazyquiz.com | | easyquiz09@gmail.com | | |
| 9 | eazyquiz.com | | ssoothing1@gmail.com | Muhammad Hamza Afzal | Algobit LTD |
| 10 | eduworklab.com | | admin@eduworklab.com | | |
| 10 | eduworklab.com | | gandjlondonfashion@outlook.com | | |
| 11 | findtestbank.com | | fm-tb@hotmail.com | Faisal Majid | |
| 11 | findtestbank.com | | ftestbank@gmail.com | | |
| 11 | findtestbank.com | | kh-itb@hotmail.com | Khalid Ibrahim | |
| 12 | gloria-solution-manual.com | | docsmtb@hotmail.com | | |
| 12 | gloria-solution-manual.com | | fullmarkteam@live.com | Alina Clark | |
| 12 | gloria-solution-manual.com | | project_number@hotmail.com | | |
| 12 | gloria-solution-manual.com | | project.2215@hotmail.com | | |
| 12 | gloria-solution-manual.com | | SSTPAY@hotmail.com | Ali Samy | |
| 12 | gloria-solution-manual.com | | | Alina Clark | |
| 12 | gloria-solution-manual.com | test-bank-world.com | | Alina Clark | |
| 12 | gloria-solution-manual.com | buy-solutions-manual.com | sale@buy-solutions-manual.com | Alina Clark | |
| 12 | gloria-solution-manual.com | testbank-exams.com | | Alina Clark | |
| 12 | gloria-solution-manual.com | onlinetestbank.net | basma2iyad@hotmail.com | | |
| 13 | growmygrade.com | | payment@growmygrade.com | Ramya Mani | |
| 14 | homeworkmerit.com | | aatif@flashedcoder.com | | |
| 14 | homeworkmerit.com | | abida.zainab@gmail.com | | |
| 14 | homeworkmerit.com | | abidairtaza@yahoo.com | | |
| 14 | homeworkmerit.com | | adeel@irtaza.com | | |
| 14 | homeworkmerit.com | | ashelper786@gmail.com | | |
| 14 | homeworkmerit.com | | atif@irtaza.com | | |
| 14 | homeworkmerit.com | | atif1286@yahoo.com | | |
| 14 | homeworkmerit.com | | expert@baduhost.com | | |
| 14 | homeworkmerit.com | | friendlytutor2002@gmail.com | Nazir Hussain | Online Homework Market |
| 14 | homeworkmerit.com | | haadisys@flashedcoder.com | | |
| 14 | homeworkmerit.com | | homeworkmerit@gmail.com | | |
| 14 | homeworkmerit.com | | jincoder2012@gmail.com | | |
| 14 | homeworkmerit.com | | jsons6002@gmail.com | John Ali | Hussnain |

Pearson Education, Inc. et al. v. Does 1-39 d/b/a abooks.org et al.

Page 2 of 6

**Appendix A**

| Doe | Defendant d/b/a | Associated Website | Email Address | Name or Alias | Business Name |
|---|---|---|---|---|---|
| 14 | homeworkmerit.com | | majid@tribe361.com | | |
| 14 | homeworkmerit.com | | majidhassan10@hotmail.com | | |
| 14 | homeworkmerit.com | | masterji@flashedcoder.com | | |
| 14 | homeworkmerit.com | | me@irtaza.com | Salman Ali | BaduHost |
| 14 | homeworkmerit.com | | mohsin@flashedcoder.com | | |
| 14 | homeworkmerit.com | | mohsinbrolive@gmail.com | Eijazulhaq U Nizami | |
| 14 | homeworkmerit.com | | mohsinbrolive@gmail.com | Jessy Ajoke | Homework Merit |
| 14 | homeworkmerit.com | | mohsinraza@irtaza.com | | |
| 14 | homeworkmerit.com | | mypaypal@irtaza.com | | |
| 14 | homeworkmerit.com | | numberonetutor274@gmail.com | Syed Irtaza Hussain | |
| 14 | homeworkmerit.com | | numberonetutor472@gmail.com | | |
| 14 | homeworkmerit.com | | payment@allfinalexamsanswers.com | | |
| 14 | homeworkmerit.com | | paypal@flashedcoder.com | | |
| 14 | homeworkmerit.com | | paypal@isutler.com | | |
| 14 | homeworkmerit.com | | rrazaaza@gmail.com | Syed Atif Raza | Homework Merit |
| 14 | homeworkmerit.com | | shagusherry@gmail.com | | |
| 14 | homeworkmerit.com | | smhlive@gmail.com | | |
| 14 | homeworkmerit.com | | syed.irtaza@gmail.com | | |
| 14 | homeworkmerit.com | | syedmohsin_raza90@yahoo.com | | |
| 14 | homeworkmerit.com | | tvembed@gmail.com | | |
| 14 | homeworkmerit.com | | vstream.eu@gmail.com | | |
| 14 | homeworkmerit.com | | waseee@flashedcoder.com | | |
| 14 | homeworkmerit.com | | wasif@irtaza.com | | |
| 14 | homeworkmerit.com | | work20team@gmail.com | Syed Irtaza Hussain | FlashedCoder |
| 14 | homeworkmerit.com | | worldcheater75@yahoo.com | | |
| 15 | ismtestbank.com | | admin@ismtestbank.com | Yi Shi | testbank |
| 15 | ismtestbank.com | | billing@offshorededi.com | | |
| 15 | ismtestbank.com | | donaldshi@gmail.com | Yi Shi | |
| 15 | ismtestbank.com | | offshorededi@hotmail.com | | OffshoreDedi |
| 15 | ismtestbank.com | | payments@offshorededi.com | | |
| 15 | ismtestbank.com | | service@ismtestbank.com | Jie Chen | testbank |
| 15 | ismtestbank.com | | service@ismtestbank.com | Jie Chen | ISMTB |
| 15 | ismtestbank.com | | solutiontestbank@163.com | Mike Jojo | UMC |
| 15 | ismtestbank.com | | solutiontestbank@163.com | Academic eBook | Academic eBook |
| 15 | ismtestbank.com | | solutiontestbank@163.com | Yi Shi | Istb |
| 15 | ismtestbank.com | | support@offshorededi.com | | |
| 15 | ismtestbank.com | imtestbank.com | | | |
| 15 | ismtestbank.com | solutiontestbank.com | | | |
| 16 | joycebros.com | | larrypdx20@gmail.com | Edna Caoagdan | |
| 16 | joycebros.com | | platfox@vvn.us | Henry Johnson | Platfox LLC |
| 16 | joycebros.com | | support@joycebros.com | | |
| 16 | joycebros.com | bookcasebooks.com | | | |
| 16 | joycebros.com | gillcampbell.com | | | |
| 16 | joycebros.com | alibi-books.com | | | |
| 16 | joycebros.com | o2books.com | | | |

*Pearson Education, Inc. et al. v. Does 1-39 d/b/a abooks.org et al.*

**Appendix A**

| Doe | Defendant d/b/a | Associated Website | Email Address | Name or Alias | Business Name |
|---|---|---|---|---|---|
| 17 | lovetestbank.com | | lovetestbank.com@gmail.com | | |
| 17 | lovetestbank.com | | Mohalinalixa@gmail.com | | |
| 17 | lovetestbank.com | | nguyenphucduong23@gmail.com | Phuc Duong Nguyen | Nguyen Thi Khuyen |
| 18 | maxoop.com | | abdrahimkarim@outlook.com | Abd Rahim Bin Karim | Raka 90 Enterprise |
| 18 | maxoop.com | | elviprodu@outlook.com | | |
| 19 | nursingtb.com | super-grades.com | fahed.quttaineh@gmail.com | Fahed Quttainah | Super Grades LTD |
| 19 | nursingtb.com | | fahedq@icloud.com | Fahed Quttainah | Fah |
| 19 | nursingtb.com | highgrades.net | mansour.m83m@gmail.com | Mansour Mansour | High Grades LTD |
| 19 | nursingtb.com | | nursetb2020@gmail.com | | |
| 19 | nursingtb.com | | nursingtb.cs@gmail.com | Fahed Ali Khalil Quttainah | |
| 19 | nursingtb.com | | sales@datasooq.com | | |
| 19 | nursingtb.com | | tbsales2020@gmail.com | Bahaa Hamdan | |
| 20 | resourcesforinstructors.com | | pgalkin1990@gmail.com | | |
| 20 | resourcesforinstructors.com | | resourcesforinstructors@gmail.com | | |
| 20 | teachingresourceshub.com | | admin@teachingresourceshub.com | | |
| 20 | teachingresourceshub.com | | customerservice@teachingresourceshub.com | | |
| 20 | teachingresourceshub.com | | pgalkin1990@gmail.com | | |
| 21 | solutionexam.com | | hanh2338@yandex.com | | |
| 21 | solutionexam.com | | hanh3823@gmail.com | | |
| 21 | solutionexam.com | | hanh3823@yandex.com | Hoang Anh Thi Lan | Moco Wells Retailer |
| 21 | solutionexam.com | | solutionexam.com@gmail.com | | |
| 22 | staequiz.com | | 444rahamali@gmail.com | Nouman Malik | |
| 22 | staequiz.com | | aexisharbor09@gmail.com | | |
| 22 | staequiz.com | easyquiz.com | nouman6365@gmail.com | Nouman Malik | Spinwoop |
| 22 | staequiz.com | | nouman6365@gmail.com | Syed Hasnain Raza | |
| 22 | staequiz.com | | quizsol99@gmail.com | Mmalik 34 | |
| 22 | staequiz.com | | quizsol99@gmail.com | Farah Maqsood | |
| 22 | staequiz.com | | rockn786@outlook.com | | |
| 22 | staequiz.com | | ssoothing1@gmail.com | | |
| 22 | staequiz.com | | tbzuiqe@gmail.com | Nouman Malik | |
| 22 | staequiz.com | | whisperhills@gmail.com | Nouman Malik | |
| 22 | staequiz.com | | whisperhills@gmail.com | Jamshaid Nazar | |
| 22 | staequiz.com | acehomework.net | | | |
| 22 | staequiz.com | quizsol.com | | | |
| 22 | staequiz.com | quizsolutions.online | | | |
| 22 | staequiz.com | quizsolutions.site | | | |
| 22 | staequiz.com | equizmart.com | | | |
| 22 | staequiz.com | agradedsolutions.com | | | |
| 22 | staequiz.com | answerbanks.com | | | |
| 22 | tbzuiqe.com | | quizsol99@gmail.com | Mmalik 34 | |
| 22 | tbzuiqe.com | | ssoothing1@gmail.com | | |
| 22 | tbzuiqe.com | | Tbzuiqe@gmail.com | | |
| 23 | students-center.com | | centertestbank@gmail.com | | |
| 23 | students-center.com | | kh-itb@hotmail.com | Khalid Ibrahim | |
| 23 | students-center.com | | rashed-atb@hotmail.com | Rashed Al Shobaki | |

**Appendix A**

| Doe | Defendant d/b/a | Associated Website | Email Address | Name or Alias | Business Name |
|---|---|---|---|---|---|
| 23 | students-center.com | center-students.com | | | |
| 24 | teachingresourcesstore.com | | info@teachingresourcesstore.com | | |
| 24 | teachingresourcesstore.com | | petrgalkin@iwebsolutions.ru | | |
| 25 | test2020bank.com | | admin@test2020bank.com | | |
| 25 | test2020bank.com | | ms6189782@gmail.com | | |
| 26 | testandsolution.com | | irina.sabirova.78@gmail.com | | |
| 26 | testandsolution.com | | testandsolution@gmail.com | | |
| 27 | testbankblock.com | | Nasumspill@gmail.com | Huong Thi Do | Tb Tree |
| 27 | testbankblock.com | | rogerfavors641@gmail.com | | |
| 27 | testbankblock.com | | support@testbankblock.com | | |
| 28 | testbankexam.com | | contact@testbankexam.com | | |
| 28 | testbankexam.com | | fulkersoncli@gmail.com | Tuan Duong Anh | Nguyen Van Chung |
| 28 | testbankexam.com | | testbankexam.com@gmail.com | | |
| 28 | testbankexam.com | | testbankteam247@gmail.com | | |
| 29 | testbankrush.com | | maganahaze@gmail.com | LinhNguyen Thuy | Le Ngoc Thuy |
| 29 | testbankrush.com | | maganahaze@zoho.com | | |
| 29 | testbankrush.com | | maganahaze@zohomail.com | | |
| 29 | testbankrush.com | | testbankrush.com@gmail.com | | |
| 30 | testbankscore.com | | alextbsmim@gmail.com | Patrick Smith | Patrick Smith |
| 30 | testbankscore.com | | billing@solidtechdev.com | Patrick Andre Smith | |
| 30 | testbankscore.com | | cocoa1231@disroot.org | | |
| 30 | testbankscore.com | | cocoabutterface@gmail.com | | |
| 30 | testbankscore.com | | contact@flaunt7.com | Vikhyat Singh | |
| 30 | testbankscore.com | | contact@flaunt7.com | Ranjan Kaushal | Flaunt7 |
| 30 | testbankscore.com | | ikenosmith@gmail.com | | |
| 30 | testbankscore.com | | info@testbankscore.com | | |
| 30 | testbankscore.com | | jatinkaushal280@gmail.com | | |
| 30 | testbankscore.com | | mikey87@protonmail.com | Mike Wallace | |
| 30 | testbankscore.com | | mikeyicwi@gmail.com | | |
| 30 | testbankscore.com | | payments@flaunt7.com | | |
| 30 | testbankscore.com | | ranjankaushal@yahoo.com | | |
| 30 | testbankscore.com | | rickz80@protonmail.com | Mike Wallace | |
| 30 | testbankscore.com | | solidtech@shoppinwiz.com | | |
| 30 | testbankscore.com | | solutiontbim@gmail.com | | |
| 30 | testbankscore.com | | sujiticw@gmail.com | Patrick Smith | Web Tech |
| 30 | testbankscore.com | | support@solidtechdev.com | | |
| 30 | testbankscore.com | | support@testbankscore.com | | |
| 30 | testbankscore.com | testbankpass.com | | | |
| 30 | testbankscore.com | testbankpaper.com | | | |
| 30 | testbankscore.com | testbankquestions.com | | | |
| 30 | testbankscore.com | marketeerz.net | | | |
| 30 | testbankscore.com | testbankclasses.com | | | |
| 31 | testbanksolutionmanual01.com | | admin@testbanksolutionmanual01.com | | |
| 32 | testbanksonline.com | | sureshk@utenix.com | Ramya Mani | Scholaron utenix technologies private limited |
| 33 | testbanksuccess.com | | annguyen_you@gmail.com | Cody Ashley | |

Appendix A

| Doe | Defendant d/b/a | Associated Website | Email Address | Name or Alias | Business Name |
|---|---|---|---|---|---|
| 33 | testbanksuccess.com | | contact@testbanksuccess.com | An Nguyen Hoang Thien | Test Bank Success |
| 33 | testbanksuccess.com | | eduguideservice@gmail.com | Lin Lam | |
| 33 | testbanksuccess.com | | newachievementco@gmail.com | Sang Le | Le Sang |
| 33 | testbanksuccess.com | | testbankdocs@gmail.com | | |
| 34 | testbanktown.com | | admin@testbanktown.com | | |
| 34 | testbanktown.com | | ericaruiz199867@gmail.com | Terrence Buchanan | |
| 34 | testbanktown.com | | smbstore@gmail.com | Jill Rocky | |
| 34 | testbanktown.com | | smbstore@gmail.com | SMTB Store | |
| 35 | testbankworld.blogspot.com | | ouakrim@gmail.com | | |
| 35 | testbankworld.blogspot.com | | update.ouakrim1@gmail.com | | |
| 36 | testthebank.com | | ConnorCarney1974@gmail.com | Thu Duc Nguyen | TND Services |
| 36 | testthebank.com | | support@testthebank.com | | |
| 37 | thetestbank.org | | crystal52beagley@gmail.com | Alejandro Vera | Alejandro Vera |
| 38 | tutorsection.com | | creatikcode@gmail.com | Hammad Yousaf | |
| 38 | tutorsection.com | | info@tutorsection.com | | |
| 38 | tutorsection.com | | studentshelp@hotmail.com | | |
| 38 | tutorsection.com | | zohaib_uk@yahoo.co.uk | | |
| 39 | varokee.com | | abbyidelle99134@gmail.com | Samatha Ngan Le Tran | Clothes to Kids Inc abbyidelle |
| 39 | varokee.com | | cardpayment@enapar.xyz | Raymond F Reno | Enapar |
| 39 | varokee.com | | cardpayment@popkein.xyz | William George | Popkein |
| 39 | varokee.com | | cardpayment@sumoug.xyz | Christy M Atkins | Sumoug |
| 39 | varokee.com | | cardsupport@dweear.xyz | Christopher H Revels | Deweear |
| 39 | varokee.com | | contact@trouserstv.store | Joseph P VanHarken | TrousersTV |
| 39 | varokee.com | | contact@varokee.com | | |
| 39 | varokee.com | | dd.nhat.bkhn@gmail.com | Nhat Duong Duc | |
| 39 | varokee.com | | info@zoofs.nl | Abdulsalam Mohamad | Zoofs |
| 39 | varokee.com | | nessyrosalind17167@gmail.com | Kazuhiro Ozawa | Nessyrosal |
| 39 | varokee.com | | nguyenhailong.ptit@gmail.com | Nguyen Hai Long | |
| 39 | varokee.com | | pay@charie.xyz | Christy N Varner | Charie |
| 39 | varokee.com | | paygate@ireher.xyz | Thomas J Reed | Ireher |
| 39 | varokee.com | | paygates@litlah.xyz | Bonnie L Richardson | Litlah |
| 39 | varokee.com | | payment@atroe.xyz | Peggy Collum | Atroe |
| 39 | varokee.com | | payment@pjanes.xyz | Deborah J Vineyard | Pjanes |
| 39 | varokee.com | | payment@rhianonbea.xyz | Garnett Isitt-Tintle | Rhianonbea |
| 39 | varokee.com | | payments@ofilialyndsay.xyz | Anel Kolenovic | Ofilialyndsay |
| 39 | varokee.com | | payments@varokee.com | Patrick J Massett | Varokee |
| 39 | varokee.com | | sonnyandradem19@gmail.com | Viet Khoa Nguyen | Khaoso Springfield Trust CO |
| 39 | varokee.com | | stripe@bookfit.store | Tyler P Sanders | Bookfit |
| 39 | varokee.com | | stripe@booknetwork.store | Evelyn A Dominguez | Booknetwor |
| 39 | varokee.com | | stripe@zannya.xyz | Debbie K Rickman | Zannya |
| 39 | varokee.com | | stripepaygate@kebarl.xyz | Harlon J Alford | Kebarl |
| 39 | varokee.com | | vvdung88@gmail.com | Dung Vuong | |
| 39 | varokee.com | | | Nhat Duong Duc | |
| 39 | varokee.com | zoofs.nl | | Nguyen Hai Long | |

PRELIMINARY INJUNCTION
*Pearson Education, Inc. et al.*
*v.*
*Does 1-39 d/b/a abooks.org et al.*

# APPENDIX B

**Plaintiffs' Imprints**

| Cengage Learning | Macmillan Learning |
|---|---|
| Brooks Cole | Bedford, Freeman & Worth High School Publishers |
| Cengage | Bedford/St. Martin's |
| Cengage Learning | BFW |
| Course Technology | BFW High School Publishers |
| Delmar | Freeman |
| Gale | Macmillan Learning |
| Heinle | W.H. Freeman & Company |
| Milady | Worth |
| National Geographic Learning | Worth Publishers |
| South-Western Educational Publishing | |
| Wadsworth | |
| **Elsevier** ||
| Academic Cell | Medicine Publishing |
| Academic Press | Morgan Kaufmann Publishers |
| Amirsys | Mosby |
| Butterworth Heinemann | Newnes |
| Digital Press | North Holland |
| Elsevier | Saunders |
| Gulf Professional Publishing | Urban & Fischer |
| Hanley & Belfus | William Andrew |
| Knovel | Woodhead Publishing |
| Made Simple Books | |
| **McGraw Hill** | **Pearson** |
| Irwin | Addison Wesley |
| Lange | Adobe Press |
| McGraw-Hill | Allyn & Bacon |
| McGraw-Hill Education | Benjamin Cummings |
| McGraw-Hill Higher Education | Brady |
| McGraw-Hill Professional | Cisco Press |
| McGraw-Hill Ryerson | Financial Times Press/FT Press |
| McGraw-Hill/Appleton & Lange | IBM Press |
| McGraw-Hill/Contemporary | Longman |
| McGraw-Hill/Dushkin | New Riders Press |
| McGraw-Hill/Irwin | Peachpit Press |
| McGraw Hill | Pearson |
| NTC/Contemporary | Pearson Education |
| Osborne | Que Publishing |
| Schaum's | Sams Publishing |

*Pearson Education et al. v. Does 1- 39 d/b/a abooks.org et al.*

PRELIMINARY INJUNCTION
*Pearson Education, Inc. et al.*
*v.*
*Does 1-39 d/b/a abooks.org et al.*

# APPENDIX C

Appendix C

| Doe | Defendant d/b/a | Bank | Routing Number | Bank Acct Red. | Information Source |
|---|---|---|---|---|---|
| 2 | airbooks.org | CitiBank NA | 31100209 | 5528 | PayPal |
| 3 | audiobooksbookshop.com | Abn Amro Bank N.V. | [ABNANL2A] | 8528 | Stripe |
| 3 | audiobooksbookshop.com | American Express National Bank | 124085066 | 6162 | PayPal |
| 3 | audiobooksbookshop.com | First Century Bank, N.A. | [061120084] | 7997 | Stripe |
| 3 | audiobooksbookshop.com | First Century Bank, N.A. | [061120084] | 5647 | Stripe |
| 3 | audiobooksbookshop.com | First Century Bank, N.A. | [061120084] | 4645 | PayPal |
| 3 | audiobooksbookshop.com | First Century Bank, N.A. | [061120084] | 0088 | Stripe |
| 3 | audiobooksbookshop.com | Halifax Bank | [110001] | 1260 | Stripe |
| 3 | audiobooksbookshop.com | Ing Bank N.V. | [INGBNL2A] | 1124 | Stripe |
| 3 | audiobooksbookshop.com | Payoneer | | 1959 | Payoneer |
| 3 | audiobooksbookshop.com | Payoneer | | 4136 | Payoneer |
| 3 | audiobooksbookshop.com | Payoneer | | 1518 | Payoneer |
| 3 | audiobooksbookshop.com | Wells Fargo Bank NA | 26012881 | 7651 | Payoneer |
| 4 | az-testbank.com | Community Federal Savings Bank | [026073150] | 4207 | Stripe |
| 6 | coursesexams.com | Attijariwafa Bank | | 6647 | Payoneer |
| 6 | coursesexams.com | Evolve Bank & Trust | 84009519 | 5050 | PayPal |
| 6 | coursesexams.com | First Century Bank, N.A. | [061120084] | 2193 | Stripe |
| 6 | coursesexams.com | Meta Bank, National Association | 73972181 | 5504 | PayPal |
| 6 | coursesexams.com | Payoneer | | 9740 | Payoneer |
| 8 | easytaxexam.com | Payoneer | | 4253 | Payoneer |
| 9 | eazyquiz.com | TransferWise | [231470] | 2796 | Stripe |
| 13 | grownmygrade.com | Payoneer | | 6027 | Payoneer |
| 14 | homeworkmerit.com | First Century Bank, N.A. | [061120084] | 3446 | PayPal |
| 14 | homeworkmerit.com | Habib Bank | 26007362 | 4411 | PayPal |
| 14 | homeworkmerit.com | Payoneer | | 9179 | Payoneer |
| 15 | ismtestbank.com | Capital One | [031176110] | 6497 | Stripe |
| 15 | ismtestbank.com | CitiBank Federal Savings Bank | 271070801 | 2565 | PayPal |
| 15 | ismtestbank.com | CitiBank Federal Savings Bank | [271070801] | 7197 | Stripe |
| 16 | joycebros.com | Onpoint Community Credit Union | [323075880] | 3914 | Stripe |
| 16 | joycebros.com | Wells Fargo Bank NA | [123006800] | 1897 | Stripe |
| 18 | maxoop.com | CIMB | ciBbMYK1 | 5960 | PayPal |
| 19 | nursingtb.com | First Century Bank, N.A. | [061120084] | 1958 | Stripe |
| 19 | nursingtb.com | First Century Bank, N.A. | [061120084] | 1958 | PayPal |
| 19 | nursingtb.com | First Century Bank, N.A. | [061120084] | 9484 | Stripe |
| 19 | nursingtb.com | Payoneer | | 0712 | Payoneer |
| 19 | nursingtb.com | Payoneer | | 7902 | Payoneer |
| 22 | staequiz.com | Caixa Bank, S.A. | [CAIXESBB] | 5543 | Stripe |

Appendix C

| Doe | Defendant d/b/a | Bank | Routing Number | Bank Acct Red. | Information Source |
|---|---|---|---|---|---|
| 22 | staequiz.com | Community Federal Savings Bank | 26073150 | 0210 | PayPal |
| 22 | staequiz.com | Payoneer | | 8648 | Payoneer |
| 22 | staequiz.com | Payoneer | | 8686 | Payoneer |
| 22 | staequiz.com | Payoneer | | 8561 | Payoneer |
| 30 | testbankscore.com | Bank Of America | 61000052 | 2794 | PayPal |
| 30 | testbankscore.com | First Century Bank, N.A. | [061120084] | 2763 | Stripe |
| 32 | testbanksonline.com | ICICI Bank Chennai-Porur Branch | [ICIC0000275] | 7819 | Stripe |
| 34 | testbanktown.com | Stride Bank, National Association | 103100195 | 3506 | PayPal |
| 37 | thetestbank.org | Goldman Sachs Bank US | 124085260 | 1328 | PayPal |
| 37 | thetestbank.org | Stride Bank, National Association | 103100195 | 1082 | PayPal |
| 39 | varokee.com | 198 Tran Quang Khai | | 9353 | Payoneer |
| 39 | varokee.com | Asia Commercial Bank | | 7339 | Payoneer |
| 39 | varokee.com | Community Federal Savings Bank | [026073150] | 5877 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 4813 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 9295 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 6403 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 6409 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 9289 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 6402 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 6401 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 1968 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 6405 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 7801 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 1967 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 7800 | Stripe |
| 39 | varokee.com | First Century Bank, N.A. | [061120084] | 5892 | Stripe |
| 39 | varokee.com | Payoneer | | 1809 | Payoneer |
| 39 | varokee.com | Payoneer | | 7009 | Payoneer |
| 39 | varokee.com | Payoneer | | 6763 | Payoneer |
| 39 | varokee.com | South East Asia Commercial Joint Stock Bank | | 5888 | Payoneer |
| 39 | varokee.com | Tienphong Commercial Joint Stock Bank | | 6001 | Payoneer |
| 39 | varokee.com | Vietnam Joint Stock Commercial Bank for Industry and Trade | | 5888 | Payoneer |
| 39 | varokee.com | Vietnam Joint Stock Commercial Bank for Industry and Trade | | 9072 | Payoneer |
| 39 | varokee.com | Vietnam Technological and Commercial Joint Stock Bank | | 9666 | Payoneer |
| 39 | varokee.com | Vietnam Technological and Commercial Joint Stock Bank | | 6003 | Payoneer |