USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., et al.,

                Plaintiffs,

v.

DOES 1-39,

                Defendants.

21-CV-3486 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of the attached email. Plaintiffs are directed to file a response no later than June 15, 2021.

SO ORDERED.

Dated:    June 7, 2021
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge

# Re: Pearson Education, Inc. et al. v. Does 1 d/b/a abooks.org et al., 21cv3486

**Haroon Mansha** <haroon.mansha@gmail.com>
Sat 6/5/2021 11:07 AM

**To:** Abrams NYSD Chambers <Abrams_NYSDChambers@nysd.uscourts.gov>

**CAUTION - EXTERNAL:**

The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Dear Sir,

With reference to my previous email, i have studied the whole process of the website matter and i want to state the following points in my favour.

1- If Oppenheim + Zebrak, LLP thinks that i am the operator of infringing website they must have to give me notice but they never gave me notice. They have given me notice after freezing my account and being a third party they cannot assume me as guilty .

2- I have studied the Stripe , Since Stripe is not supported for our country, the stripe account holder is U.S national , i request you to detain that person and investigate How and Why he sent me money, Since my claim is that i have received payment for services for Amazon not for any kind of infringing website.

3- Sir , I have requested Oppenheim + Zebrak, LLP to provide me additional data under which websites or books my account is linked but they also not have provided me complete data .

I want to request you , Your Honour , that i am not guilty, i have also tried to contact the council providing Law Assistance , but they informed they only provide assistance to New York peoples, So i dont know how exactly i can defend my case. Is it possible Government of Usa provide me Lawyer to defend my point of view.

Sir after i observe the whole case of infringing websites , i found number of websites are still operating and i found many of innocent people are being involved, Just like me , People from poor countries who are greedy to provide services to customer are major victims.

Sir Since Amazon services i have provided with RDP , so physically i donot have any relevant evidence to provide it. But i am speaking true . I have never done this and nor i have any capability to do this .

I have also informed Oppenheim + Zebrak, LLP that i have declared all the income to Tax authorities and i have provide the receipts also, But they have not respond on this matter.

Sir pls guide me . there is no forum i found to prove the innocence of mine.

Thanks and Regards
Haroon Mansha

On Sat, May 15, 2021 at 11:58 AM Haroon Mansha <haroon.mansha@gmail.com> wrote:

The Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Dear Sir,

I am Haroon Mansha from Pakistan is doing a Freelancing agency work, and my account have been freeze by Payoneer under the notice attached. I have already approached the Oppenheim + Zebrak, LLP and explained that i have never been associated or worked for such website . My account which received the payment is because we provided services for a customer to which we provided the services for Amazon .So we are also like the victims of Fraudulent Transaction.

Previously in their notice they served are without having my name on it , But today i received the notice attached herewith with my name on it.  I have also provided Oppenheim + Zebrak, LLP the details of my amazon customer  as well, but i dont know how to settle the matter any further.

Sir, I assure you that i am not the bad person doing infringement and you are requested to clear my name from this..

Thanks and Regards
Haroon Mansha

---------- Forwarded message ---------
From: **Publisher Lawsuit Communications** <comms.publisher.lawsuit@oandzlaw.com>
Date: Sat, May 15, 2021 at 6:03 AM
Subject: Re: Pearson Education, Inc. et al. v. Does 1 d/b/a abooks.org et al., 21cv3486
To:
Cc: Publisher Lawsuit Communications <comms.publisher.lawsuit@oandzlaw.com>


Dear Defendants:


We represent Plaintiffs Pearson Education, Inc., Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Elsevier Inc., and McGraw Hill LLC ("Plaintiffs") in the above-referenced action.  Attached is Plaintiffs' Proposed Preliminary Injunction, Declaration in Support of the Preliminary Injunction, and a Letter Motion to Seal the Preliminary Injunction.


If you or your counsel would like to discuss a resolution of this matter, please contact me as soon as possible using my contact information below.


**Counsel for Plaintiffs Pearson Education, Inc., Elsevier Inc., Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, and McGraw Hill LLC.**

Matthew Fleischman

**Oppenheim + Zebrak, LLP**

4530 Wisconsin Avenue, NW | 5th Floor

Washington, DC 20016

202.480.2965 (direct) | 866.766.1678 (fax)

Fleischman@oandzlaw.com | www.oandzlaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.