## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., and MCGRAW HILL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 39 d/b/a ABOOKS.ORG, AIRBOOKS.ORG, AUDIOBOOKSBOOKSHOP.COM, AZ-TESTBANK.COM, BUY-TEST-BANK.ORG, COURSESEXAMS.COM, DOWNLOADAID.COM, EBOOKCLEAR.COM, EASYTAXEXAM.COM, EAZYQUIZ.COM, EDUWORKLAB.COM, FINDTESTBANK.COM, GLORIA-SOLUTION-MANUAL.COM, GROWMYGRADE.COM, HOMEWORKMERIT.COM, ISMTESTBANK.COM, JOYCEBROS.COM, LOVETESTBANK.COM, MAXOOP.COM, NURSINGTB.COM, RESOURCESFORINSTRUCTORS.COM, TEACHINGRESOURCESHUB.COM, SOLUTIONEXAM.COM, STAEQUIZ.COM, TBZUIQE.COM, STUDENTS-CENTER.COM, TEACHINGRESOURCESSTORE.COM, TEST2020BANK.COM, TESTANDSOLUTION.COM, TESTBANKBLOCK.COM, TESTBANKEXAM.COM, TESTBANKRUSH.COM, TESTBANKSCORE.COM, TESTBANKSOLUTIONMANUAL01.COM, TESTBANKSONLINE.COM, TESTBANKSUCCESS.COM, TESTBANKTOWN.COM, TESTBANKWORLD.BLOGSPOT.COM, TESTTHEBANK.COM, THETESTBANK.ORG, TUTORSECTION.COM, and VAROKEE.COM, <br><br> Defendants. | Civil Action No.  21-cv-3486-RA |

## ~~[PROPOSED]~~ AMENDED PRELIMINARY INJUNCTION

Plaintiffs Pearson Education, Inc., Elsevier Inc., Bedford, Freeman & Worth Publishing

Group, LLC d/b/a Macmillan Learning, Cengage Learning, Inc., and McGraw Hill LLC,

(collectively, "Plaintiffs") have moved for the entry of an Amended Preliminary Injunction against Defendants Does 1 – 39,[1] doing business as, respectively, abooks.org, airbooks.org, audiobooksbookshop.com, az-testbank.com, buy-test-bank.org, coursesexams.com, downloadaid.com, ebookclear.com, easytaxexam.com, eazyquiz.com, eduworklab.com, findtestbank.com, gloria-solution-manual.com, growmygrade.com, homeworkmerit.com, ismtestbank.com, joycebros.com, lovetestbank.com, maxoop.com, nursingtb.com, resourcesforinstructors.com, teachingresourceshub.com, solutionexam.com, staequiz.com, tbzuiqe.com, students-center.com, teachingresourcesstore.com, test2020bank.com, testandsolution.com, testbankblock.com, testbankexam.com, testbankrush.com, testbankscore.com, testbanksolutionmanual01.com, testbanksonline.com, testbanksuccess.com, testbanktown.com, testbankworld.blogspot.com, testthebank.com, thetestbank.org, tutorsection.com, and varokee.com, and those additional, currently known websites owned and/or operated by Defendants identified on **Appendix A** hereto (the "Infringing Sites"), and under the currently known names, aliases, and email addresses identified on **Appendix A** (collectively, "Defendants"). Plaintiffs so move the Court on the basis that Defendants are reproducing, distributing, and selling unauthorized electronic copies of Plaintiffs' copyrighted test banks, instructor solutions manuals ("ISMs"), and/or textbooks, and certain Defendants are using in commerce unauthorized identical or substantially indistinguishable copies of Plaintiffs' federally registered trademarks in connection with the distribution, sale, and/or offering for sale of such infringing materials.

---

[1] In the same motion in which they moved for the entry of this Amended Preliminary Injunction, Plaintiffs sought leave to file an Amended Complaint. In the proposed Amended Complaint, Plaintiffs name all but two of the Doe Defendants, such that the names and aliases referred to therein (which are included in **Appendix A** hereto) should also be referred to in considering who is a "Defendant" subject to this Order.

The Court, having reviewed the Complaint, the proposed Amended Complaint, the Memorandum of Law in Support of this Amended Preliminary Injunction, the supporting Declaration, and the entire record herein, and having held a hearing on the Order to Show Cause pursuant to which the Court granted Plaintiffs' original request for a Preliminary Injunction on May 19, 2021 (ECF No. 32) ("Original Preliminary Injunction"), makes the following findings of fact and conclusions of law:

1. Plaintiffs have served Defendants with the Complaint and the exhibits thereto, the Court's April 22, 2021 Ex Parte Order ("the Ex Parte Order") granting the Application, and the Original Preliminary Injunction. *See* Decl. of Service, ECF Nos. 40-41.

2. The Court has personal jurisdiction over Defendants under N.Y. C.P.L.R. § 302(a), including on the grounds that Defendants sell unauthorized copies of Plaintiffs' test banks, ISMs, and/or textbooks through highly interactive websites that are continuously accessible to New York consumers and/or have sold such infringing materials to New York consumers, and Plaintiffs have been injured in New York by Defendants' infringing conduct.

3. Plaintiffs are likely to succeed in showing that Defendants have infringed and are continuing to infringe Plaintiffs' federally registered copyrights in connection with Defendants' reproduction, distribution, and/or sale of unauthorized copies of Plaintiffs' test banks, ISMs, and/or textbooks, including via the Infringing Sites. Plaintiffs are also likely to succeed in showing that the Defendants against whom they have asserted trademark infringement claims have infringed and are continuing to infringe Plaintiffs' federally registered trademarks in connection with

Defendants' reproduction, distribution, sale, and/or offering for sale of unauthorized copies of Plaintiffs' test banks, ISMs, and/or textbooks.

4.     The reproduction, distribution, sale, and/or offering for sale of the unauthorized copies of Plaintiff's test banks, ISMs, and/or textbooks, and the infringing use of copies of Plaintiffs' trademarks in connection with the distribution, sale, and offering for sale of Plaintiffs' works, will result in immediate and irreparable injury to Plaintiffs if the requested relief is not granted.

5.     The balance of potential harm to Defendants, if any, by being prevented from continuing to profit from their illegal and infringing activities if the Amended Preliminary Injunction is issued is far outweighed by the harm to Plaintiffs, their businesses, and the value associated with Plaintiffs' copyrights and trademarks if the Amended Preliminary Injunction is not issued.  Defendants are not harmed by being prevented from continuing to profit from illegal and infringing activities.

6.     Public interest favors issuance of the Amended Preliminary Injunction in order to protect Plaintiffs' interest in and to their respective copyrights and trademarks and to protect the public from the harm caused by Defendants' infringing sales, which encourage and facilitate cheating and negatively impact the educational process in the United States.

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rules of Civil Procedure 64 and 65, the Copyright Act (17 U.S.C. § 502(a)), the Lanham Act (15 U.S.C. § 1116(a)), N.Y. C.P.L.R. §§ 6201 *et al*., and the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, that:

1.     Defendants, their officers, agents, servants, employees, and attorneys, and all those

in active concert or participation with any of them who receive actual notice of this Amended Preliminary Injunction are enjoined from:

    a)    Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Copyrighted Works"), i.e., any copyrighted work published under any of the imprints identified on Exhibit C to the Complaint and Exhibit D to the proposed Amended Complaint (attached hereto as **Appendix B**) (the "Imprints");

    b)    Directly or indirectly infringing any trademark that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Marks"), including such trademarks associated with the Imprints;

    c)    Copying, reproducing, manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, promoting, or otherwise exploiting any of Plaintiffs' Copyrighted Works without Plaintiffs' express written permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

    d)    Copying, reproducing, using in connection with manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, or promoting goods or services, or otherwise using in commerce, Plaintiffs' Marks without Plaintiffs' express written permission; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

    e)    Using, hosting, operating, maintaining, creating, providing, or registering

any computer server, website, domain name, domain name server, cloud storage, e-commerce platform, online advertising service, social media platform, proxy service (including reverse and forwarding proxies), website optimization service (including website traffic management), caching service, content delivery network, payment processing service, or other service of a similar manner to support the Infringing Sites or otherwise enable, facilitate, permit, assist, solicit, encourage, or induce Defendants' infringement of Plaintiffs' Copyrighted Works or Plaintiffs' Marks;

f)   Transferring ownership or control of the websites, domain names, or accounts associated with Defendants' Infringing Sites; and

g)   Displaying the Infringing Sites in online search results and/or listing links to the Infringing Sites in any search index.

2.   Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Amended Preliminary Injunction, and service providers to Defendants or other third parties who receive actual notice of this Amended Preliminary Injunction and operate or control accounts holding or receiving money or other assets owned by, related to, connected to, associated with, held by, or transferred in connection with Defendants' Infringing Sites or Defendants' sale of Plaintiffs' Copyrighted Works ("Defendants' Accounts"), must immediately locate all of Defendants' Accounts and immediately cease transferring, withdrawing, or otherwise disposing of any money or other assets in Defendants' Accounts or allowing such money or other assets in Defendants' Accounts to be transferred, withdrawn, or otherwise disposed of.  Defendants' Accounts include, but are not limited to: (i) Defendants' Accounts with providers of payment processing services

("Payment Processors"), such as PayPal and Stripe; and (ii) Defendants' Accounts with banks, savings and loan associations, credit card processing agencies, merchant acquiring banks, and other companies that engage in the processing or transfer of money and/or other assets ("Financial Institutions"), including but not limited to those accounts listed on **Appendix C** hereto.

IT IS FURTHER ORDERED that Defendants shall preserve copies of all computer files relating to the Infringing Sites or Defendants' sale of Plaintiffs' Copyrighted Works or use of Plaintiffs' Marks and shall take all steps necessary to retrieve computer files relating to the same that may have been deleted before the entry of this Order.

IT IS FURTHER ORDERED that the Expedited Discovery Order contained in the *Ex Parte* Order shall remain in effect until further order of the Court.

IT IS FURTHER ORDERED that this Amended Preliminary Injunction replaces and supersedes the Preliminary Injunction issued on May 19, 2021 (ECF No. 32) and shall remain in effect until further order of the Court.

It is SO ORDERED this 22 day of November 2021.

_____
Honorable Ronnie Abrams
UNITED STATES DISTRICT JUDGE

# APPENDIX A

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| Group 1 | Mustapha Najji<br>Zahrat Al Taif d/b/a Goods Wholesalers LL | easytaxexam.com<br>eduworklab.com<br>test2020bank.com | buybesttestbank.com<br>buysmtb.com<br>eduworkhub.com<br>instructortestsolution.com<br>mysmandtb.com<br>smtbhub.com<br>smbstore50.com<br>studymanage.com<br>tbnsm2010.com<br>testexammaterial.com<br>testsolutionstore.com | Ataus Samad<br>James William<br>James Williams<br>John Jacob<br>M S Shaikh<br>Prashanta Kumar Baid<br>Sam Ardy<br>Sarah Williams<br>Scholeron Utenix Technologies Private Limited | admin@easytaxexam.com<br>admin@eduworklab.com<br>admin@test2020bank.com<br>antorab2010@gmail.com<br>biswaska@gmail.com<br>emmastewart261@gmail<br>gandjlondonfashion@outlook.com<br>instructortestsolution@gmail.com<br>jacobstb02@gmail.com<br>jiayu503@gmail.com<br>jvpp2015@gmail.com<br>ms6189782@gmail.com<br>mysmandtb@gmail.com<br>najjitraders@gmail.com<br>orderzone2@gmail.com<br>partlo0508@gmail.com |
| Group 2 | Abderrahmane Lasri<br>Ahmed Ali<br>Ali Samy<br>Id Tsaine Abdellah<br>Said Ouakrim<br>Syed Atif Raza<br>Syed Hussain | az-testbank.com<br>coursesexams.com<br>gloria-solution-manual.com<br>homeworkmerit.com<br>testbankworld.blogspot.com | buy-solutions-manual.com<br>coursemeri.com<br>onlinetestbank.net<br>test-bank-world.com<br>testbank-exams.com | A-Z TestBank<br>Abdul Samad<br>Academic Campus LTD<br>Ahmed Ishaq<br>Ali<br>Alina Clark<br>Ana Anderson<br>Annie McCauley<br>Aztestbank<br>Baduhost<br>Basma Iyad<br>Bibi Nimra<br>Coursemerit<br>Courses Exams<br>Cummins Jay<br>Dallas Forsberg<br>DreamNet<br>Edu-con<br>Eijazulhaq U Nizami<br>Emerson Torres<br>Feehner Law<br>Fidtak Zahra<br>FlashedCoder<br>Frances Coders<br>Freelance Tutoring<br>Homework Merit<br>Hussain Murad<br>Hussain Murad Shipping Services LLC<br>Hussnain<br>Ibex<br>Iffat Zahra<br>Irtaza Hussain<br>James Hall<br>Jessy Ajoke<br>John Ali<br>John Ferren | A-Z.TestBank.Info@gmail.com<br>aatif@flashedcoder.com<br>abida.zainab@gmail.com<br>abidairtaza@yahoo.com<br>adeel@irtaza.com<br>admin@allnurses.site<br>ahmedali199922@hotmail.com<br>aplustbsm@gmail.com<br>ashelper786@gmail.com<br>atif@irtaza.com<br>atif1286@yahoo.com<br>az.testbank.info@gmail.com<br>basma2iyad@hotmail.com<br>bibinimra42@gmail.com<br>big66804@gmail.com<br>blackcat00606@gmail.com<br>burjkhalifa127@gmail.com<br>contact@webfordesign.us<br>coursesexcams@gmail.com<br>coursesexams@yahoo.com<br>docsmtb@hotmail.com<br>expert@baduhost.com<br>feehnerlaw71@gmail.com<br>flashedcoder@gmail.com<br>flashedcoder702@gmail.com<br>friendlytutor2002@gmail.com<br>fullmarkteam@live.com<br>haadisys@flashedcoder.com<br>helpscribd@gmail.com<br>henryhenry006@gmail.com<br>hibaras69@jszmail.com<br>himayes921@smhmail.net<br>homeworkmerit@gmail.com<br>iffatzahra9@gmail.com<br>Infoibex0@gmail.com<br>jayukenex@emailay.com |

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | John Sons | jcobharry9312@gmail.com |
| | | | | Justin Thayer | jincoder2012@gmail.com |
| | | | | Kinza Ali | jsons6002@gmail.com |
| | | | | Larry Scott | kitafod@app-mailer.com |
| | | | | Losoy | kokol5726@3mailapp.net |
| | | | | Losoy Bare | lisalee27006@gmail.com |
| | | | | LTD | losoyubare@3mail.rocks |
| | | | | LTW | loverlover51214@gmail.com |
| | | | | LW | majid@irtbe361.com |
| | | | | Nazir Hussain | majidhussain10@hotmail.com |
| | | | | Nimra | masterj@flashedcoder.com |
| | | | | Online Education | me@irtaza.com |
| | | | | Online Homework Market | mekafi@6mail.top |
| | | | | Phyllis Struck | mohsin@flashedcoder.com |
| | | | | Rabejak Litwin | mohsinbrolive@gmail.com |
| | | | | Reza Faheem Ahmad | mohsinraza@irtaza.com |
| | | | | Robbie Hawkins | mypaypal@irtaza.com |
| | | | | Salman Ali | noreply@sendowl.com |
| | | | | Savannah Sitba | numberonetutor274@gmail.com |
| | | | | Sierra Cortney | numberonetutor472@gmail.com |
| | | | | Suuzan | ouakrim@gmail.com |
| | | | | Suuzan Rose | payment@allfinalexamsanswers.com |
| | | | | Syed Irtaza Hussain | poypaak@gmail.com |
| | | | | Syed Mohsin Raza | paypal@flashedcoder.com |
| | | | | Syed Raza | paypal@isutler.com |
| | | | | Test Bank | pifaxosa@net2mail.top |
| | | | | William S | pokaku@8mailpro.com |
| | | | | | project_number@hotmail.com |
| | | | | | project.2215@hotmail.com |
| | | | | | rabejak501@js2mail.com |
| | | | | | raza78t67214@gmail.com |
| | | | | | rerebo@mail-share.net |
| | | | | | rrazaeza@gmail.com |
| | | | | | sagawi5001@iwebtm.com |
| | | | | | scribd647@gmail.com |
| | | | | | selffyonwer@gmail.com |
| | | | | | shagusherry@gmail.com |
| | | | | | sierracortneyjenifer87@gmail.com |
| | | | | | smhlive@gmail.com |
| | | | | | SSTPAY@hotmail.com |
| | | | | | syed.irtaza@gmail.com |
| | | | | | syed27629@gmail.com |
| | | | | | syedmohsin_raza90@yahoo.com |
| | | | | | syedraza00011@gmail.com |
| | | | | | syedwasif006@gmail.com |
| | | | | | timebusy5@gmail.com |
| | | | | | tvenbed@gmail.com |
| | | | | | update.ouakrim1@gmail.com |
| | | | | | vepcf32886@quick-mail.uc |
| | | | | | vstream.eu@gmail.com |
| | | | | | wasece@flashedcoder.com |
| | | | | | wasif@irtaza.com |
| | | | | | work20team@gmail.com |

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | | world4447@gmail.com<br>worldcheater75@yahoo.com<br>wotoc@click2mail.com<br>xvid2014@gmail.com<br>zaviazahil@gmail.com |
| Group 3 | Abida Imran<br>Muhammad Shehzad Qammar<br>Yi Shi | ismtestbank.com | imtestbank.com<br>solutiontestbank.com | Academic eBook<br>ISMTB<br>Istb<br>Jie Chen<br>Mike Jojo<br>Muhammad Rizwan Mustafa Khan<br>OffShoreDedi<br>Testbank<br>UMC | admin@ekinomaniak.tv<br>admin@ismtestbank.com<br>billing@offshorededi.com<br>donaldsh@gmail.com<br>info@offshorededi.com<br>info@offshorededi.net<br>offshorededi@hotmail.com<br>poyments@offshorededi.com<br>service@ismtestbank.com<br>shahzadqamarsgd@gmail.com<br>solutiontestbank@163.com<br>support@offshorededi.com |
| Group 4 | Manh Cuong Can<br>Thu Duc Nguyen | downloadaid.com<br>ebookclear.com<br>testthebank.com | | Amena Sharpe<br>Carney Connor<br>Cuong Manh Can<br>Downloadable Solutions<br>Fuong Do<br>John Doe<br>MQV Service<br>Muhammad Junaid Akhtar<br>STV Service<br>TestBankGood Support<br>TND Services<br>TTHT | aljohnny2009@gmail.com<br>chisthicu@hotmail.com<br>connorcarney1974@gmail.com<br>dentonanthony1991@gmail.com<br>donna_summer99@yahoo.com<br>downloadablesolutions@hotmail.com<br>ebookclear@gmail.com<br>maint1607@gmail.com<br>moxtplus@hotmail.com<br>PeterHaris1991@gmail.com<br>phaletint56@gmail.com<br>ruisemino@hotmail.com<br>sharpeamena1990@gmail.com<br>SharpeAmena1990@testbanklive.com<br>support@downloadaid.com<br>support@ebookclear.com<br>support@testbankarea.com<br>support@testthebank.com<br>testbankarea@gmail.com<br>testbankgood@gmail.com |
| Group 5 | Hoa My Hoang<br>Hoang Anh Thi Lan<br>Nguyen Kien Viet<br>Phuc Duong Nguyen<br>Thom Thi Bui<br>Trang Thi Tran<br>Tuan Duong Anh | lovetestbank.com<br>solutionexam.com<br>testbankblock.com<br>testbankexam.com | | Ali Mohalin<br>Anh Hoang<br>ATI Student TIP<br>Eoir Aish<br>Fulkerson Clifton<br>Huong Thi Do<br>ibook Files<br>Loan Thi<br>Loan Thi Le<br>Love TestBank<br>LTestbank<br>Moeo Wells Retailer<br>Nguyen Thi Khuyen | arthurjohnson920@gmail.com<br>arthurjohnsona2019@gmail.com<br>contact@lovetestbank.com<br>contact@testbankexam.com<br>cukamspoll@gmail.com<br>elisontoddeb@gmail.com<br>Fulkersoncli@addmot.com<br>hanh2338@yandex.com<br>hanh3823@gmail.com<br>hanh3823@win<br>hanh3823@yandex.com<br>hoangmyhoa91@gmail.com |

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Nguyen Van Chung | Icelandic471@yandex.com |
| | | | | Phuong Thi Tran | juanetruesdale@gmail.com |
| | | | | Phuong Tran | lovetestbank.com@gmail.com |
| | | | | Solution Exam | mohalnafixa@gmail.com |
| | | | | TB Block | Mohalnafixa@hotmail.win |
| | | | | Tb Tree | mohamedlami19183@gmail.com |
| | | | | TBEXAM | nasumspll@gmail.com |
| | | | | Tbleak | NasumsPll@hotmail.win |
| | | | | TestBank - Student LLC | nguyenphuothuong23@gmail.com |
| | | | | TestBank Exam | rogerfavors641@gmail.com |
| | | | | Yen Thi Nguyen | SeloitCns@gmail.com |
| | | | | | solutionexam.com@gmail.com |
| | | | | | support@testbankblock.com |
| | | | | | tbteam.com@yandex.com |
| | | | | | testbankexam.com@gmail.com |
| | | | | | testbankteam.247@gmail.com |
| | | | | | timothylight234@gmail.com |
| | | | | | tranhuiyen0719890@gmail.com |
| | | | | | tranthiphuong2112@gmail.com |
| Group 6 | Faisal Majid | findtestbank.com | center-help.com | Rashed Al Shdoki | centertestbank@gmail.com |
| | Khalid Ibrahim | students-center.com | center-students.com | Test Bank Solution Manual | frn-tb@hotmail.com |
| | | | studytestbank.com | Testbank Testbank | ftestbank@gmail.com |
| | | | | | hb_6000@hotmail.com |
| | | | | | kh-itb@hotmail.com |
| | | | | | rashed-atb@hotmail.com |
| Group 7 | Abd Rahim Bin Karim | maxoop.com | | Asad Mahmood | abdrahimkarim@outlook.com |
| | Ahna Syahir | | | Asad Mehmood | asadmisc@gmail.com |
| | | | | Daus Enterprise | elviprodu@outlook.com |
| | | | | Mian Asad | firdauswardi.82@outlook.com |
| | | | | Noor Firdaus Jasmawardi | Support@maxoop.com |
| | | | | Raka90 Enterprise | syahir.osman@outlook.com |
| | | | | Syahir Enterprise | |
| Group 8 | Alejandro Vera | thetestbank.org | checkouthomeworklance.com | Abbott Amos | Abby654Miller@gmail.com |
| | Mohammad Sameed Ubair Khan Abbasi | | coursecexam.com | Academic Freelancer | admin@homeworklance.com |
| | | | Homeworklance.com | Academic Reserve | Allegians@hotmail.com |
| | | | homeworktimes.com | Academic Writing Services | amin.sohail@rocketmail.com |
| | | | smarthomework-help.blogspot.com | Custom writing paper | crystal52beagly@gmail.com |
| | | | testbank-lancer.com | Dainel T Brown | D_gabriel778@hotmail.com |
| | | | thetestbank.net | Dekesiha Lindsey | dainelthrown@yahoo.com |
| | | | | Delve Industries | Dean_gabz@hotmail.com |
| | | | | Donald Bailey | donald_jackman@yandex.com |
| | | | | Donald Jackman | farhansaeed23@yahoo.com |
| | | | | Farhan Saeed | flip.jupiter@yandex.com |
| | | | | Gabriel Dean | Greyortsch@hotmail.com |
| | | | | Grn Media | homeworkclance@gmail.com |
| | | | | Goods Bay | homeworkguiders@gmail.com |
| | | | | Homeworklance.com, LLC | homeworklance@yahoo.com |
| | | | | Jeremy Clarke | homeworkzmonster@gmail.com |
| | | | | John Smith | hwsolutionsguru@gmail.com |
| | | | | John Taylor | info.homeworklance@gmail.com |

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Johnny Guru<br>Kevin Alfred Lapierre<br>Kevin Sage<br>Michael Damn<br>QUA Writing Service<br>Ron Ridley<br>Sam Outsourcing Media LLC<br>Sameed Abbasi<br>SQ Media<br>Stephen Robert<br>The Gaming Goat<br>Tutorial Help<br>Writing Services | lanezhomework@gmail.com<br>Lindseytr423@gmail.com<br>Madendader51@gmail.com<br>Madendader55@mail.com<br>michael.damn@yandex.com<br>mikelussy@gmail.com<br>payment-employer@homeworkfrance.com<br>payment.tutorialbucket@gmail.com<br>payment.uphomework@gmail.com<br>payment@homeworkfrance.com<br>poymanttutorial@gmail.com<br>principleshomework@gmail.com<br>ronridley4707@gmail.com<br>Sameedabbasi1@gmail.com<br>sameedsaam@gmail.com<br>smoutsourcingmedia@gmail.com<br>swissmach@gmail.com<br>tahira.amin@yahoo.com<br>testbanklancer@gmail.com<br>tutorials.homeworkbucket@gmail.com |
| Group 9 | Farah Maqsood<br>Muhammad Hamza Afzal<br>Nouman Malik<br>Syed Hasnain Raza | eazyquiz.com<br>stacquiz.com<br>tbzniqe.com | acehomework.net<br>agradedsolutions.com<br>answerbanks.com<br>easyquiz.com<br>equizmart.com<br>quizsol.com<br>quizsolutions.online<br>quizsolutions.site | Algobit LTD<br>BizCave Ltd<br>Easy Quiz<br>James Anderson<br>Jamshaid Nazar<br>Mmalik 34<br>Quiz Sol<br>ReTouch Tech LLC<br>Soul Soothing<br>Spinwoop<br>Tbzaiqe 100<br>Tbzaiqe 99<br>Zaka uD Din Bilal | 444rahamali@gmail.com<br>acexisharbor09@gmail.com<br>alexistharbor09@gmail.com<br>ameliorator@hotmail.com<br>easyquiz09@gmail.com<br>nouman365@gmail.com<br>quizsol99@gmail.com<br>rockn786@outlook.com<br>shraza81@hotmail.com<br>ssoothing1@gmail.com<br>tbzaiqe@gmail.com<br>whisperhills@gmail.com |
| Group 10 | Anjum Akhter<br>Dung Vuong<br>Haroon Mansha<br>Nguyen Hai Long<br>Nhat Duong Duc<br>Sherry Sanders | airbooks.org<br>audiobooksbookshop.com<br>varokce.com | audiobooksts.com<br>awakebookstore.coom<br>collegestudenttextbook.org<br>collegestudenttextbooks.com<br>blatbooks.com<br>ctextbooks.com<br>duranbooks.com<br>duranbooks.net<br>egglestonoffice.com<br>jimdavisbooks.com<br>sbooks.net<br>solutionbank.co<br>zoofs.nl | ABBS Services<br>Abdulsalam Mohamad<br>Akac Garnet<br>Alvarez Beats<br>Amna Rizvi<br>Anel Kolenovic<br>Aram Buxom<br>Atroe<br>Bastion Sinyari<br>Bien Tien Nguyen<br>Bonnie L Richardson<br>Bookfit<br>Booknetvor<br>Bookstore<br>Brittany Infinite<br>Brittany Soothing<br>Caliv Cup<br>Calm Dena | 50.tranthisen@mailzce.com<br>abbieclark859572@gmail.com<br>abbyidelle99134@gmail.com<br>aboutwhom1709@gmail.com<br>activitygrave5381@gmail.com<br>admin@audiobooksbookshop.com<br>admin@cctextbooks.com<br>againstrecovery9505@gmail.com<br>alaitjohnson48@gmail.com<br>alanmason148334@gmail.com<br>almtamflemming9976@gmail.com<br>amberprnce85396@gmail.com<br>ameliakelly276870@gmail.com<br>ammamrizvi@gmail.com<br>andyparker134271@gmail.com<br>anjumakhter@gmail.com<br>annawilliams133020@gmail.com<br>arlynehlaine6774311?@gmail.com |

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Calvin Polansky | ashleycoco564@gmail.com |
| | | | | Charie | autumngema73147341@gmail.com |
| | | | | Christopher H Revels | bendpalestinian0173@gmail.com |
| | | | | Christy M Atkins | bergeorns773@gmail.com |
| | | | | Christy N Varner | cardpayment@enapar.xyz |
| | | | | Clothes to Kids Inc abbyidelle | cardpayment@poptkein.xyz |
| | | | | College Student Textbooks | cardpayment@sunoug.xyz |
| | | | | Conroy Pitch | cardsupport@idwear.xyz |
| | | | | Conroy Sense | charlesallen115194@gmail.com |
| | | | | CTC Textbooks.com | chrissimpson556617@gmail.com |
| | | | | Dadourian Arcane | contact@collegestudenttextbooks.com |
| | | | | Dadourian Pursuit | contact@trousarstv.store |
| | | | | Dai Viet Nguyen | contact@varokee.com |
| | | | | Dang Van Tu | coorismartin8990@gmail.com |
| | | | | David W. Mann | cotbranrichards7098@gmail.com |
| | | | | Debbie K Rickman | countyunlike2264@gmail.com |
| | | | | Deborah J Vineyard | coxardsaunna0955@gmail.com |
| | | | | Dewear | craigrogers886032@gmail.com |
| | | | | Digital Bks | dalelloyd70377@gmail.com |
| | | | | Dong Duy Nguyen | danbrown223499@gmail.com |
| | | | | Duc Cong Phi | danielehughes5443@gmail.com |
| | | | | Duc Manh Pham | danielleknight489630@gmail.com |
| | | | | Duong Duc Nhat | darrensmith992582@gmail.com |
| | | | | Duy Dong Nguyen | david@nectextbooks.com |
| | | | | Egglestonoffice | david@thestudentbookstore.net |
| | | | | Ehoststudybooks | dd.nhat.bkhn@gmail.com |
| | | | | Enapar | DebraTKolb63@gmail.com |
| | | | | Estefania Direct | dominicstevens659089@gmail.com |
| | | | | Evan Lai | dylanbailey700673@gmail.com |
| | | | | Evelyn A Dominguez | dylanshetler1999@gmail.com |
| | | | | Evergreen Virginia | edwardhunt349274@gmail.com |
| | | | | Garnett Isite-Tintle | eleanorhall599689@gmail.com |
| | | | | Gwendolyn Crawford | ellaclarkc46757@gmail.com |
| | | | | Harlon J Alford | emmalee678042@gmail.com |
| | | | | Henry Hoey | erinjackson992987@gmail.com |
| | | | | Hoang Manh Nghia | fayematthews510025@gmail.com |
| | | | | Hoang Trung Kien | FiggsyCzapligt11@yahoo.com |
| | | | | Hoang Van Ngoc | foxceslc2732@gmail.com |
| | | | | Hung Ba Pham | Graysw Vodersh11@yahoo.com |
| | | | | Ireher | haroon.mansha@gmail.com |
| | | | | Israyelyan Society | harrisoncollins288481@gmail.com |
| | | | | Jim Davis Books | hasceb@defence.pk |
| | | | | John Atlas | ianhunt937085@gmail.com |
| | | | | John Wrangler | icepersonnel6645@gmail.com |
| | | | | Joseph P VanHarken | imposeserve3604@gmail.com |
| | | | | Kathleen Darling | info@zoofs.nl |
| | | | | Kazuhiro Ozawa | isabellemason754088@gmail.com |
| | | | | Keburl | jacobellis539205@gmail.com |
| | | | | Khaoso Springfield Trust CO | jameschapman748381@gmail.com |
| | | | | Kien Trung Hoang | jamessmithave@gmail.com |
| | | | | Klientan Garrity | janeholmes576104@gmail.com |
| | | | | Lance Michael Palanica | jasminemurphy375338@gmail.com |
| | | | | Leannee Karen Droessler | jemysmithwyo@gmail.com |

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Lena Jacquard | johnpate687237@gmail.com |
| | | | | Liang Chen | justincking140497@gmail.com |
| | | | | Lilith | justincross924485@gmail.com |
| | | | | Manh Duy Nguyen | kellyrichards84124&@gmail.com |
| | | | | Manh Van Pham | khansherman5714@gmail.com |
| | | | | Marc Condon | khnterjyori2876@gmail.com |
| | | | | Minh Dinh Phi | kirstenbutler163720@gmail.com |
| | | | | Mohammed Haseev | laylakhan692680@gmail.com |
| | | | | Nessyrosal | leahmorris485042@gmail.com |
| | | | | Nga Pham | leehun499015@gmail.com |
| | | | | Nghia Manh Hoang | letitiaui1003@gmail.com |
| | | | | Ngoc Van Hoang | lewicyelluc3156@gmail.com |
| | | | | Ngoc Van Nguyen | lrowe8664@gmail.com |
| | | | | Nguyen Tien Quan | LundAtkins51951763@gmail.com |
| | | | | Nguyen Doan Tuan Thanh | marc.condon991@outlook.com |
| | | | | Nguyen Dong Duy | mariopowell430807@gmail.com |
| | | | | Nguyen Duy Dong | maryvilliams992827@gmail.com |
| | | | | Nguyen Duy Manh | maxmorgan192801@gmail.com |
| | | | | Nguyen Nhu Thinh | miaadams139973@gmail.com |
| | | | | Nguyen Tien Bien | mikeprice680783@gmail.com |
| | | | | Nguyen Tien Quan | minnietamika4928153@gmail.com |
| | | | | Nguyen Trihu Thinh | mitvarmorris0678@gmail.com |
| | | | | Nguyen Van Ngoc | mohdbhaseeb@gmail.com |
| | | | | Nguyen Van Thuy | molderleandra220552@gmail.com |
| | | | | Nguyen Viet Dai | mollywhitc227829@gmail.com |
| | | | | Nguyen Viet Tan | morellcann652@gmail.com |
| | | | | Ofilialyndsay | morgerdeedm2178045@gmail.com |
| | | | | Patrick J Massett | mosellekathy26191@gmail.com |
| | | | | Peggy Collum | MessergpDriggsdg21@yahoo.com |
| | | | | Pham Ba Hung | moyejanta8153@gmail.com |
| | | | | Pham Manh Duc | mulkcrimaritza535@gmail.com |
| | | | | Pham Thi Thuy Minh | mulletturfinc2745@gmail.com |
| | | | | Pham Van Manh | munstermannemilc247@gmail.com |
| | | | | Pham Van Manh | murpurfdipa8795@gmail.com |
| | | | | Phan Van Thang | muthermarjoric2745@gmail.com |
| | | | | Phi Cong Duc | nahhasdemy7254@gmail.com |
| | | | | Phi Dinh Minh | nakanolashawnda182417@gmail.com |
| | | | | Pjanes | nalljess438@gmail.com |
| | | | | Pjst | naomiprice31483@gmail.com |
| | | | | Point Mikail | napieralakimberely53@gmail.com |
| | | | | Popkein | NathanElnora40266951@gmail.com |
| | | | | Quan Tien Nguyen | nathansaunders826206@gmail.com |
| | | | | RaisingReaders | nealeighkentoni147149@gmail.com |
| | | | | Raymond F Reno | neaultgeorgeanna411247@gmail.com |
| | | | | Reese Lethal | neitherdeny2283@gmail.com |
| | | | | Reese Wind | nehmsmarcelo131527745@gmail.com |
| | | | | Rhianonthea | nessyrosalind17167@gmail.com |
| | | | | Rigoberto Glimmer | nguyenhailong.pnti@gmail.com |
| | | | | Rosa Laumen | nicarfucndai2745@gmail.com |
| | | | | Samatha Ngan Le Tran | niedbalskiterri536@gmail.com |
| | | | | Sample Jelani | Nielsenlxom21826785@gmail.com |
| | | | | Sand Taster | niemeyerwanita134227@gmail.com |
| | | | | Sandra Galindo | nikkelomar11942745@gmail.com |

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Sen Tran Thi | nikkimoore386705@gmail.com |
| | | | | Service Now Inc Company | norcaleana535@gmail.com |
| | | | | Sigmund Zone | nuzbackamarissa6305@gmail.com |
| | | | | Spidle Dramatic | obhoffabian756625@gmail.com |
| | | | | Sporter Lynn | ogeildaviow8171@gmail.com |
| | | | | Sumoug | ogeralea9358@gmail.com |
| | | | | Susan Ragon | oishichanelle3763@gmail.com |
| | | | | Tan Viet Nguyen | olekhartiraida71154@gmail.com |
| | | | | Tas Fiq | oliviarichardson345819@gmail.com |
| | | | | Tera Anthony | onungolden1943@gmail.com |
| | | | | Texturiert Garrity | oodaoouallen8699@gmail.com |
| | | | | Thang Van Phan | oscarmason79862a@gmail.com |
| | | | | Thinh Nhu Nguyen | oscarrose594822@gmail.com |
| | | | | Thomas J Reed | oscarsimpson678257@gmail.com |
| | | | | Thuy Van Nguyen | ovenacording9963@gmail.com |
| | | | | Tran Huu Tung | oxaroowalker7691@gmail.com |
| | | | | Tran Thi Sen | padelyetta2745@gmail.com |
| | | | | TrousersTV | poy@charie.xyz |
| | | | | Tu Van Dang | poygate@ireiher.xyz |
| | | | | Tuan Thanh Doan Nguyen | poygates@iltlah.xyz |
| | | | | Tung Huu Tran | payment.bebeli@gmail.com |
| | | | | Twyla Davis | payment@atroe.xyz |
| | | | | Tyler P Sanders | payment@pjanes.xyz |
| | | | | Tylishia Splash | payment@rhianonbea.xyz |
| | | | | Varokee | payments@ofilialyndsay.xyz |
| | | | | Viet Khoa Nguyen | payments@varokee.com |
| | | | | William George | philipphillips464082@gmail.com |
| | | | | Zannya | pinjeteam@gmail.com |
| | | | | Zoofs | quentinyoung979949@gmail.com |
| | | | | | rachewhillipshan2023@gmail.com |
| | | | | | rebeccastevens682554@gmail.com |
| | | | | | rosalaunen@outlook.com |
| | | | | | rosiemitchell173015@gmail.com |
| | | | | | rubyjones468681@gmail.com |
| | | | | | sallybennett86855@gmail.com |
| | | | | | sentran121991@gmail.com |
| | | | | | SilviaGilbert7649881%@gmail.com |
| | | | | | sonnyandradem119@gmail.com |
| | | | | | stevewilkinson639716@gmail.com |
| | | | | | stripe@bookfit.store |
| | | | | | stripe@booknetwork.store |
| | | | | | stripe@zamya.xyz |
| | | | | | stripepoygate@kcharl.xyz |
| | | | | | sunfawel21@gmail.com |
| | | | | | support@airbooks.org |
| | | | | | talagarefugo928@gmail.com |
| | | | | | tarascstrellas806@gmail.com |
| | | | | | tarrybok806@gmail.com |
| | | | | | tasfiq1123@gmail.com |
| | | | | | tuviraluci1717705@gmail.com |
| | | | | | tevpowhunt6215@gmail.com |
| | | | | | thomdwgrifwe2459@gmail.com |

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | | to4934@foxmail.com<br>tobyadams83636z@gmail.com<br>tomlewis936659@gmail.com<br>tooselection8217@gmail.com<br>unvarskyberry-295@gmail.com<br>usclhonbrendon858927@gmail.com<br>usmangabriel3313843@gmail.com<br>vaillaustin762927@gmail.com<br>vanessarichardson70116&@gmail.com<br>verserleena211029t6@gmail.com<br>vvdung88@gmail.com<br>walvwhali9179@gmail.com<br>wayneowen4585589@gmail.com<br>williammorgan558159@gmail.com<br>yasmincdavies518650@gmail.com<br>yearhtwvw632@gmail.com<br>yvomneowen916156@gmail.com |
| Doe 1 | Kien Quyet Tran | abooks.org | | Gary Jakubowski<br>Jessica Yichun<br>Ngai Thi Nguyen<br>Thông Huỳnh Minh Hoàng<br>Trong Hai Vo | dailyhosting1@gmail.com<br>garyjakubowski12631@gmail.com<br>nguyemgan141790@gmail.com<br>quyetp@gmail.com<br>thong@dangnhanhonline.com<br>votronghai@yahoo.com |
| Doe 5 | Farouq Jabri | buy-test-bank.org | testbank4u.com | Ahmad Altaweel<br>Faris Labham<br>Mahdi Alsanoussi<br>Robin Aragorn | aaltaweel26@yahoo.com<br>farouqjabri@yahoo.com<br>info@buy-test-bank.org<br>info@buy-test-bank.shop<br>info@testbank4u.com<br>the_vision19@yahoo.com |
| Does 13 & 32 | Ramya Mani | growmygrade.com<br>testbanksonline.com | | David John<br>Study Docs<br>Thirumalai Samy | payment@growmygrade.com<br>payment@testbanksonline.com<br>payments@testbanksonline.com<br>ramyasmtb@gmail.com<br>sureslk@uterns.com<br>thirutestb@gmail.com<br>xnx.scorpian@gmail.com |
| Doe 16 | Henry Johnson | joycebros.com | alibi-books.com<br>bookcacebooks.com<br>gillcampbell.com<br>o2books.com | Edna Caoagdan<br>Platfox LLC | larrypdx20@gmail.com<br>platfox@vvn.us<br>sfrazier@joycebros.com<br>support@joycebros.com |
| Doe 20 | Pavel Galkin | resourcesforinstructors.com<br>teachingresourceshub.com | | Resources For Instructors | admin@teachingresourceshub.com<br>customerservice@teachingresourceshub.com<br>pgalkin1990@gmail.com<br>resourcesforinstructors@gmail.com |
| Doe 24 | Doe 24 d/b/a teachingresourcesstore.com | teachingresourcesstore.com | | | info@teachingresourcesstore.com<br>petrgalkin@iwebsolutions.ru |

**Exhibit A**

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| Doe 26 | Irina Dzhavakyants | testandsolution.com | | Test and Solution | irina.sabirova.78@gmail.com<br>irina.sabirova.78@mail.ru<br>testandsolution@gmail.com |
| Doe 29 | Huong Thi Thu Nguyen | testbankrush.com | | Chad Barrett<br>Essay 4<br>Le Ngoc Thuy<br>Linh Nguyen Thuy | ducabnriss@gmail.com<br>maganahaze@gmail.com<br>maganahaze@zoho.com<br>maganahaze@zohomail.com<br>Support@testbankrush.com<br>testbanknew.com@gmail.com<br>testbankrush.com@gmail.com |
| Doe 30 | Mike Wallace | testbankscore.com | marketeerz.net<br>testbankclasses.com<br>testbankpaper.com<br>testbankpass.com<br>testbankquestions.com | CJ Thomas<br>Jefferson Campbell<br>Patrick Andre Smith<br>Patrick Smith<br>Web Tech | alextbsmin@gmail.com<br>billing@solidtechdev.com<br>ikenosmith@gmail.com<br>info@testbankscore.com<br>Jefferson1985@protonmail.com<br>mikey87@protonmail.com<br>mikeyicw@gmail.com<br>rick280@protonmail.com<br>salebg87@outlook.com<br>solidtech@shoppinwiz.com<br>solutionbrim@gmail.com<br>sujiticw@gmail.com<br>support@solidtechdev.com<br>support@testbankscore.com |
| Doe 31 | Doe 31 d/b/a testbanksolutionmanual01.com | testbanksolutionmanual01.com | | | admin@testbanksolutionmanual01.com |
| Doe 33 | An Nguyen Hoang Thien | testbanksuccess.com | | An Hoang Thien Nguyen<br>An Nguyen<br>Cody Ashley<br>Le Sang<br>Lin Lam<br>Sang Le<br>Test Bank Does<br>Test Bank Success<br>Testbanksuccess PP | annguyen.you@gmail.com<br>contact@testbanksuccess.com<br>davidwalker.you@gmail.com<br>eduguideservice@gmail.com<br>newachievementceo@gmail.com<br>testbankdocs@gmail.com<br>testbanksuccesspaypal@gmail.com<br>thien_an1006@yahoo.com<br>thienan.nguyenhoang@gmail.com |
| Doe 34 | Jongho Ku | testbanktown.com | | Erica Ruiz<br>Isaiah Nickerson<br>Jill Rocky<br>SMTB Store<br>Terrence Buchanan | admin@testbanktown.com<br>dtalooker@gmail.com<br>ericaruiz199867@gmail.com<br>indigo01515@gmail.com<br>isaiahnickerson95@gmail.com<br>smtbstore@gmail.com |
| Doe 38 | Hammad Youssaf | tutorsection.com | easytestmanual.com<br>ebookorderform.com<br>eztutorsource.com<br>orderyourebook.com | Tanveer Ahmed | alexemetch@gmail.com<br>creatkecode@gmail.com<br>info@tutorsection.com<br>studentshelpy@hotmail.com<br>zohaib_uk@yahoo.co.uk |

# APPENDIX B

**Plaintiffs' Imprints**

| Cengage Learning | Macmillan Learning |
|---|---|
| Brooks Cole | Bedford, Freeman & Worth High School |
| Cengage | Publishers |
| Cengage Learning | Bedford/St. Martin's |
| Course Technology | BFW |
| Delmar | BFW High School Publishers |
| Gale | Freeman |
| Heinle | Macmillan Learning |
| Milady | W.H. Freeman & Company |
| National Geographic Learning | Worth |
| South-Western Educational Publishing | Worth Publishers |
| Wadsworth | |

| Elsevier | |
|---|---|
| Academic Cell | Medicine Publishing |
| Academic Press | Morgan Kaufmann Publishers |
| Amirsys | Mosby |
| Butterworth Heinemann | Newnes |
| Digital Press | North Holland |
| Elsevier | Saunders |
| Gulf Professional Publishing | Urban & Fischer |
| Hanley & Belfus | William Andrew |
| Knovel | Woodhead Publishing |
| Made Simple Books | |

| McGraw Hill | Pearson |
|---|---|
| Irwin | Addison Wesley |
| Lange | Adobe Press |
| McGraw-Hill | Allyn & Bacon |
| McGraw-Hill Education | Benjamin Cummings |
| McGraw-Hill Higher Education | Brady |
| McGraw-Hill Professional | Cisco Press |
| McGraw-Hill Ryerson | Financial Times Press/FT Press |
| McGraw-Hill/Appleton & Lange | IBM Press |
| McGraw-Hill/Contemporary | Longman |
| McGraw-Hill/Dushkin | New Riders Press |
| McGraw-Hill/Irwin | Peachpit Press |
| McGraw Hill | Pearson |
| NTC/Contemporary | Pearson Education |
| Osborne | Que Publishing |
| Schaum's | Sams Publishing |

# APPENDIX C
## (REDACTED)

**Bank and Payment Processor Accounts**

| Group/Doe | Bank/Payment Processor | Account Number Redacted |
|---|---|---|
| Group 1 | Payoneer | 4253 |
| Group 1 | PayPal | 6483 |
| Group 2 | Attijariwafa Bank | 6647 |
| Group 2 | Bank of America | 6771 |
| Group 2 | Bank of America | 2452 |
| Group 2 | Community Federal Savings Bank | 4207 |
| Group 2 | DirectCash Bank | 5215 |
| Group 2 | Evolve Bank & Trust | 5050 |
| Group 2 | First Century Bank, N.A. | 7669 |
| Group 2 | First Century Bank, N.A. | 3446 |
| Group 2 | First Century Bank, N.A. | 2193 |
| Group 2 | Habib Bank | 4411 |
| Group 2 | MetaBank | 6169 |
| Group 2 | MetaBank | 5504 |
| Group 2 | National Australia Bank | 0789 |
| Group 2 | Payoneer | 9179 |
| Group 2 | Payoneer | 9740 |
| Group 2 | PayPal | 4077 |
| Group 2 | PayPal | 0178 |
| Group 2 | PayPal | 1526 |
| Group 2 | PayPal | 2884 |
| Group 2 | PayPal | 9186 |
| Group 2 | PayPal | 9292 |
| Group 2 | PayPal | 5249 |
| Group 2 | PayPal | 8261 |
| Group 2 | PayPal | 5717 |
| Group 2 | PayPal | 7764 |
| Group 2 | PayPal | 7667 |
| Group 2 | PayPal | 8757 |
| Group 2 | Paypal | 4169 |
| Group 2 | Paypal | 4131 |
| Group 2 | PayPal | 4565 |
| Group 2 | Paypal | 2376 |
| Group 2 | Paypal | 0282 |
| Group 2 | Paypal | 8772 |
| Group 2 | PayPal | 0122 |
| Group 2 | PayPal | 3443 |
| Group 2 | PayPal | 6124 |
| Group 2 | PayPal | 5750 |
| Group 2 | PayPal | 0879 |
| Group 2 | Paypal | 6651 |
| Group 2 | PayPal | 4469 |
| Group 2 | PayPal | 4247 |
| Group 2 | PayPal | 6155 |
| Group 2 | Paypal | 0758 |
| Group 2 | PayPal | 2494 |
| Group 2 | PayPal | 3766 |
| Group 2 | PayPal | 1563 |
| Group 2 | PayPal | 0281 |
| Group 2 | PayPal | 2175 |
| Group 2 | PayPal | 6723 |
| Group 2 | PayPal | 2150 |
| Group 2 | Paypal | 3095 |

**Bank and Payment Processor Accounts**

| Group/Doe | Bank/Payment Processor | Account Number Redacted |
|---|---|---|
| Group 2 | Paypal | 9012 |
| Group 2 | Stripe | Yuef |
| Group 2 | Stripe | s1HL |
| Group 2 | Stripe | F4bX |
| Group 2 | Stripe | aXDD |
| Group 2 | Stripe | x3EZ |
| Group 3 | Capital One | 6497 |
| Group 3 | CitiBank Federal Savings Bank | 7197 |
| Group 3 | CitiBank Federal Savings Bank | 2565 |
| Group 3 | PayPal | 2453 |
| Group 3 | PayPal | 3138 |
| Group 3 | PayPal | 1462 |
| Group 3 | PayPal | 6313 |
| Group 3 | PayPal | 9190 |
| Group 3 | Stripe | MOdU |
| Group 3 | Stripe | ZZV7 |
| Group 3 | Stripe | bnhc |
| Group 3 | Stripe | kSSJ |
| Group 4 | PayPal | 6799 |
| Group 4 | PayPal | 1916 |
| Group 4 | PayPal | 1585 |
| Group 4 | PayPal | 5677 |
| Group 4 | PayPal | 2417 |
| Group 4 | PayPal | 7854 |
| Group 5 | Paypal | 3201 |
| Group 5 | Paypal | 3812 |
| Group 5 | Paypal | 4910 |
| Group 5 | Paypal | 6807 |
| Group 5 | PayPal | 4336 |
| Group 5 | PayPal | 3647 |
| Group 5 | PayPal | 4879 |
| Group 5 | PayPal | 9875 |
| Group 5 | PayPal | 8534 |
| Group 5 | PayPal | 2477 |
| Group 5 | PayPal | 1215 |
| Group 5 | PayPal | 9606 |
| Group 6 | PayPal | 4628 |
| Group 6 | PayPal | 5138 |
| Group 7 | CIMB | 5960 |
| Group 7 | Paypal | 7308 |
| Group 7 | PayPal | 1056 |
| Group 7 | PayPal | 0267 |
| Group 7 | PayPal | 6291 |
| Group 7 | RHB | 9393 |
| Group 8 | Bank of America | 9655 |
| Group 8 | Bank of America | 5592 |
| Group 8 | Discover Bank | 1349 |
| Group 8 | E Trade Bank | 7120 |
| Group 8 | First Century Bank, N.A. | 5626 |
| Group 8 | First Century Bank, N.A. | 3655 |
| Group 8 | First Century Bank, N.A. | 0477 |
| Group 8 | First Century Bank, N.A. | 7326 |
| Group 8 | First Century Bank, N.A. | 7942 |
| Group 8 | First Century Bank, N.A. | 2001 |

**Bank and Payment Processor Accounts**

| Group/Doe | Bank/Payment Processor | Account Number Redacted |
|---|---|---|
| Group 8 | GMAC Bank | 9433 |
| Group 8 | Goldman Sachs Bank US | 1328 |
| Group 8 | PayPal | 0689 |
| Group 8 | PayPal | 4461 |
| Group 8 | PayPal | 2236 |
| Group 8 | PayPal | 1158 |
| Group 8 | PayPal | 8976 |
| Group 8 | PayPal | 7295 |
| Group 8 | PayPal | 6874 |
| Group 8 | PayPal | 8342 |
| Group 8 | PayPal | 0389 |
| Group 8 | PayPal | 5307 |
| Group 8 | PayPal | 8224 |
| Group 8 | PayPal | 6638 |
| Group 8 | PayPal | 2272 |
| Group 8 | PayPal | 1378 |
| Group 8 | PayPal | 6390 |
| Group 8 | PayPal | 7209 |
| Group 8 | PayPal | 8389 |
| Group 8 | PayPal | 5999 |
| Group 8 | PayPal | 3111 |
| Group 8 | PayPal | 6668 |
| Group 8 | Pentagon Federal Credit Union | 4011 |
| Group 8 | Stride Bank | 9368 |
| Group 8 | Stride Bank | 1082 |
| Group 8 | Suntrust | 4600 |
| Group 9 | Bank of Lithuania | 6270 |
| Group 9 | Caixa Bank, S.A. | 5543 |
| Group 9 | Community Federal Savings Bank | 0210 |
| Group 9 | Community Federal Savings Bank | 6263 |
| Group 9 | Community Federal Savings Bank | 1324 |
| Group 9 | Evolve Bank & Trust | 3390 |
| Group 9 | Handels Bank | 1689 |
| Group 9 | Mini Bank | 2787 |
| Group 9 | Mini Bank | 3119 |
| Group 9 | Mini Bank | 3818 |
| Group 9 | Mini Bank | 2796 |
| Group 9 | Payoneer | 8648 |
| Group 9 | Payoneer | 8686 |
| Group 9 | Payoneer | 8562 |
| Group 9 | PayPal | 7723 |
| Group 9 | PayPal | 6268 |
| Group 9 | Paypal | 5720 |
| Group 9 | PayPal | 4793 |
| Group 9 | PKO | 4269 |
| Group 9 | Stripe | OT1U |
| Group 9 | Stripe | MN1b |
| Group 9 | TransferWise | 0230 |
| Group 9 | TransferWise | 0740 |
| Group 9 | TransferWise | 2796 |
| Group 10 | 198 Tran Quang Khai | 9353 |
| Group 10 | Abn Amro Bank N.V. | 8528 |
| Group 10 | American Express National Bank | 4956 |
| Group 10 | American Express National Bank | 6162 |

**Bank and Payment Processor Accounts**

| Group/Doe | Bank/Payment Processor | Account Number Redacted |
|---|---|---|
| Group 10 | Asia Commercial Bank | 7339 |
| Group 10 | CitiBank NA | 5528 |
| Group 10 | Community Bank and Trust | 1939 |
| Group 10 | Community Federal Savings Bank | 5877 |
| Group 10 | First Century Bank, N.A. | 7997 |
| Group 10 | First Century Bank, N.A. | 5647 |
| Group 10 | First Century Bank, N.A. | 4813 |
| Group 10 | First Century Bank, N.A. | 9295 |
| Group 10 | First Century Bank, N.A. | 6403 |
| Group 10 | First Century Bank, N.A. | 6409 |
| Group 10 | First Century Bank, N.A. | 9289 |
| Group 10 | First Century Bank, N.A. | 4645 |
| Group 10 | First Century Bank, N.A. | 6402 |
| Group 10 | First Century Bank, N.A. | 0088 |
| Group 10 | First Century Bank, N.A. | 6401 |
| Group 10 | First Century Bank, N.A. | 1968 |
| Group 10 | First Century Bank, N.A. | 6405 |
| Group 10 | First Century Bank, N.A. | 7801 |
| Group 10 | First Century Bank, N.A. | 1967 |
| Group 10 | First Century Bank, N.A. | 7800 |
| Group 10 | First Century Bank, N.A. | 5892 |
| Group 10 | Halifax Bank | 1260 |
| Group 10 | Ing Bank N.V. | 1124 |
| Group 10 | Payoneer | 7009 |
| Group 10 | Payoneer | 1959 |
| Group 10 | Payoneer | 4136 |
| Group 10 | Payoneer | 6763 |
| Group 10 | Payoneer | 1518 |
| Group 10 | Payoneer | 1809 |
| Group 10 | PayPal | 4083 |
| Group 10 | PayPal | 2843 |
| Group 10 | PayPal | 5603 |
| Group 10 | PayPal | 3571 |
| Group 10 | PayPal | 8694 |
| Group 10 | PayPal | 1221 |
| Group 10 | PayPal | 6449 |
| Group 10 | PayPal | 3528 |
| Group 10 | PayPal | 4534 |
| Group 10 | PayPal | 8471 |
| Group 10 | PayPal | 0735 |
| Group 10 | PayPal | 4918 |
| Group 10 | PayPal | 0027 |
| Group 10 | PayPal | 3567 |
| Group 10 | PayPal | 4968 |
| Group 10 | PayPal | 7737 |
| Group 10 | PayPal | 7350 |
| Group 10 | PayPal | 9985 |
| Group 10 | PayPal | 5253 |
| Group 10 | PayPal | 2008 |
| Group 10 | PayPal | 6147 |
| Group 10 | PayPal | 2568 |
| Group 10 | PayPal | 1641 |
| Group 10 | PayPal | 7405 |
| Group 10 | PayPal | 8364 |

**Bank and Payment Processor Accounts**

| Group/Doe | Bank/Payment Processor | Account Number Redacted |
|---|---|---|
| Group 10 | PayPal | 0335 |
| Group 10 | PayPal | 1625 |
| Group 10 | PayPal | 2784 |
| Group 10 | PayPal | 2900 |
| Group 10 | PayPal | 4251 |
| Group 10 | PayPal | 1009 |
| Group 10 | PayPal | 6985 |
| Group 10 | PayPal | 7913 |
| Group 10 | PayPal | 3815 |
| Group 10 | PayPal | 0890 |
| Group 10 | PayPal | 8113 |
| Group 10 | PayPal | 0392 |
| Group 10 | PayPal | 2307 |
| Group 10 | PayPal | 5851 |
| Group 10 | PayPal | 5613 |
| Group 10 | PayPal | 7133 |
| Group 10 | PayPal | 9570 |
| Group 10 | PayPal | 4617 |
| Group 10 | PayPal | 6262 |
| Group 10 | PayPal | 7481 |
| Group 10 | PayPal | 1796 |
| Group 10 | PayPal | 4564 |
| Group 10 | PayPal | 8401 |
| Group 10 | PayPal | 4184 |
| Group 10 | PayPal | 0331 |
| Group 10 | PayPal | 9946 |
| Group 10 | PayPal | 5904 |
| Group 10 | PayPal | 5551 |
| Group 10 | PayPal | 2614 |
| Group 10 | PayPal | 0216 |
| Group 10 | PayPal | 4479 |
| Group 10 | PayPal | 9747 |
| Group 10 | PayPal | 4941 |
| Group 10 | Paypal | 5700 |
| Group 10 | PayPal | 7171 |
| Group 10 | PayPal | 6156 |
| Group 10 | PayPal | 2082 |
| Group 10 | PayPal | 9069 |
| Group 10 | PayPal | 8238 |
| Group 10 | PayPal | 1278 |
| Group 10 | PayPal | 8109 |
| Group 10 | PayPal | 5339 |
| Group 10 | PayPal | 7691 |
| Group 10 | PayPal | 3951 |
| Group 10 | PayPal | 8917 |
| Group 10 | PayPal | 1021 |
| Group 10 | PayPal | 4110 |
| Group 10 | PayPal | 0224 |
| Group 10 | PayPal | 8644 |
| Group 10 | PayPal | 6346 |
| Group 10 | PayPal | 2922 |
| Group 10 | PayPal | 9145 |
| Group 10 | PayPal | 9051 |
| Group 10 | PayPal | 9715 |

**Bank and Payment Processor Accounts**

| Group/Doe | Bank/Payment Processor | Account Number Redacted |
|---|---|---|
| Group 10 | PayPal | 6392 |
| Group 10 | PayPal | 0561 |
| Group 10 | PayPal | 5175 |
| Group 10 | PayPal | 7725 |
| Group 10 | PayPal | 2819 |
| Group 10 | PayPal | 5519 |
| Group 10 | PayPal | 0560 |
| Group 10 | PayPal | 1664 |
| Group 10 | PayPal | 4902 |
| Group 10 | PayPal | 1858 |
| Group 10 | PayPal | 7193 |
| Group 10 | PayPal | 8710 |
| Group 10 | PayPal | 3213 |
| Group 10 | PayPal | 9503 |
| Group 10 | PayPal | 9200 |
| Group 10 | PayPal | 5079 |
| Group 10 | PayPal | 2159 |
| Group 10 | PayPal | 1820 |
| Group 10 | PayPal | 0845 |
| Group 10 | PayPal | 3991 |
| Group 10 | PayPal | 2500 |
| Group 10 | PayPal | 3439 |
| Group 10 | PayPal | 9368 |
| Group 10 | PayPal | 6615 |
| Group 10 | PayPal | 9711 |
| Group 10 | PayPal | 5448 |
| Group 10 | PayPal | 7342 |
| Group 10 | PayPal | 3146 |
| Group 10 | PayPal | 4781 |
| Group 10 | PayPal | 9439 |
| Group 10 | PayPal | 9435 |
| Group 10 | PayPal | 0226 |
| Group 10 | PayPal | 1916 |
| Group 10 | PayPal | 7720 |
| Group 10 | PayPal | 3334 |
| Group 10 | PayPal | 4097 |
| Group 10 | PayPal | 8231 |
| Group 10 | PayPal | 1519 |
| Group 10 | PayPal | 7792 |
| Group 10 | PayPal | 1583 |
| Group 10 | PayPal | 2216 |
| Group 10 | PayPal | 3726 |
| Group 10 | PayPal | 2456 |
| Group 10 | PayPal | 6494 |
| Group 10 | PayPal | 8764 |
| Group 10 | PayPal | 6899 |
| Group 10 | PayPal | 7738 |
| Group 10 | PayPal | 6841 |
| Group 10 | PayPal | 7620 |
| Group 10 | PayPal | 2931 |
| Group 10 | PayPal | 4950 |
| Group 10 | PayPal | 2654 |
| Group 10 | PayPal | 8453 |
| Group 10 | PayPal | 3595 |

**Bank and Payment Processor Accounts**

| Group/Doe | Bank/Payment Processor | Account Number Redacted |
|---|---|---|
| Group 10 | PayPal | 5284 |
| Group 10 | PayPal | 9403 |
| Group 10 | PayPal | 4413 |
| Group 10 | PayPal | 6412 |
| Group 10 | PayPal | 5776 |
| Group 10 | PayPal | 6055 |
| Group 10 | PayPal | 2352 |
| Group 10 | PayPal | 7247 |
| Group 10 | PayPal | 5230 |
| Group 10 | PayPal | 8223 |
| Group 10 | PayPal | 9574 |
| Group 10 | PayPal | 4152 |
| Group 10 | PayPal | 3414 |
| Group 10 | PayPal | 0143 |
| Group 10 | PayPal | 4385 |
| Group 10 | PayPal | 6456 |
| Group 10 | PayPal | 5267 |
| Group 10 | South East Asia Commercial Joint Stock Bank | 5888 |
| Group 10 | Stripe | Jsus |
| Group 10 | Stripe | uas5 |
| Group 10 | Stripe | 5pQY |
| Group 10 | Stripe | UJox |
| Group 10 | Stripe | eRZc |
| Group 10 | Stripe | WTYy |
| Group 10 | Stripe | yETt |
| Group 10 | Stripe | B3G9 |
| Group 10 | Stripe | qH0m |
| Group 10 | Stripe | S4FB |
| Group 10 | Stripe | nIoE |
| Group 10 | Stripe | qjPl |
| Group 10 | Stripe | Ii76 |
| Group 10 | Stripe | SlXV |
| Group 10 | Stripe | q2c1 |
| Group 10 | Stripe | HKht |
| Group 10 | Stripe | ypkz |
| Group 10 | Stripe | SAgN |
| Group 10 | Stripe | w83F |
| Group 10 | Stripe | qIRO |
| Group 10 | Stripe | hoLt |
| Group 10 | Stripe | jW2M |
| Group 10 | Stripe | TkSJ |
| Group 10 | Stripe | HlFS |
| Group 10 | Stripe | 9Ztq |
| Group 10 | Stripe | JrXb |
| Group 10 | Tienphong Commercial Joint Stock Bank | 6001 |
| Group 10 | Vietnam Joint Stock Commercial Bank for Industry and Trade | 5888 |
| Group 10 | Vietnam Joint Stock Commercial Bank for Industry and Trade | 9072 |
| Group 10 | Vietnam Technological and Commercial Joint Stock Bank | 9666 |
| Group 10 | Vietnam Technological and Commercial Joint Stock Bank | 6003 |
| Group 10 | Wells Fargo Bank NA | 7651 |
| Kien Quyet Tran | PayPal | 7824 |
| Kien Quyet Tran | PayPal | 3522 |
| Kien Quyet Tran | PayPal | 5578 |
| Kien Quyet Tran | PayPal | 3532 |

**Bank and Payment Processor Accounts**

| Group/Doe | Bank/Payment Processor | Account Number Redacted |
|---|---|---|
| Farouq Jabri | PayPal | 2562 |
| Farouq Jabri | PayPal | 0598 |
| Farouq Jabri | PayPal | 9453 |
| Ramya Mani | ICICI Bank Chennai-Porur Branch | 7819 |
| Ramya Mani | ICICI BANK LIMITED | 5317 |
| Ramya Mani | ICICI BANK LIMITED | 6376 |
| Ramya Mani | Paypal | 9400 |
| Ramya Mani | Stripe | RmgG |
| Henry Johnson | Onpoint Community Credit Union | 3914 |
| Henry Johnson | Stripe | gDem |
| Henry Johnson | Wells Fargo Bank NA | 1897 |
| Huong Thi Thu Nguyen | PayPal | 7102 |
| Huong Thi Thu Nguyen | Paypal | 8978 |
| Mike Wallace | Bank of America | 2794 |
| Mike Wallace | First Century Bank, N.A. | 2763 |
| Mike Wallace | PayPal | 3270 |
| Mike Wallace | Stripe | LvAr |
| Mike Wallace | Stripe | 2ttL |
| An Nguyen Hoang Thien | Paypal | 6100 |
| An Nguyen Hoang Thien | PayPal | 7277 |
| An Nguyen Hoang Thien | PayPal | 2318 |
| An Nguyen Hoang Thien | PayPal | 3494 |
| An Nguyen Hoang Thien | PayPal | 8961 |
| An Nguyen Hoang Thien | PayPal | 1936 |
| Jongho Ku | Paypal | 1992 |
| Jongho Ku | PayPal | 9756 |
| Jongho Ku | Stride Bank | 3506 |