**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

PEARSON EDUCATION, INC., ELSEVIER INC.,
BEDFORD, FREEMAN & WORTH PUBLISHING
GROUP, LLC d/b/a MACMILLAN LEARNING,
CENGAGE LEARNING, INC., and MCGRAW HILL
LLC,

        Plaintiffs,

    v.

DOES 1 - 39 d/b/a ABOOKS.ORG, AIRBOOKS.ORG,
AUDIOBOOKSBOOKSHOP.COM, AZ-
TESTBANK.COM, BUY-TEST-BANK.ORG,
COURSESEXAMS.COM, DOWNLOADAID.COM,
EBOOKCLEAR.COM, EASYTAXEXAM.COM,
EAZYQUIZ.COM, EDUWORKLAB.COM,
FINDTESTBANK.COM, GLORIA-SOLUTION-
MANUAL.COM, GROWMYGRADE.COM,
HOMEWORKMERIT.COM, ISMTESTBANK.COM,
JOYCEBROS.COM, LOVETESTBANK.COM,
MAXOOP.COM, NURSINGTB.COM,
RESOURCESFORINSTRUCTORS.COM,
TEACHINGRESOURCESHUB.COM,
SOLUTIONEXAM.COM, STAEQUIZ.COM,
TBZUIQE.COM, STUDENTS-CENTER.COM,
TEACHINGRESOURCESSTORE.COM,
TEST2020BANK.COM, TESTANDSOLUTION.COM,
TESTBANKBLOCK.COM, TESTBANKEXAM.COM,
TESTBANKRUSH.COM, TESTBANKSCORE.COM,
TESTBANKSOLUTIONMANUAL01.COM,
TESTBANKSONLINE.COM,
TESTBANKSUCCESS.COM,
TESTBANKTOWN.COM,
TESTBANKWORLD.BLOGSPOT.COM,
TESTTHEBANK.COM, THETESTBANK.ORG,
TUTORSECTION.COM, and VAROKEE.COM,

        Defendants.

---

**Civil Action No. 21-cv-3486-RA**

Case 1:21-cv-03486-RA   Document 57   Filed 11/22/21   Page 2 of 3

## [PROPOSED] ORDER

Upon Plaintiffs' Motion to Amend the Complaint, for an Amended Preliminary Injunction, to File the Proposed Amended Preliminary Injunction Under Seal, and for Alternate Service (the "Motion"), the supporting Memorandum of Law, the Declaration of Matthew I. Fleischman, and the entire record herein,

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs are given leave to file the Proposed Amended Complaint.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 65, the Court grants Plaintiffs' request for an Amended Preliminary Injunction, which it will issue separately.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 5.2, leave is granted to file Appendix C to the proposed Amended Preliminary Injunction and Exhibit 1 to the Fleischman Declaration under seal to protect Defendants' full account numbers from public disclosure.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 4(e), Federal Rule of Civil Procedure 4(f)(3), and New York Civil Practice Law and Rules 308(5), Plaintiffs' Motion for leave to serve by email Defendants Mustapha Najji, Ramya Mani, Ahmed Ali, Ali Samy, Farouq Jabri, Abd Rahim Bin Karim, Ahma Syahir, Abderrahmane Lasri, Id Tnaine Abdellah, Said Ouakrim, Anjum Akhter, Haroon Mansha, Farah Maqsood, Nouman Malik, Hammad Yousaf, Irina Dzhavakyants, Jongho Ku, Zahrat Al Taif d/b/a Goods Wholesalers LL, Syed Atif Raza, Abida Imran, Muhammad Shehzad Qammar, Mohammad Sameed Ubair Khan Abbasi, Syed Hasnain Raza, Faisal Majid, Khalid Ibrahim, An Nguyen Hoang Thien, Dung Vuong, Nguyen Hai Long, Nhat Duong Duc, Huong Thi Thu Nguyen, Kien Quyet Tran, Manh

Cuong Can, Thu Duc Nguyen, Hoa My Hoang, Hoang Anh Thi Lan, Nguyen Kien Viet, Phuc Duong Nguyen, Thom Thi Bui, Trang Thi Tran, Tuan Duong, Syed Hussain, Muhammad Hamza Afzal, Pavel Galkin, Mike Wallace, Doe 24 d/b/a/ teachingresourcesstore.com, and Doe 31 d/b/a/ testbanksolutionmanual01.com is GRANTED.   Service of the First Amended Complaint, accompanying Summons, this Order, and any future pleadings and papers that are required to be served in this action shall be made by delivering electronic copies thereof to the Defendants' email addresses specified on Appendix A to the Amended Preliminary Injunction or subsequently identified.

SO ORDERED this ___22___ day of ___November___, 2021.

 

 

Hon. Ronnie Abrams, U.S.D.J.