UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., and MCGRAW HILL LLC,<br><br>         Plaintiffs,<br><br>   v.<br><br>MUSTAPHA NAJJI, ZAHRAT AL TAIF D/B/A GOODS WHOLESALERS LL, ABDERRAHMANE LASRI, AHMED ALI, ALI SAMY, ID TNAINE ABDELLAH, SAID OUAKRIM, SYED ATIF RAZA, SYED HUSSAIN, ABIDA IMRAN, MUHAMMAD SHEHZAD QAMMAR, YI SHI, MANH CUONG CAN, THU DUC NGUYEN, HOA MY HOANG, HOANG ANH THI LAN, NGUYEN KIEN VIET, PHUC DUONG NGUYEN, THOM THI BUI, TRANG THI TRAN, TUAN DUONG ANH, FAISAL MAJID, KHALID IBRAHIM, ABD RAHIM BIN KARIM, AHMA SYAHIR, ALEJANDRO VERA, MOHAMMAD SAMEED UBAIR KHAN ABBASI, FARAH MAQSOOD, MUHAMMAD HAMZA AFZAL, NOUMAN MALIK, SYED HASNAIN RAZA, ANJUM AKHTER, DUNG VUONG, HAROON MANSHA, NGUYEN HAI LONG, NHAT DUONG DUC, SHERRY SANDERS, KIEN QUYET TRAN, FAROUQ JABRI, RAMYA MANI, HENRY JOHNSON, PAVEL GALKIN, IRINA DZHAVAKYANTS, HUONG THI THU NGUYEN, MIKE WALLACE, AN NGUYEN HOANG THIEN, JONGHO KU, HAMMAD YOUSAF, DOE 24 D/B/A TEACHINGRESOURCESTORE.COM, and DOE 31 D/B/A TESTBANKSOLUTIONMANUAL01.COM,<br><br>         Defendants. | **Civil Action No. 21-cv-3486-RA** |

**CERTIFICATE OF SERVICE**

Counsel for Plaintiffs hereby certify that true and correct copies of Plaintiffs' Motion to Serve by Email ("Motion") (ECF No. 66); Memorandum of Law in Support of Motion (ECF No. 67); Declaration in Support of Motion and its exhibits (ECF No. 68); the proposed Clerk's Certificate of Default (ECF No. 69); Declaration in Support of Entry for Default (ECF No. 70); and the Request for Entry of Default (ECF No. 70-1) have been served on Defendants as follows:

1. By email on January 7, 2022 to the following email addresses for Defendants as listed below:

| Doe/Group | Defendant(s) | Email Address(es) |
|---|---|---|
| Group 1 | Mustapha Najji | admin@easytaxexam.com |
| | Zahrat Al Taif d/b/a Goods Wholesalers LL | admin@eduworklab.com |
| | | admin@test2020bank.com |
| | | antorab2010@gmail.com |
| | | biswasku@gmail.com |
| | | emmastewart261@gmail |
| | | gandjlondonfashion@outlook.com |
| | | instructortestsolution@gmail.com |
| | | jacobstb02@gmail.com |
| | | jiaryu503@gmail.com |
| | | jwpp2015@gmail.com |
| | | ms6189782@gmail.com |
| | | mysmandtb@gmail.com |
| | | najjitraders@gmail.com |
| | | orderzotac2@gmail.com |
| | | partho0508@gmail.com |
| | | |
| Group 2 | Abderrahmane Lasri | A.ZTestBank.Info@gmail.com |
| | Ahmed Ali | aatif@flashedcoder.com |
| | Ali Samy | abida.zainab@gmail.com |
| | Id Tnaine Abdellah | abidairtaza@yahoo.com |
| | Said Ouakrim | adeel@irtaza.com |
| | Syed Atif Raza | admin@allnurses.site |
| | Syed Hussain | ahmedali199922@hotmail.com |
| | | aplustbsm@gmail.com |
| | | ashelper786@gmail.com |
| | | atif@irtaza.com |
| | | atif1286@yahoo.com |
| | | az.testbank.info@gmail.com |

| | | |
|---|---|---|
| | | basma2iyad@hotmail.com |
| | | bibinimra42@gmail.com |
| | | big66804@gmail.com |
| | | blackcat00006@gmail.com |
| | | burjkhalifa127@gmail.com |
| | | contact@webfordesign.us |
| | | coursesexams@gmail.com |
| | | coursesexams@yahoo.com |
| | | docsmtb@hotmail.com |
| | | expert@baduhost.com |
| | | fechnerlaw71@gmail.com |
| | | flashedcoder0@gmail.com |
| | | flashedcoder702@ymail.com |
| | | friendlytutor2002@gmail.com |
| | | fullmarkteam@live.com |
| | | haadisys@flashedcoder.com |
| | | helpscribd@gmail.com |
| | | henryhenry006@gmail.com |
| | | hibaras669@jszmail.com |
| | | himayes921@smlmail.net |
| | | homeworkmerit@gmail.com |
| | | iffatzahra9@gmail.com |
| | | Infoibex0@gmail.com |
| | | jayukemex@emailay.com |
| | | jcobharry9312@gmail.com |
| | | jincoder2012@gmail.com |
| | | jsons6002@gmail.com |
| | | kitafod@app-mailer.com |
| | | kokofi5726@3mailapp.net |
| | | lisalee27006@gmail.com |
| | | losoyubare@3mail.rocks |
| | | loverlover51214@gmail.com |
| | | majid@tribe361.com |
| | | majidhassan10@hotmail.com |
| | | masterji@flashedcoder.com |
| | | me@irtaza.com |
| | | mekafi@6mail.top |
| | | mohsin@flashedcoder.com |
| | | mohsinbrolive@gmail.com |
| | | mohsinraza@irtaza.com |
| | | mypaypal@irtaza.com |
| | | noreply@sendowl.com |
| | | numberonetutor274@gmail.com |
| | | numberonetutor472@gmail.com |
| | | ouakkrim@gmail.com |

| | | |
|---|---|---|
| | | payment@allfinalexamsanswers.com |
| | | paypaak@gmail.com |
| | | paypal@flashedcoder.com |
| | | paypal@isutler.com |
| | | pifaxosa@net2mail.top |
| | | pokaku@8mailpro.com |
| | | project_number@hotmail.com |
| | | project.2215@hotmail.com |
| | | rabejak501@jszmail.com |
| | | raza7867214@gmail.com |
| | | rereho@mail-share.net |
| | | rrazaaza@gmail.com |
| | | sagawi5001@iwebtm.com |
| | | scribd647@gmail.com |
| | | sellfyonwer@gmail.com |
| | | shagusherry@gmail.com |
| | | sierracortneyjenifer87@gmail.com |
| | | smhlive@gmail.com |
| | | SSTPAY@hotmail.com |
| | | syed.irtaza@gmail.com |
| | | syed27629@gmail.com |
| | | syedmohsin_raza90@yahoo.com |
| | | syedraza000111@gmail.com |
| | | syedwasif006@gmail.com |
| | | timebusy5@gmail.com |
| | | tvembed@gmail.com |
| | | update.ouakrim1@gmail.com |
| | | vepel32886@quick-mail.cc |
| | | vstream.eu@gmail.com |
| | | waseee@flashedcoder.com |
| | | wasif@irtaza.com |
| | | work20team@gmail.com |
| | | world4447@gmail.com |
| | | worldcheater75@yahoo.com |
| | | wotoc@click2mail.net |
| | | xvid2014@gmail.com |
| | | zaviazahid@gmail.com |
| | | |
| Group 3 | Abida Imran | admin@ekinomaniak.tv |
| | Muhammad Shehzad Qammar | admin@ismtestbank.com |
| | Yi Shi | billing@offshorededi.com |
| | | donaldshi@gmail.com |
| | | info@offshorededi.com |
| | | info@offshorededi.net |
| | | offshorededi@hotmail.com |

|  |  | payments@offshorededi.com |
|---|---|---|
|  |  | service@ismtestbank.com |
|  |  | shahzadqamarsgd@gmail.com |
|  |  | solutiontestbank@163.com |
|  |  | support@offshorededi.com |
|  |  |  |
| Group 4 | Manh Cuong Can | alijohnny2009@gmail.com |
|  | Thu Duc Nguyen | chisthieu@hotmail.com |
|  |  | connorcarney1974@gmail.com |
|  |  | dentonanthony1991@gmail.com |
|  |  | donna_summer99@yahoo.com |
|  |  | downloadablesolutions@hotmail.com |
|  |  | ebookclear@gmail.com |
|  |  | maint1607@gmail.com |
|  |  | moxi9plus@hotmail.com |
|  |  | PeterHaris1991@gmail.com |
|  |  | phaletim56@gmail.com |
|  |  | ruisemino@hotmail.com |
|  |  | sharpeamena1990@gmail.com |
|  |  | SharpeAmena1990@testbanklive.com |
|  |  | support@downloadaid.com |
|  |  | support@ebookclear.com |
|  |  | support@testbankarea.com |
|  |  | support@testthebank.com |
|  |  | testbankarea@gmail.com |
|  |  | testbankgood@gmail.com |
|  |  |  |
| Group 5 | Hoa My Hoang | arthurjohnson920@gmail.com |
|  | Hoang Anh Thi Lan | arthurjohnsona2019@gmail.com |
|  | Nguyen Kien Viet | contact@lovetestbank.com |
|  | Phuc Duong Nguyen | contact@testbankexam.com |
|  | Thom Thi Bui | cukamspoll@gmail.com |
|  | Trang Thi Tran | ellisontoddeb@gmail.com |
|  | Tuan Duong Anh | fulkersoncli@gmail.com |
|  |  | Fulkersoncli1@addmot.com |
|  |  | hanh2338@yandex.com |
|  |  | hanh3823@gmail.com |
|  |  | hanh3823@tbmail.win |
|  |  | hanh3823@yandex.com |
|  |  | hoangmyhoa91@gmail.com |
|  |  | Icelandicf471@yandex.com |
|  |  | juanetruesdale@gmail.com |
|  |  | lovetestbank.com@gmail.com |
|  |  | mohalinalixa@gmail.com |
|  |  | Mohalinalixa@tbmail.win |

|   |   |   |
|---|---|---|
|   |   | mohamedami19183@gmail.com |
|   |   | nasumspill@gmail.com |
|   |   | NasumsPill@tbmail.win |
|   |   | nguyenphucduong23@gmail.com |
|   |   | rogerfavors641@gmail.com |
|   |   | SeloitCrus@gmail.com |
|   |   | solutionexam.com@gmail.com |
|   |   | support@testbankblock.com |
|   |   | tbteam.com@yandex.com |
|   |   | testbankexam.com@gmail.com |
|   |   | testbankteam247@gmail.com |
|   |   | timothyhight234@gmail.com |
|   |   | tranhaiyen071989@gmail.com |
|   |   | tranthiphuong2112@gmail.com |
|   |   |   |
| Group 6 | Faisal Majid | centertestbank@gmail.com |
|   | Khalid Ibrahim | fm-tb@hotmail.com |
|   |   | ftestbank@gmail.com |
|   |   | hb_6000@hotmail.com |
|   |   | kh-itb@hotmail.com |
|   |   | rashed-atb@hotmail.com |
|   |   |   |
| Group 7 | Abd Rahim Bin Karim | abdrahimkarim@outlook.com |
|   | Ahma Syahir | asadmisc@gmail.com |
|   |   | elviprodu@outlook.com |
|   |   | firdauswardi.82@outlook.com |
|   |   | Support@maxoop.com |
|   |   | syahir.osman@outlook.com |
|   |   |   |
|   |   |   |
| Group 8 | Alejandro Vera | Abby654Miller@gmail.com |
|   | Mohammad Sameed Ubair Khan Abbasi | admin@homeworklance.com |
|   |   | Allegianx@hotmail.com |
|   |   | amin.sohail@rocketmail.com |
|   |   | crystal52beagley@gmail.com |
|   |   | D_gabriel778@hotmail.com |
|   |   | daineltbrown@yahoo.com |
|   |   | Dean_gabz@hotmail.com |
|   |   | donald.jackman@yandex.com |
|   |   | farhansaeed23@yahoo.com |
|   |   | flip.jupiter@yandex.com |
|   |   | Greyortsch@hotmail.com |
|   |   | homeworkelance@gmail.com |
|   |   | homeworkguiders@gmail.com |

|  |  |  |
|---|---|---|
|  |  | homeworklance@yahoo.com |
|  |  | homeworkzmonster@gmail.com |
|  |  | hwsolutionsguru@gmail.com |
|  |  | info.homeworklance@gmail.com |
|  |  | lancehomework@gmail.com |
|  |  | Lindseytr423@gmail.com |
|  |  | Madendader51@mail.com |
|  |  | Madendader55@mail.com |
|  |  | michael.damn@yandex.com |
|  |  | mikelussy@gmail.com |
|  |  | payment-employer@homeworklance.com |
|  |  | payment.tutorialbucket@gmail.com |
|  |  | payment.uphomework@gmail.com |
|  |  | payment@homeworklance.com |
|  |  | paymenttutorial@gmail.com |
|  |  | principleshomework@gmail.com |
|  |  | ronridley4707@gmail.com |
|  |  | Sameedabbasi1@gmail.com |
|  |  | sameedsaam@gmail.com |
|  |  | samoutsourcingmedia@gmail.com |
|  |  | swissmuch@gmail.com |
|  |  | tahira.amin@yahoo.com |
|  |  | testbanklancer@gmail.com |
|  |  | tutorials.homeworkbucket@gmail.com |
|  |  |  |
| Group 9 | Farah Maqsood | 444rahamali@gmail.com |
|  | Muhammad Hamza Afzal | aexisharbor09@gmail.com |
|  | Nouman Malik | alexisharbor09@gmail.com |
|  | Syed Hasnain Raza | ameliorator@hotmail.com |
|  |  | easyquiz09@gmail.com |
|  |  | nouman6365@gmail.com |
|  |  | quizsol99@gmail.com |
|  |  | rockn786@outlook.com |
|  |  | shraza81@hotmail.com |
|  |  | ssoothing1@gmail.com |
|  |  | tbzuiqe@gmail.com |
|  |  | whisperhills@gmail.com |
|  |  |  |
| Group 10 | Anjum Akhter | 50.tranthisen@mailaze.com |
|  | Dung Vuong | abbieclark859572@gmail.com |
|  | Haroon Mansha | abbyidelle99134@gmail.com |
|  | Nguyen Hai Long | aboutwhom1709@gmail.com |
|  | Nhat Duong Duc | activitygrave5381@gmail.com |
|  | Sherry Sanders | admin@audiobooksbookshop.com |
|  |  | admin@ctctextbooks.com |

| | | |
|---|---|---|
| | | againstrecovery9505@gmail.com |
| | | alanjohnson48e@gmail.com |
| | | alanmason148334@gmail.com |
| | | almtamflemming9976@gmail.com |
| | | amberprice585396@gmail.com |
| | | ameliakelly276870@gmail.com |
| | | amnamrizvi@gmail.com |
| | | andyparker134271@gmail.com |
| | | anjumakhter@gmail.com |
| | | annawilliams133020@gmail.com |
| | | arlyneblaine67743117@gmail.com |
| | | ashleycoo564@gmail.com |
| | | autumngenna73147341@gmail.com |
| | | bendpalestinian0173@gmail.com |
| | | bergerons773@gmail.com |
| | | cardpayment@enapar.xyz |
| | | cardpayment@popkein.xyz |
| | | cardpayment@sumoug.xyz |
| | | cardsupport@dweear.xyz |
| | | charlesallen115194@gmail.com |
| | | chrissimpson556617@gmail.com |
| | | contact@collegestudenttextbooks.com |
| | | contact@trouserstv.store |
| | | contact@varokee.com |
| | | coorismartin8990@gmail.com |
| | | cothrarichards7098@gmail.com |
| | | countyunlike2264@gmail.com |
| | | coxardsaunnd9555@gmail.com |
| | | craigrogers886032@gmail.com |
| | | dalelloyd703777@gmail.com |
| | | danbrown223499@gmail.com |
| | | danielehughes5443@gmail.com |
| | | danielleknight489630@gmail.com |
| | | darrensmith992582@gmail.com |
| | | david@mcctextbooks.com |
| | | david@thestudentbookstore.net |
| | | dd.nhat.bkhn@gmail.com |
| | | DebraTKolb63@gmail.com |
| | | dominicstevens659089@gmail.com |
| | | dylanbailey700673@gmail.com |
| | | dylanshetler1999@gmail.com |
| | | edwardhunt349274@gmail.com |
| | | eleanorhall599689@gmail.com |
| | | ellaclarke467579@gmail.com |
| | | emmalee678042@gmail.com |

| | | |
|---|---|---|
| | | erinjackson992987@gmail.com |
| | | fayematthews510025@gmail.com |
| | | FiggsyCzaplajr11@yahoo.com |
| | | foxeesle2732@gmail.com |
| | | GrayswYodersh11@yahoo.com |
| | | haroon.mansha@gmail.com |
| | | harrisoncollins288481@gmail.com |
| | | haseeb@defence.pk |
| | | ianhunt937085@gmail.com |
| | | icepersonnel6645@gmail.com |
| | | imposeserve3604@gmail.com |
| | | info@zoofs.nl |
| | | isabellemason754088@gmail.com |
| | | jacobellis539205@gmail.com |
| | | jameschapman748381@gmail.com |
| | | jamessmithave@gmail.com |
| | | janeholmes576104@gmail.com |
| | | jasminemurphy375338@gmail.com |
| | | jennysmithwyo@gmail.com |
| | | johnpatel687237@gmail.com |
| | | justineking140497@gmail.com |
| | | justinerose924485@gmail.com |
| | | kellyrichards841248@gmail.com |
| | | khansherman5714@gmail.com |
| | | khaterjyotri2876@gmail.com |
| | | kirstenbutler163720@gmail.com |
| | | laylakhan692680@gmail.com |
| | | leahmorris485042@gmail.com |
| | | leehunt499015@gmail.com |
| | | leetituou1003@gmail.com |
| | | lewieyeller3156@gmail.com |
| | | lrowe8664@gmail.com |
| | | LundAtkins51951763@gmail.com |
| | | marc.condon991@outlook.com |
| | | mariapowell430807@gmail.com |
| | | marywilliams992827@gmail.com |
| | | maxmorgan192801@gmail.com |
| | | miaadams139973@gmail.com |
| | | mikeprice680783@gmail.com |
| | | minniertamika4928153@gmail.com |
| | | mitvarmorris0678@gmail.com |
| | | mohdbhaseeb@gmail.com |
| | | molderleandra220552@gmail.com |
| | | mollywhite227829@gmail.com |
| | | morellleann652@gmail.com |

| | | |
|---|---|---|
| | | morgerdeedra2178045@gmail.com |
| | | mosellekathy261917@gmail.com |
| | | MossergpDriggsdg21@yahoo.com |
| | | moyejanita8153@gmail.com |
| | | mulkerinmaritza535@gmail.com |
| | | mullettarline2745@gmail.com |
| | | munstermannemile247@gmail.com |
| | | murpurfelipa8795@gmail.com |
| | | muthermarjorie2745@gmail.com |
| | | nahhasdenny7254@gmail.com |
| | | nakanolashawnda182417@gmail.com |
| | | nalljess438@gmail.com |
| | | naomiprice331483@gmail.com |
| | | napieralakimberely53@gmail.com |
| | | NathanElnora40266951@gmail.com |
| | | nathansaunders826206@gmail.com |
| | | nealeighkenton147149@gmail.com |
| | | neaultgeorgeanna411247@gmail.com |
| | | neitherdeny2283@gmail.com |
| | | nelmsmarcelo13152745@gmail.com |
| | | nessyrosalind17167@gmail.com |
| | | nguyenhailong.ptit@gmail.com |
| | | nicarlucinda2745@gmail.com |
| | | niedbalskiterri536@gmail.com |
| | | NielsenIsom21826785@gmail.com |
| | | niemeyerwanita134227@gmail.com |
| | | nikkelomar11942745@gmail.com |
| | | nikkimoore386705@gmail.com |
| | | norcialeana535@gmail.com |
| | | nuzbackmarissa6305@gmail.com |
| | | obhoffabian756625@gmail.com |
| | | ogeiildaviow8171@gmail.com |
| | | ogeraleta9358@gmail.com |
| | | oishichanelle3763@gmail.com |
| | | olckhartiraida171554@gmail.com |
| | | oliviarichardson345819@gmail.com |
| | | onangolden1943@gmail.com |
| | | oodaooallen8699@gmail.com |
| | | oscarmason798624@gmail.com |
| | | oscarrose594822@gmail.com |
| | | oscarsimpson678257@gmail.com |
| | | ovenaccording9963@gmail.com |
| | | oxaroowalker7691@gmail.com |
| | | padelyetta2745@gmail.com |
| | | pay@charie.xyz |

| | | |
|---|---|---|
| | | paygate@ireher.xyz |
| | | paygates@litlah.xyz |
| | | payment.bebeli@gmail.com |
| | | payment@atroe.xyz |
| | | payment@pjanes.xyz |
| | | payment@rhianonbea.xyz |
| | | payments@ofilialyndsay.xyz |
| | | payments@varokee.com |
| | | philipphillips464082@gmail.com |
| | | pinjetteam@gmail.com |
| | | quentinyoung979949@gmail.com |
| | | rachewhillipshan2023@gmail.com |
| | | rebeccastevens682554@gmail.com |
| | | rosalaumen@outlook.com |
| | | rosiemitchell173015@gmail.com |
| | | rubyjones468681@gmail.com |
| | | sallybennett886855@gmail.com |
| | | sentran121991@gmail.com |
| | | sheilabliss73375567@gmail.com |
| | | SilviaGilbert76498819@gmail.com |
| | | sonnyandradem1i9@gmail.com |
| | | stevewilkinson639716@gmail.com |
| | | stripe@bookfit.store |
| | | stripe@booknetwork.store |
| | | stripe@zannya.xyz |
| | | stripepaygate@kebarl.xyz |
| | | sunfawei21@gmail.com |
| | | support@airbooks.org |
| | | talagarefugia928@gmail.com |
| | | tarasestrella806@gmail.com |
| | | tarrybok806@gmail.com |
| | | tasfiq1123@gmail.com |
| | | taviraluci1717705@gmail.com |
| | | tevpowhunt6215@gmail.com |
| | | thomdwgrifwe2459@gmail.com |
| | | to4934@foxmail.com |
| | | tobyadams836362@gmail.com |
| | | tomlewis936659@gmail.com |
| | | tooselection8217@gmail.com |
| | | unvarskyberry295@gmail.com |
| | | useltonbrendon858927@gmail.com |
| | | usmangabriel3313843@gmail.com |
| | | vaillaustin762927@gmail.com |
| | | vanessarichardson701168@gmail.com |
| | | verserleena2110296@gmail.com |

| | | |
|---|---|---|
| | | vvdung88@gmail.com |
| | | walwnhall9179@gmail.com |
| | | wayneowen458589@gmail.com |
| | | williammorgan558159@gmail.com |
| | | yasminedavies518650@gmail.com |
| | | yearlbtvww632@gmail.com |
| | | yvonneowen916156@gmail.com |
| | | |
| Doe 1 | Kien Quyet Tran | dailyhosting1@gmail.com |
| | | garyjakubowski1263@gmail.com |
| | | nguyenngan141790@gmail.com |
| | | quyetpc@gmail.com |
| | | thong@dangnhanhonline.com |
| | | nguyenngan141790@gmail.com |
| | | |
| Doe 5 | Farouq Jabri | aaltaweel26@yahoo.com |
| | | farouqjabri@yahoo.com |
| | | info@buy-test-bank.org |
| | | info@buy-test-bank.shop |
| | | info@testbank4u.com |
| | | the_vision19@yahoo.com |
| | | |
| Doe 13 & 32 | Ramya Mani | payment@growmygrade.com |
| | | payment@testbanksonline.com |
| | | payments@testbanksonline.com |
| | | ramyasmtb@gmail.com |
| | | sureshk@utenix.com |
| | | thirutestb@gmail.com |
| | | xnx.scorpian@gmail.com |
| | | |
| Doe 16 | Henry Johnson | larrypdx20@gmail.com |
| | | platfox@vvn.us |
| | | sfrazier@joycebros.com |
| | | support@joycebros.com |
| | | |
| Doe 20 | Pavel Galkin | admin@teachingresourceshub.com |
| | | customerservice@teachingresourceshub.com |
| | | pgalkin1990@gmail.com |
| | | resourcesforinstructors@gmail.com |
| | | |
| Doe 24 | Doe 24 d/b/a teachingresourcesstore.com | info@teachingresourcesstore.com |
| | | petrgalkin@iwebsolutions.ru |
| | | |
| Doe 26 | Irina Dzhavakyants | irina.sabirova.78@gmail.com |

| | | |
|---|---|---|
| | | irina.sabirova.78@mail.ru |
| | | testandsolution@gmail.com |
| | | |
| Doe 29 | Huong Thi Thu Nguyen | ducabmriss@gmail.com |
| | | maganahaze@gmail.com |
| | | maganahaze@zoho.com |
| | | maganahaze@zohomail.com |
| | | Support@testbankrush.com |
| | | testbanknew.com@gmail.com |
| | | testbankrush.com@gmail.com |
| | | |
| Doe 30 | Mike Wallace | alextbsmim@gmail.com |
| | | billing@solidtechdev.com |
| | | ikenosmith@gmail.com |
| | | info@testbankscore.com |
| | | Jefferson1985@protonmail.com |
| | | mikey87@protonmail.com |
| | | mikeyicwi@gmail.com |
| | | rickz80@protonmail.com |
| | | salelog87@outlook.com |
| | | solidtech@shoppinwiz.com |
| | | solutiontbim@gmail.com |
| | | sujiticwi@gmail.com |
| | | support@solidtechdev.com |
| | | support@testbankscore.com |
| | | |
| Doe 31 | Doe 31 d/b/a testbanksolutionmanual01.com | admin@testbanksolutionmanual01.com |
| | | |
| Doe 33 | An Nguyen Hoang Thien | annguyen.you@gmail.com |
| | | contact@testbanksuccess.com |
| | | davidwalker.you@gmail.com |
| | | eduguideservice@gmail.com |
| | | newachievementco@gmail.com |
| | | testbankdocs@gmail.com |
| | | testbanksuccesspaypal@gmail.com |
| | | thien_an1006@yahoo.com |
| | | thienan.nguyenhoang@gmail.com |
| | | |
| Doe 34 | Jongho Ku | admin@testbanktown.com |
| | | datalooker@gmail.com |
| | | ericaruiz199867@gmail.com |
| | | indigo01515@gmail.com |
| | | isaiahnickerson95@gmail.com |
| | | smtbstore@gmail.com |

|  |  |  |
|---|---|---|
| Doe 38 | Hammad Yousaf | alexemtech@gmail.com |
|  |  | creatikcode@gmail.com |
|  |  | info@tutorsection.com |
|  |  | studentshelp@hotmail.com |
|  |  | zohaib_uk@yahoo.co.uk |


DATED:  January 7, 2022

        */s/ Danae Tinelli*
        Danae Tinelli

        Matthew J. Oppenheim
        Michele H. Murphy (*pro hace vice*)
        Danae Tinelli (*pro hac vice*)

        OPPENHEIM + ZEBRAK, LLP
        4530 Wisconsin Ave. NW, 5th Floor
        Washington, D.C. 20016
        Tel:  202-480-2999
        matt@oandzlaw.com
        michele@oandzlaw.com
        danae@oandzlaw.com

        *Attorneys for Plaintiffs*