# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., ELSEVIER INC.,
BEDFORD, FREEMAN & WORTH
PUBLISHING GROUP, LLC d/b/a MACMILLAN
LEARNING, CENGAGE LEARNING, INC., and
MCGRAW HILL LLC,
        Plaintiffs,

v.

**Case No. 21-cv-3486-RA**

MUSTAPHA NAJJI, ZAHRAT AL TAIF D/B/A
GOODS WHOLESALERS LL,
ABDERRAHMANE LASRI, AHMED ALI, ALI
SAMY, ID TNAINE ABDELLAH,
SAID OUAKRIM, SYED ATIF RAZA, SYED
HUSSAIN, ABIDA IMRAN, MUHAMMAD
SHEHZAD QAMMAR, YI SHI,  MANH CUONG
CAN, THU DUC NGUYEN, HOA MY HOANG,
HOANG ANH THI LAN, NGUYEN KIEN VIET,
PHUC DUONG NGUYEN, THOM THI BUI,
TRANG THI TRAN, TUAN DUONG ANH,
FAISAL MAJID, KHALID IBRAHIM, ABD
RAHIM BIN KARIM, AHMA SYAHIR,
ALEJANDRO VERA, MOHAMMAD SAMEED
UBAIR KHAN ABBASI, FARAH MAQSOOD,
MUHAMMAD HAMZA AFZAL, NOUMAN
MALIK, SYED HASNAIN RAZA, ANJUM
AKHTER, DUNG VUONG, HAROON MANSHA,
NGUYEN HAI LONG, NHAT DUONG DUC,
SHERRY SANDERS, KIEN QUYET TRAN,
FAROUQ JABRI, RAMYA MANI, HENRY
JOHNSON, PAVEL GALKIN, IRINA
DZHAVAKYANTS, HUONG THI THU
NGUYEN, MIKE WALLACE, AN NGUYEN
HOANG THIEN, JONGHO KU, HAMMAD
YOUSAF, DOE 24 D/B/A
TEACHINGRESOURCESSTORE.COM, and DOE
31 D/B/A
TESTBANKSOLUTIONMANUAL01.COM

**CLERK'S CERTIFICATE**
**OF DEFAULT**

        Defendants.

I, RUBY J. KRAJICK, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 20, 2021 with the filing of a Complaint and Summons; Plaintiffs filed an Amended Complaint on December 6, 2021 accompanied by new Summonses; and copies of the Complaint, Amended Complaint, and accompanying Summonses were served on Defendants Mustapha Najji, Zahrat Al Taif d/b/a Goods Wholesalers LL, Abderrahmane Lasri, Ahmed Ali, Ali Samy, Id Tnaine Abdellah, Said Ouakrim, Syed Atif Raza, Syed Hussain, Abida Imran, Muhammad Shehzad Qammar, Manh Cuong Can, Thu Duc Nguyen, Hoa My Hoang, Hoang Anh Thi Lan, Nguyen Kien Viet, Phuc Duong Nguyen, Thom Thi Bui, Trang Thi Tran, Tuan Duong Anh, Faisal Majid, Khalid Ibrahim, Abd Rahim Bin Karim, Ahma Syahir, Mohammad Sameed Ubair Khan Abbasi, Farah Maqsood, Muhammad Hamza Afzal, Nouman Malik, Syed Hasnain Raza, Anjum Akhter, Dung Vuong, Haroon Mansha, Nguyen Hai Long, Nhat Duong Duc, Sherry Sanders, Kien Quyet Tran, Farouq Jabri, Ramya Mani, Pavel Galkin, Irina Dzhavakyants, Huong Thi Thu Nguyen, Mike Wallace, An Nguyen Hoang Thien, Jongho Ku, Hammad Yousaf, Doe 24 d/b/a teachingresourcesstore.com, and Doe 31 d/b/a testbanksolutionmanual01.com (hereinafter, "Defendants") as follows:

1. Mustapha Najji, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

2. Zahrat Al Taif d/b/a Goods Wholesalers LL, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at

11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

3.      Abderrahmane Lasri, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

4.      Ahmed Ali, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

5.      Ali Samy, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

6.      Id Tnaine Abdellah, the Complaint by email on December 9, 2021, pursuant to the

Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

7.      Said Ouakrim, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

8.      Syed Atif Raza, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

9.      Syed Hussain, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

10.     Abida Imran, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

11.     Muhammad Shehzad Qammar,  the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

12.     Manh Cuong Can, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

13.     Thu Duc Nguyen, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9,

2021 (ECF No. 64);

14.     Hoa My Hoang, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

15.     Hoang Anh Thi Lan, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

16.     Nguyen Kien Viet, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

17.     Phuc Duong Nguyen, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22,

2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

18.     Thom Thi Bui, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

19.     Trang Thi Tran, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

20.     Tuan Duong Anh, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

21.     Faisal Majid, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by

email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

22.     Khalid Ibrahim, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

23.     Abd Rahim Bin Karim, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

24.     Ahma Syahir, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

25.     Mohammad Sameed Ubair Khan Abbasi, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at

11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

26.     Farah Maqsood, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

27.     Muhammad Hamza Afzal, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

28.     Nouman Malik, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

29.     Syed Hasnain Raza, the Complaint by email on December 9, 2021, pursuant to the

Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

30.    Anjum Akhter, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

31.    Dung Vuong, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

32.    Haroon Mansha, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

33.     Nguyen Hai Long, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

34.     Nhat Duong Duc, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

35.     Sherry Sanders, the Complaint by email on December 9, 2021 pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by personal service on December 11, 2021, with proof of service filed January 4, 2022 (ECF No. 65);

36.     Kien Quyet Tran, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

37.     Farouq Jabri, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

38.     Ramya Mani, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

39.     Pavel Galkin, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

40.     Irina Dzhavakyants, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9,

2021 (ECF No. 64);

41.     Huong Thi Thu Nguyen, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

42.     Mike Wallace, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

43.     An Nguyen Hoang Thien, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

44.     Jongho Ku, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF

No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

45.     Hammad Yousaf, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

46.     Doe 24 d/b/a teachingresourcesstore.com, the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64);

47.     Doe 31 d/b/a testbanksolutionmanual01.com the Complaint by email on December 9, 2021, pursuant to the Court's Alternate Service Order issued on April 22, 2021 (ECF No. 28 at 11), granting alternate service of process, with proof of service filed June 20, 2021 (ECF No. 40), and the Amended Complaint by email on December 9, 2021, pursuant to the Court's Order issued on November 22, 2021 (ECF No. 57), granting alternate service of process, with proof of service filed December 9, 2021 (ECF No. 64).

I further certify that the docket entries indicate that Defendants have not filed Answers or otherwise moved with respect to the Complaint or the Amended Complaint herein.  The default of Defendants is hereby noted.

Dated: New York, New York
_____, 2022
   January 10

                          RUBY J. KRAJICK

                          _____

                          Clerk of Court

                    By:   _____

                              Deputy Clerk