USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., et al.,

                Plaintiffs,

v.

MUSTAPHA NAJJI, et al.,

                Defendants.

21-CV-3486 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        On January 10 and 27, 2022, Plaintiffs received certificates of default as to all defendants. Defendants have not yet appeared, answered, or otherwise indicated that they intend to participate in this lawsuit. If Plaintiffs intend to move for default judgment, they shall do so by June 20, 2022.

        Plaintiffs shall serve a copy of this Order on Defendants by May 25, 2022 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    May 18, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge