UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., and MCGRAW HILL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MUSTAPHA NAJJI, et al.,<br><br>Defendants. | No. 21-cv-03486 (RA)<br><br>ORDER |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

RONNIE ABRAMS, United States District Judge:

For the reasons articulated in Plaintiffs' memorandum of law, ECF No. 84, Plaintiffs' motion for default judgment, a permanent injunction, and post-judgment relief is granted. By separate order, the Court will refer this matter to Magistrate Judge Netburn for an inquest into damages. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 83. Plaintiffs are directed to serve a copy of this order on Defendants and file proof of service on the docket by no later than December 28, 2022.

SO ORDERED.

Dated:   December 14, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge