USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PEARSON EDUCATION, INC., et al.,

                          Plaintiffs,

      -against-

MUSTAPHA NAJJI, et al.,

                          Defendants.

-----------------------------------------------------------------X

21-CV-03486 (RA)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

        On December 14, 2022, the Honorable Ronnie Abrams referred this case to my docket to conduct an inquest and to report and recommend concerning Plaintiffs' damages after entering a default judgment as to liability against Defendants. ECF No. 93. On January 13, 2023, Plaintiffs filed their Proposed Findings of Fact and Conclusions of Law. ECF No. 99. On January 23, 2023, Plaintiffs filed an affidavit of service indicating they had served Defendants the papers in support of their Proposed Findings of Fact and Conclusions of Law that same day. ECF No. 102. Accordingly, Defendants' response, if any, was to be filed no later than February 22, 2023. Because Defendants have made no such filing, this matter is now fully briefed.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      March 8, 2023
                 New York, New York