UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., and MCGRAW HILL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MUSTAPHA NAJJI, ZAHRAT AL TAIF D/B/A GOODS WHOLESALERS LL, ABDERRAHMANE LASRI, AHMED ALI, ALI SAMY, ID TNAINE ABDELLAH, SAID OUAKRIM, SYED ATIF RAZA, SYED HUSSAIN, ABIDA IMRAN, MUHAMMAD SHEHZAD QAMMAR, YI SHI, MANH CUONG CAN, THU DUC NGUYEN, HOA MY HOANG, HOANG ANH THI LAN, NGUYEN KIEN VIET, PHUC DUONG NGUYEN, THOM THI BUI, TRANG THI TRAN, TUAN DUONG ANH, FAISAL MAJID, KHALID IBRAHIM, ABD RAHIM BIN KARIM, AHMA SYAHIR, ALEJANDRO VERA, MOHAMMAD SAMEED UBAIR KHAN ABBASI, FARAH MAQSOOD, MUHAMMAD HAMZA AFZAL, NOUMAN MALIK, SYED HASNAIN RAZA, ANJUM AKHTER, DUNG VUONG, HAROON MANSHA, NGUYEN HAI LONG, NHAT DUONG DUC, SHERRY SANDERS, KIEN QUYET TRAN, FAROUQ JABRI, RAMYA MANI, HENRY JOHNSON, PAVEL GALKIN, IRINA DZHAVAKYANTS, HUONG THI THU NGUYEN, MIKE WALLACE, AN NGUYEN HOANG THIEN, JONGHO KU, HAMMAD YOUSAF, DOE 24 d/b/a TEACHINGRESOURCESTORE.COM, and DOE 31 d/b/a TESTBANKSOLUTIONMANUAL01.COM,<br><br>Defendants. | **Civil Action No. 21-cv-3486-RA** |

**[~~PROPOSED~~] ORDER**

Upon Plaintiffs' Motion to Amend Appendix A to the Default judgment, Permanent

Injunction, and Post-Judgment Relief Order ("Motion"), the supporting Memorandum of Law and declaration, and the entire record herein,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED;

IT IS FURTHER ORDERED that Appendix A to the Court's January 5, 2023 Default Judgment, Permanent Injunction, and Post-Judgment Relief Order (ECF No. 98) ("Current Injunction") is amended, as requested in Plaintiffs' Motion;

IT IS FURTHER ORDERED that the First Amended Appendix A, which is attached hereto, replaces and supersedes Appendix A to the Current Injunction.

It is SO ORDERED on this __30th__ day of __September__, 2024.

_____
HON. RONNIE ABRAMS
United States District Judge

# AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| Group 1 | Mustapha Najji<br>Zahrat Al Taif d/b/a Goods Wholesalers LL | easytaxexam.com<br>eduworklab.com<br>test2020bank.com | buybesttestbank.com<br>buysmtb.com<br>eduworkhub.com<br>instructortestsolution.com<br>mysmandtb.com<br>smtbhub.com<br>smtbstore50.com<br>studymanage.com<br>tbnsm2010.com<br>testexammaterial.com<br>testsolutionstore.com | Ataus Samad<br>James William<br>James Williams<br>John Jacob<br>M S Shaikh<br>Prashanta Kumar Baid<br>Sam Andy<br>Sarah Williams<br>Scholaron Utenix Technologies Private Limited | admin@easytaxexam.com<br>admin@eduworklab.com<br>admin@test2020bank.com<br>antorab2010@gmail.com<br>biswasku@gmail.com<br>emmastewart261@gmail<br>gandjlondonfashion@outlook.com<br>instructortestsolution@gmail.com<br>jacobstb02@gmail.com<br>jiaryu503@gmail.com<br>jwpp2015@gmail.com<br>ms6189782@gmail.com<br>mysmandtb@gmail.com<br>najjitraders@gmail.com<br>orderzotac2@gmail.com<br>partho0508@gmail.com |
| Group 2 | Abderrahmane Lasri<br>Ahmed Ali<br>Ali Samy<br>Id Tnaine Abdellah<br>Said Ouakrim<br>Syed Atif Raza<br>Syed Hussain | az-testbank.com<br>coursesexams.com<br>gloria-solution-manual.com<br>homeworkmerit.com<br>testbankworld.blogspot.com | buy-solutions-manual.com<br>coursemerit.com<br>onlinetestbank.net<br>test-bank-world.com<br>testbank-exams.com<br>onlinetestbanks.net<br>gloria-solutions-manual.com | A-Z TestBank<br>Abdul Samad<br>Academic Campus LTD<br>Ahmed Ishaq<br>Ali<br>Alina Clark<br>Ana Aderson<br>Annie McCauley<br>Aztestbank<br>BaduHost<br>Basma Iyad<br>Bibi Nimra<br>Coursemerit<br>Courses Exams<br>Cummins Jay<br>Dallas Forsberg<br>DreamNet<br>Edu-con<br>Eijazulhaq U Nizami<br>Emerson Torres<br>Fechner Law<br>Fiddak Zahra<br>FlashedCoder<br>Frances Coders<br>Freelance Tutoring<br>Homework Merit<br>Hussain Murad<br>Hussain Murad Shipping Services LLC<br>Hussnain<br>Ibex<br>Iffat Zahra<br>Irtaza Hussain<br>James Hall<br>Jessy Ajoke<br>John Ali<br>John Ferren<br>John Sons | A.ZTestBank.Info@gmail.com<br>aatif@flashedcoder.com<br>abida.zainab@gmail.com<br>abidairtaza@yahoo.com<br>adeel@irtaza.com<br>admin@allnurses.site<br>ahmedali199922@hotmail.com<br>aplustbsm@gmail.com<br>ashelper786@gmail.com<br>atif@irtaza.com<br>atif1286@yahoo.com<br>az.testbank.info@gmail.com<br>basma2iyad@hotmail.com<br>bibinimra42@gmail.com<br>big66804@gmail.com<br>blackcat00006@gmail.com<br>burjkhalifa127@gmail.com<br>contact@webfordesign.us<br>coursesexams@gmail.com<br>coursesexams@yahoo.com<br>docsmtb@hotmail.com<br>expert@baduhost.com<br>fechnerlaw71@gmail.com<br>flashedcoder0@gmail.com<br>flashedcoder702@ymail.com<br>friendlytutor2002@gmail.com<br>fullmarkteam@live.com<br>haadisys@flashedcoder.com<br>helpscribd@gmail.com<br>henryhenry006@gmail.com<br>hibaras669@jszmail.com<br>himayes921@smlmail.net<br>homeworkmerit@gmail.com<br>iffatzahra9@gmail.com<br>Infoibex0@gmail.com<br>jayukemex@emailay.com<br>jcobharry9312@gmail.com |

# AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Justin Thayer | jincoder2012@gmail.com |
| | | | | Kinza Ali | jsons6002@gmail.com |
| | | | | Larry Scott | kitafod@app-mailer.com |
| | | | | Losoy | kokofi5726@3mailapp.net |
| | | | | Losoy Bare | lisalee27006@gmail.com |
| | | | | LTD | losoyubare@3mail.rocks |
| | | | | LTW | loverlover51214@gmail.com |
| | | | | LW | majid@tribe361.com |
| | | | | Nazir Hussain | majidhassan10@hotmail.com |
| | | | | Nimra | masterji@flashedcoder.com |
| | | | | Online Education | me@irtaza.com |
| | | | | Online Homework Market | mekafi@6mail.top |
| | | | | Phyllis Struck | mohsin@flashedcoder.com |
| | | | | Rabejak Litwin | mohsinbrolive@gmail.com |
| | | | | Reza Faheem Ahmad | mohsinraza@irtaza.com |
| | | | | Robbie Hawkins | mypaypal@irtaza.com |
| | | | | Salman Ali | noreply@sendowl.com |
| | | | | Savannah Stiba | numberonetutor274@gmail.com |
| | | | | Sierra Cortney | numberonetutor472@gmail.com |
| | | | | Suuzan | ouakkrim@gmail.com |
| | | | | Suuzan Rose | payment@allfinalexamsanswers.com |
| | | | | Syed Irtaza Hussain | paypaak@gmail.com |
| | | | | Syed Mohsin Raza | paypal@flashedcoder.com |
| | | | | Syed Raza | paypal@isutler.com |
| | | | | Test Bank | pifaxosa@net2mail.top |
| | | | | William S | pokaku@8mailpro.com |
| | | | | | project_number@hotmail.com |
| | | | | | project.2215@hotmail.com |
| | | | | | rabejak501@jszmail.com |
| | | | | | raza7867214@gmail.com |
| | | | | | rereho@mail-share.net |
| | | | | | rrazaaza@gmail.com |
| | | | | | sagawi5001@iwebtm.com |
| | | | | | scribd647@gmail.com |
| | | | | | sellfyonwer@gmail.com |
| | | | | | shagusherry@gmail.com |
| | | | | | sierracortneyjenifer87@gmail.com |
| | | | | | smhlive@gmail.com |
| | | | | | SSTPAY@hotmail.com |
| | | | | | syed.irtaza@gmail.com |
| | | | | | syed27629@gmail.com |
| | | | | | syedmohsin_raza90@yahoo.com |
| | | | | | syedraza000111@gmail.com |
| | | | | | syedwasif006@gmail.com |
| | | | | | timebusy5@gmail.com |
| | | | | | tvembed@gmail.com |
| | | | | | update.ouakrim1@gmail.com |
| | | | | | vepel32886@quick-mail.cc |
| | | | | | vstream.eu@gmail.com |
| | | | | | waseee@flashedcoder.com |
| | | | | | wasif@irtaza.com |
| | | | | | work20team@gmail.com |
| | | | | | world4447@gmail.com |
| | | | | | worldcheater75@yahoo.com |

# AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | | wotoc@click2mail.net<br>xvid2014@gmail.com<br>zaviazahid@gmail.com |
| Group 3 | Abida Imran<br>Muhammad Shehzad Qammar<br>Yi Shi | ismtestbank.com | imtestbank.com<br>solutiontestbank.com | Academic eBook<br>ISMTB<br>Istb<br>Jie Chen<br>Mike Jojo<br>Muhammad Rizwan Mustafa Khan<br>OffshoreDedi<br>Testbank<br>UMC | admin@ekinomaniak.tv<br>admin@ismtestbank.com<br>billing@offshorededi.com<br>donaldshi@gmail.com<br>info@offshorededi.com<br>info@offshorededi.net<br>offshorededi@hotmail.com<br>payments@offshorededi.com<br>service@ismtestbank.com<br>shahzadqamarsgd@gmail.com<br>solutiontestbank@163.com<br>support@offshorededi.com |
| Group 4 | Manh Cuong Can<br>Thu Duc Nguyen | downloadaid.com<br>ebookclear.com<br>testthebank.com | | Amena Sharpe<br>Carney Connor<br>Cuong Manh Can<br>Downloadable Solutions<br>Fuong Do<br>John Doe<br>MQV Service<br>Muhammad Junaid Akhtar<br>STV Service<br>TestBankGood Support<br>TND Services<br>TTHT | alijohnny2009@gmail.com<br>chisthieu@hotmail.com<br>connorcarney1974@gmail.com<br>dentonanthony1991@gmail.com<br>donna_summer99@yahoo.com<br>downloadablesolutions@hotmail.com<br>ebookclear@gmail.com<br>maint1607@gmail.com<br>moxi9plus@hotmail.com<br>PeterHaris1991@gmail.com<br>phaletim56@gmail.com<br>ruisemino@hotmail.com<br>sharpeamena1990@gmail.com<br>SharpeAmena1990@testbanklive.com<br>support@downloadaid.com<br>support@ebookclear.com<br>support@testbankarea.com<br>support@testthebank.com<br>testbankarea@gmail.com<br>testbankgood@gmail.com |
| Group 5 | Hoa My Hoang<br>Hoang Anh Thi Lan<br>Nguyen Kien Viet<br>Phuc Duong Nguyen<br>Thom Thi Bui<br>Trang Thi Tran<br>Tuan Duong Anh | lovetestbank.com<br>solutionexam.com<br>testbankblock.com<br>testbankexam.com | | Ali Mohalin<br>Anh Hoang<br>ATI Student TIP<br>Eoir Aish<br>Fulkerson Clifton<br>Huong Thi Do<br>ibook Files<br>Loan Thi<br>Loan Thi Le<br>Love TestBank<br>LTestbank<br>Moco Wells Retailer<br>Nguyen Thi Khuyen<br>Nguyen Van Chung<br>Phuong Thi Tran<br>Phuong Tran | arthurjohnson920@gmail.com<br>arthurjohnsona2019@gmail.com<br>contact@lovetestbank.com<br>contact@testbankexam.com<br>cukamspoll@gmail.com<br>ellisontoddeb@gmail.com<br>fulkersoncli@gmail.com<br>Fulkersoncli1@addmot.com<br>hanh2338@yandex.com<br>hanh3823@gmail.com<br>hanh3823@tbmail.win<br>hanh3823@yandex.com<br>hoangmyhoa91@gmail.com<br>Icelandicf471@yandex.com<br>juanetruesdale@gmail.com<br>lovetestbank.com@gmail.com |

AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Solution Exam | mohalinalixa@gmail.com |
| | | | | TB Block | Mohalinalixa@tbmail.win |
| | | | | Tb Tree | mohamedami19183@gmail.com |
| | | | | TBEXAM | nasumspill@gmail.com |
| | | | | Tbleak | NasumsPill@tbmail.win |
| | | | | TestBank - Student LLC | nguyenphucduong23@gmail.com |
| | | | | TestBank Exam | rogerfavors641@gmail.com |
| | | | | Yen Thi Nguyen | SeloitCrus@gmail.com |
| | | | | | solutionexam.com@gmail.com |
| | | | | | support@testbankblock.com |
| | | | | | tbteam.com@yandex.com |
| | | | | | testbankexam.com@gmail.com |
| | | | | | testbankteam247@gmail.com |
| | | | | | timothyhight234@gmail.com |
| | | | | | tranhaiyen071989@gmail.com |
| | | | | | tranthiphuong2112@gmail.com |
| Group 6 | Faisal Majid | findtestbank.com | center-help.com | Rashed Al Shobaki | centertestbank@gmail.com |
| | Khalid Ibrahim | students-center.com | center-students.com | Test Bank Solution Manual | fm-tb@hotmail.com |
| | | | studytestbank.com | Testbank Testbank | ftestbank@gmail.com |
| | | | | | hb_6000@hotmail.com |
| | | | | | kh-itb@hotmail.com |
| | | | | | rashed-atb@hotmail.com |
| Group 7 | Abd Rahim Bin Karim | maxoop.com | | Asad Mahmood | abdrahimkarim@outlook.com |
| | Ahma Syahir | | | Asad Mehmood | asadmisc@gmail.com |
| | | | | Daus Enterprise | elviprodu@outlook.com |
| | | | | Mian Asad | firdauswardi.82@outlook.com |
| | | | | Noor Firdaus Jasmawardi | Support@maxoop.com |
| | | | | Raka90 Enterprise | syahir.osman@outlook.com |
| | | | | Syahir Enterprise | |
| Group 8 | Alejandro Vera | thetestbank.org | checkouthomeworklance.com | Abbott Amos | Abby654Miller@gmail.com |
| | Mohammad Sameed Ubair Khan Abbasi | | courseexam.com | Academic Freelancer | admin@homeworklance.com |
| | | | Homeworklance.com | Academic Reserve | Allegianx@hotmail.com |
| | | | homeworktimes.com | Academic Writing Services | amin.sohail@rocketmail.com |
| | | | smarthomework-help.blogspot.com | Custom writing paper | crystal52beagley@gmail.com |
| | | | testbank-lancer.com | Dainel T Brown | D_gabriel778@hotmail.com |
| | | | testbanklancer.com | Dekeisha Lindsey | daineltbrown@yahoo.com |
| | | | thetestbank.net | Delve Industries | Dean_gabz@hotmail.com |
| | | | | Donald Bailey | donald.jackman@yandex.com |
| | | | | Donald Jackman | farhansaeed23@yahoo.com |
| | | | | Farhan Saeed | flip.jupiter@yandex.com |
| | | | | Gabriel Dean | Greyortsch@hotmail.com |
| | | | | Gm Media | homeworkelance@gmail.com |
| | | | | Goods Bay | homeworkguiders@gmail.com |
| | | | | Homeworklance.com, LLC | homeworklance@yahoo.com |
| | | | | Jeremy Clarke | homeworkzmonster@gmail.com |
| | | | | John Smith | hwsolutionsguru@gmail.com |
| | | | | John Taylor | info.homeworklance@gmail.com |
| | | | | Johnny Guru | lancehomework@gmail.com |
| | | | | Kevin Alfred Lapierre | Lindseytr423@gmail.com |
| | | | | Kevin Sage | Madendader51@mail.com |
| | | | | Michael Damn | Madendader55@mail.com |

# AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | QUA Writing Service | michael.damn@yandex.com |
| | | | | Ron Ridley | mikelussy@gmail.com |
| | | | | Sam Outsourcing Media LLC | payment-employer@homeworklance.com |
| | | | | Sameed Abbasi | payment.tutorialbucket@gmail.com |
| | | | | SQ Media | payment.uphomework@gmail.com |
| | | | | Stephen Robert | payment@homeworklance.com |
| | | | | The Gaming Goat | paymenttutorial@gmail.com |
| | | | | Tutorial Help | principleshomework@gmail.com |
| | | | | Writing Services | ronridley4707@gmail.com |
| | | | | Jaya Porea | Sameedabbasi1@gmail.com |
| | | | | | sameedsaam@gmail.com |
| | | | | | samoutsourcingmedia@gmail.com |
| | | | | | swissmuch@gmail.com |
| | | | | | tahira.amin@yahoo.com |
| | | | | | testbanklancer@gmail.com |
| | | | | | tutorials.homeworkbucket@gmail.com |
| | | | | | Johnmary5jan@gmail.com |
| Group 9 | Farah Maqsood | eazyquiz.com | acehomework.net | Algobit LTD | 444rahamali@gmail.com |
| | Muhammad Hamza Afzal | staequiz.com | agradedsolutions.com | BizCave Ltd | aexisharbor09@gmail.com |
| | Nouman Malik | tbzuiqe.com | answerbanks.com | Easy Quiz | alexisharbor09@gmail.com |
| | Syed Hasnain Raza | | easyquiz.com | James Anderson | ameliorator@hotmail.com |
| | | | equizmart.com | Jamshaid Nazar | easyquiz09@gmail.com |
| | | | quizsol.com | Mmalik 34 | nouman6365@gmail.com |
| | | | quizsolutions.online | Quiz Sol | quizsol99@gmail.com |
| | | | quizsolutions.site | ReTouch Tech LLC | rockn786@outlook.com |
| | | | | Soul Soothing | shraza81@hotmail.com |
| | | | | Spinwoop | ssoothing1@gmail.com |
| | | | | Tbzuiqe 100 | tbzuiqe@gmail.com |
| | | | | Tbzuiqe 99 | whisperhills@gmail.com |
| | | | | Zaka uD Din Bilal | |
| Group 10 | Anjum Akhter | airbooks.org | audiobooksbs.com | ABBS Services | 50.tranthisen@mailaze.com |
| | Dung Vuong | audiobooksbookshop.com | awakebookstore.coom | Abdulsalam Mohamad | abbieclark859572@gmail.com |
| | Haroon Mansha | varokee.com | blatbooks.com | Akac Garnet | abbyidelle99134@gmail.com |
| | Nguyen Hai Long | | collegestudenttextbook.org | Alvarez Beats | aboutwhom1709@gmail.com |
| | Nhat Duong Duc | | collegestudenttextbooks.com | Amna Rizvi | activitygrave5381@gmail.com |
| | Sherry Sanders | | ctctextbooks.com | Anel Kolenovic | admin@audiobooksbookshop.com |
| | | | ctextbooks.com | Aram Buxom | admin@ctctextbooks.com |
| | | | duranbooks.com | Atroe | againstrecovery9505@gmail.com |
| | | | duranbooks.net | Bastion Sinyari | alanjohnson48e@gmail.com |
| | | | egglestonoffice.com | Bien Tien Nguyen | alanmason148334@gmail.com |
| | | | jimdavisbooks.com | Bonnie L Richardson | almtamflemming9976@gmail.com |
| | | | sbooks.net | Bookfit | amberprice585396@gmail.com |
| | | | solutionbank.co | Booknetwor | ameliakelly276870@gmail.com |
| | | | zoofs.nl | Bookstore | amnamrizvi@gmail.com |
| | | | college.bz | Brittany Infinite | andyparker134271@gmail.com |
| | | | textbooks.cx | Brittany Soothing | anjumakhter@gmail.com |
| | | | | Caliv Cup | annawilliams133020@gmail.com |
| | | | | Calm Dena | arlyneblaine67743117@gmail.com |
| | | | | Calvin Polansky | ashleycoo564@gmail.com |
| | | | | Charie | autumngenna73147341@gmail.com |
| | | | | Christopher H Revels | bendpalestinian0173@gmail.com |
| | | | | Christy M Atkins | bergerons773@gmail.com |

## AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Christy N Varner | cardpayment@enapar.xyz |
| | | | | Clothes to Kids Inc abbyidelle | cardpayment@popkein.xyz |
| | | | | College Student Textbooks | cardpayment@sumoug.xyz |
| | | | | Conroy Pitch | cardsupport@dweear.xyz |
| | | | | Conroy Sense | charlesallen115194@gmail.com |
| | | | | CTC Textbooks.com | chrissimpson556617@gmail.com |
| | | | | Dadourian Arcane | contact@collegestudenttextbooks.com |
| | | | | Dadourian Pursuit | contact@trouserstv.store |
| | | | | Dai Viet Nguyen | contact@varokee.com |
| | | | | Dang Van Tu | coorismartin8990@gmail.com |
| | | | | David W. Mann | cothrarichards7098@gmail.com |
| | | | | Debbie K Rickman | countyunlike2264@gmail.com |
| | | | | Deborah J Vineyard | coxardsaunnd9555@gmail.com |
| | | | | Deweear | craigrogers886032@gmail.com |
| | | | | Digital Bks | dalelloyd703777@gmail.com |
| | | | | Dong Duy Nguyen | danbrown223499@gmail.com |
| | | | | Duc Cong Phi | danielehughes5443@gmail.com |
| | | | | Duc Manh Pham | danielleknight489630@gmail.com |
| | | | | Duong Duc Nhat | darrensmith992582@gmail.com |
| | | | | Duy Dong Nguyen | david@mcctextbooks.com |
| | | | | Egglestonoffice | david@thestudentbookstore.net |
| | | | | Ehoststudybooks | dd.nhat.bkhn@gmail.com |
| | | | | Enapar | DebraTKolb63@gmail.com |
| | | | | Estefania Direct | dominicstevens659089@gmail.com |
| | | | | Evan Lai | dylanbailey700673@gmail.com |
| | | | | Evelyn A Dominguez | dylanshetler1999@gmail.com |
| | | | | Evergreen Virginia | edwardhunt349274@gmail.com |
| | | | | Garrnett Isitt-Tintle | eleanorhall599689@gmail.com |
| | | | | Gwendolyn Crawford | ellaclarke467579@gmail.com |
| | | | | Harlon J Alford | emmalee678042@gmail.com |
| | | | | Henry Hoey | erinjackson992987@gmail.com |
| | | | | Hoang Manh Nghia | fayematthews510025@gmail.com |
| | | | | Hoang Trung Kien | FiggsyCzaplajr11@yahoo.com |
| | | | | Hoang Van Ngoc | foxeesle2732@gmail.com |
| | | | | Hung Ba Pham | GrayswYodersh11@yahoo.com |
| | | | | Ireher | haroon.mansha@gmail.com |
| | | | | Israyelyan Society | harrisoncollins288481@gmail.com |
| | | | | Jim Davis Books | haseeb@defence.pk |
| | | | | John Atlas | ianhunt937085@gmail.com |
| | | | | John Wrangler | icepersonnel6645@gmail.com |
| | | | | Joseph P VanHarken | imposeserve3604@gmail.com |
| | | | | Kathleen Darling | info@zoofs.nl |
| | | | | Kazuhiro Ozawa | isabellemason754088@gmail.com |
| | | | | Kebarl | jacobellis539205@gmail.com |
| | | | | Khaoso Springfield Trust CO | jameschapman748381@gmail.com |
| | | | | Kien Trung Hoang | jamessmithave@gmail.com |
| | | | | Klienten Garrity | janeholmes576104@gmail.com |
| | | | | Lance Michael Palanica | jasminemurphy375338@gmail.com |
| | | | | Leannee Karen Droessler | jennysmithwyo@gmail.com |
| | | | | Lena Jacquard | johnpatel687237@gmail.com |
| | | | | Liang Chen | justineking140497@gmail.com |
| | | | | Litlah | justinerose924485@gmail.com |
| | | | | Manh Duy Nguyen | kellyrichards841248@gmail.com |
| | | | | Manh Van Pham | khansherman5714@gmail.com |

AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Marc Condon | khaterjyotri2876@gmail.com |
| | | | | Minh Dinh Phi | kirstenbutler163720@gmail.com |
| | | | | Mohammed Haseev | laylakhan692680@gmail.com |
| | | | | Nessyrosal | leahmorris485042@gmail.com |
| | | | | Nga Pham | leehunt499015@gmail.com |
| | | | | Nghia Manh Hoang | leetituou1003@gmail.com |
| | | | | Ngoc Van Hoang | lewieyeller3156@gmail.com |
| | | | | Ngoc Van Nguyen | lrowe8664@gmail.com |
| | | | | Nguyen Tien Quan | LundAtkins51951763@gmail.com |
| | | | | Nguyen Doan Tuan Thanh | marc.condon991@outlook.com |
| | | | | Nguyen Dong Duy | mariapowell430807@gmail.com |
| | | | | Nguyen Duy Dong | marywilliams992827@gmail.com |
| | | | | Nguyen Duy Manh | maxmorgan192801@gmail.com |
| | | | | Nguyen Nhu Thinh | miaadams139973@gmail.com |
| | | | | Nguyen Tien Bien | mikeprice680783@gmail.com |
| | | | | Nguyen Tien Quan | minniertamika4928153@gmail.com |
| | | | | Nguyen Tnhu Thinh | mitvarmorris0678@gmail.com |
| | | | | Nguyen Van Ngoc | mohdbhaseeb@gmail.com |
| | | | | Nguyen Van Thuy | molderleandra220552@gmail.com |
| | | | | Nguyen Viet Dai | mollywhite227829@gmail.com |
| | | | | Nguyen Viet Tan | morellleann652@gmail.com |
| | | | | Ofilialyndsay | morgerdeedra2178045@gmail.com |
| | | | | Patrick J Massett | mosellekathy261917@gmail.com |
| | | | | Peggy Collum | MossergpDriggsdg21@yahoo.com |
| | | | | Pham Ba Hung | moyejanita8153@gmail.com |
| | | | | Pham Manh Duc | mulkerinmaritza535@gmail.com |
| | | | | Phạm Thị Thuỳ Minh | mullettarline2745@gmail.com |
| | | | | Pham Van Manh | munstermannemile247@gmail.com |
| | | | | Phạm Văn Mạnh | murpurfelipa8795@gmail.com |
| | | | | Phan Van Thang | muthermarjorie2745@gmail.com |
| | | | | Phi Cong Duc | nahhasdenny7254@gmail.com |
| | | | | Phi Dinh Minh | nakanolashawnda182417@gmail.com |
| | | | | Pjanes | nalljess438@gmail.com |
| | | | | Pjet | naomiprice331483@gmail.com |
| | | | | Point Mikail | napieralakimberely53@gmail.com |
| | | | | Popkein | NathanElnora40266951@gmail.com |
| | | | | Quan Tien Nguyen | nathansaunders826206@gmail.com |
| | | | | RaisingReaders | nealeighkenton147149@gmail.com |
| | | | | Raymond F Reno | neaultgeorgeanna411247@gmail.com |
| | | | | Reese Lethal | neitherdeny2283@gmail.com |
| | | | | Reese Wind | nelmsmarcelo13152745@gmail.com |
| | | | | Rhianonbea | nessyrosalind17167@gmail.com |
| | | | | Rigoberto Glimmer | nguyenhailong.ptit@gmail.com |
| | | | | Rosa Laumen | nicarlucinda2745@gmail.com |
| | | | | Samatha Ngan Le Tran | niedbalskiterri536@gmail.com |
| | | | | Sample Jelani | NielsenIsom21826785@gmail.com |
| | | | | Sand Taster | niemeyerwanita134227@gmail.com |
| | | | | Sandra Galindo | nikkelomar11942745@gmail.com |
| | | | | Sen Tran Thi | nikkimoore386705@gmail.com |
| | | | | Service Now Inc Company | norcialeana535@gmail.com |
| | | | | Sigmund Zone | nuzbackmarissa6305@gmail.com |
| | | | | Spidle Dramatic | obhoffabian756625@gmail.com |
| | | | | Sportler Lynn | ogeiildaviow8171@gmail.com |
| | | | | Sumoug | ogeraleta9358@gmail.com |

AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Susan Ragon | oishichanelle3763@gmail.com |
| | | | | Tan Viet Nguyen | olckhartiraida171554@gmail.com |
| | | | | Tas Fiq | oliviarichardson345819@gmail.com |
| | | | | Tera Anthony | onangolden1943@gmail.com |
| | | | | Texturiert Garrity | oodaooallen8699@gmail.com |
| | | | | Thang Van Phan | oscarmason798624@gmail.com |
| | | | | Thinh Nhu Nguyen | oscarrose594822@gmail.com |
| | | | | Thomas J Reed | oscarsimpson678257@gmail.com |
| | | | | Thuy Van Nguyen | ovenaccording9963@gmail.com |
| | | | | Tran Huu Tung | oxaroowalker7691@gmail.com |
| | | | | Tran Thi Sen | padelyetta2745@gmail.com |
| | | | | TrousersTV | pay@charie.xyz |
| | | | | Tu Van Dang | paygate@ireher.xyz |
| | | | | Tuan Thanh Doan Nguyen | paygates@litlah.xyz |
| | | | | Tung Huu Tran | payment.bebeli@gmail.com |
| | | | | Twyla Davis | payment@atroe.xyz |
| | | | | Tyler P Sanders | payment@pjanes.xyz |
| | | | | Tylishia Splash | payment@rhianonbea.xyz |
| | | | | Varokee | payments@ofilialyndsay.xyz |
| | | | | Viet Khoa Nguyen | payments@varokee.com |
| | | | | William George | philipphillips464082@gmail.com |
| | | | | Zannya | pinjetteam@gmail.com |
| | | | | Zoofs | quentinyoung979949@gmail.com |
| | | | | | rachewhillipshan2023@gmail.com |
| | | | | | rebeccastevens682554@gmail.com |
| | | | | | rosalaumen@outlook.com |
| | | | | | rosiemitchell173015@gmail.com |
| | | | | | rubyjones468681@gmail.com |
| | | | | | sallybennett886855@gmail.com |
| | | | | | sentran121991@gmail.com |
| | | | | | sheilabliss73375567@gmail.com |
| | | | | | SilviaGilbert76498819@gmail.com |
| | | | | | sonnyandradem1i9@gmail.com |
| | | | | | stevewilkinson639716@gmail.com |
| | | | | | stripe@bookfit.store |
| | | | | | stripe@booknetwork.store |
| | | | | | stripe@zannya.xyz |
| | | | | | stripepaygate@kebarl.xyz |
| | | | | | sunfawei21@gmail.com |
| | | | | | support@airbooks.org |
| | | | | | talagarefugia928@gmail.com |
| | | | | | tarasestrella806@gmail.com |
| | | | | | tarrybok806@gmail.com |
| | | | | | tasfiq1123@gmail.com |
| | | | | | taviraluci1717705@gmail.com |
| | | | | | tevpowhunt6215@gmail.com |
| | | | | | thomdwgrifwe2459@gmail.com |
| | | | | | to4934@foxmail.com |
| | | | | | tobyadams836362@gmail.com |
| | | | | | tomlewis936659@gmail.com |
| | | | | | tooselection8217@gmail.com |
| | | | | | unvarskyberry295@gmail.com |
| | | | | | useltonbrendon858927@gmail.com |
| | | | | | usmangabriel3313843@gmail.com |

AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | | vaillaustin762927@gmail.com |
| | | | | | vanessarichardson701168@gmail.com |
| | | | | | verserleena2110296@gmail.com |
| | | | | | vvdung88@gmail.com |
| | | | | | walwnhall9179@gmail.com |
| | | | | | wayneowen458589@gmail.com |
| | | | | | williammorgan558159@gmail.com |
| | | | | | yasminedavies518650@gmail.com |
| | | | | | yearlbtvww632@gmail.com |
| | | | | | yvonneowen916156@gmail.com |
| | | | | | jaydenthompson959071@gmail.com |
| | | | | | alexstevens392297@gmail.com |
| | | | | | contact@college.bz |
| | | | | | devynkeagan5@gmail.com |
| | | | | | donnajohnson834317@gmail.com |
| | | | | | dortharoseann14288018@gmail.com |
| | | | | | harkmccoy1350@gmail.com |
| | | | | | imogenkhan665352@gmail.com |
| | | | | | jamieyoung273203@gmail.com |
| | | | | | juliaclark641869@gmail.com |
| | | | | | keeleycampbell487877@gmail.com |
| | | | | | knowlesratliff9040788@gmail.com |
| | | | | | lindawilson358506@gmail.com |
| | | | | | lindsaypowell503840@gmail.com |
| | | | | | minklerceleste1943@gmail.com |
| | | | | | petehughes924717@gmail.com |
| | | | | | shannonellis661908@gmail.com |
| | | | | | shaynacorabhfk@gmail.com |
| | | | | | trevinwilkerson41@gmail.com |
| Doe 1 | Kien Quyet Tran | abooks.org | | Gary Jakubowski | dailyhosting1@gmail.com |
| | | | | Jessica Yichun | garyjakubowski1263@gmail.com |
| | | | | Ngat Thi Nguyen | nguyenngan141790@gmail.com |
| | | | | Thông Huỳnh Minh Hoàng | quyetpc@gmail.com |
| | | | | Trong Hai Vo | thong@dangnhanhonline.com |
| | | | | | votronghai@yahoo.com |
| Doe 5 | Farouq Jabri | buy-test-bank.org | testbank4u.com | Ahmad Altaweel | aaltaweel26@yahoo.com |
| | | | buy-test-bank.shop | Faris Lahham | farouqjabri@yahoo.com |
| | | | | Mahdi Alsanoussi | info@buy-test-bank.org |
| | | | | Robin Aragorn | info@buy-test-bank.shop |
| | | | | Alan Gabriel Nieto Saavedra | info@testbank4u.com |
| | | | | Ayman Abu Hassan | the_vision19@yahoo.com |
| | | | | Liam Fenech | alannietosaavedra@hotmail.com |
| | | | | Hikmat Mihyar | Fllima@yahoo.com |
| | | | | Daniel Johnson | hikmatmihyar@yahoo.com |
| | | | | Salahittin Karamankaya | johdanial62@yahoo.com |
| | | | | Maria Filipina Semblante | ksalahttin@yahoo.com |
| | | | | Munther Shawabkeh | mafilsemblante@gmail.com |
| | | | | Habeeb Mohaidat | manzoora111@yahoo.com |
| | | | | Monther Fahmi | mohaidathabeeb@yahoo.com |
| | | | | Jerwin Paltao Cuevo | montherfahmi@yahoo.com |
| | | | | | munthershawabkeh@yahoo.com |
| | | | | | wengweng304@gmail.com |

## AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| Does 13 & 32 | Ramya Mani | growmygrade.com<br>testbanksonline.com | testbank2020.com<br>testbankgrade.com<br>testbanks21.com<br>testbank23.com<br>testbankdeed.com | David John<br>Study Docs<br>Thirumalai Samy | payment@growmygrade.com<br>payment@testbanksonline.com<br>payments@testbanksonline.com<br>ramyasmtb@gmail.com<br>sureshk@utenix.com<br>thirutestb@gmail.com<br>xnx.scorpian@gmail.com |
| Doe 16 | Henry Johnson | joycebros.com | alibi-books.com<br>bookcasebooks.com<br>gillcampbell.com<br>o2books.com | Edna Caoagdan<br>Platfox LLC | larrypdx20@gmail.com<br>platfox@vvn.us<br>sfrazier@joycebros.com<br>support@joycebros.com |
| Doe 20 | Pavel Galkin | resourcesforinstructors.com<br>teachingresourceshub.com | resourcesforuni.com | Resources For Instructors<br>Azamat Myrzaly | admin@teachingresourceshub.com<br>customerservice@teachingresourceshub.com<br>pgalkin1990@gmail.com<br>resourcesforinstructors@gmail.com<br>resourcesforuni@gmail.com |
| Doe 24 | Doe 24 d/b/a teachingresourcesstore.com | teachingresourcesstore.com | | | info@teachingresourcesstore.com<br>petrgalkin@iwebsolutions.ru |
| Doe 26 | Irina Dzhavakyants | testandsolution.com | | Test and Solution | irina.sabirova.78@gmail.com<br>irina.sabirova.78@mail.ru<br>testandsolution@gmail.com |
| Doe 29 | Huong Thi Thu Nguyen | testbankrush.com | | Chad Barrett<br>Essay 4<br>Le Ngoc Thuy<br>Linh Nguyen Thuy | ducabmriss@gmail.com<br>maganahaze@gmail.com<br>maganahaze@zoho.com<br>maganahaze@zohomail.com<br>Support@testbankrush.com<br>testbanknew.com@gmail.com<br>testbankrush.com@gmail.com |
| Doe 30 | Mike Wallace | testbankscore.com | marketeerz.net<br>testbankclasses.com<br>testbankpaper.com<br>testbankpass.com<br>testbankquestions.com | CJ Thomas<br>Jefferson Campbell<br>Patrick Andre Smith<br>Patrick Smith<br>Web Tech | alextbsmim@gmail.com<br>billing@solidtechdev.com<br>ikenosmith@gmail.com<br>info@testbankscore.com<br>Jefferson1985@protonmail.com<br>mikey87@protonmail.com<br>mikeyicwi@gmail.com<br>rickz80@protonmail.com<br>salelog87@outlook.com<br>solidtech@shoppinwiz.com<br>solutiontbim@gmail.com<br>sujiticwi@gmail.com<br>support@solidtechdev.com<br>support@testbankscore.com |
| Doe 31 | Doe 31 d/b/a testbanksolutionmanual01.com | testbanksolutionmanual01.com | | | admin@testbanksolutionmanual01.com |
| Doe 33 | An Nguyen Hoang Thien | testbanksuccess.com | | An Hoang Thien Nguyen<br>An Nguyen | annguyen.you@gmail.com<br>contact@testbanksuccess.com |

AMENDED APPENDIX A

| Doe/Group | Defendant(s) | Original Infringing Site(s) | Additional Infringing Site(s) | Alias(es) | Email Address(es) |
|---|---|---|---|---|---|
| | | | | Cody Ashley | davidwalker.you@gmail.com |
| | | | | Le Sang | eduguideservice@gmail.com |
| | | | | Lin Lam | newachievementco@gmail.com |
| | | | | Sang Le | testbankdocs@gmail.com |
| | | | | Test Bank Docs | testbanksuccesspaypal@gmail.com |
| | | | | Test Bank Success | thien_an1006@yahoo.com |
| | | | | Testbanksucess PP | thienan.nguyenhoang@gmail.com |
| Doe 34 | Jongho Ku | testbanktown.com | | Erica Ruiz | admin@testbanktown.com |
| | | | | Isaiah Nickerson | datalooker@gmail.com |
| | | | | Jill Rocky | ericaruiz199867@gmail.com |
| | | | | SMTB Store | indigo01515@gmail.com |
| | | | | Terrence Buchanan | isaiahnickerson95@gmail.com |
| | | | | | smtbstore@gmail.com |
| Doe 38 | Hammad Yousaf | tutorsection.com | easytestmanual.com | Tanveer Ahmed | alexemtech@gmail.com |
| | | | ebookorderform.com | | creatikcode@gmail.com |
| | | | eztutorsource.com | | info@tutorsection.com |
| | | | orderyourebook.com | | studentshelp@hotmail.com |
| | | | | | zohaib_uk@yahoo.co.uk |