# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

PEARSON EDUCATION, INC., ELSEVIER INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING, CENGAGE LEARNING, INC., and MCGRAW HILL LLC,

                       Plaintiffs,

    -against-                                                 21 **CIVIL** 3486 (RA)

                                                           **JUDGMENT**

MUSTAPHA NAJJI, ZAHRAT AL TAIF d/b/a GOODS WHOLESALERS LL, ABDERRAHMANE LASRI, AHMED ALI, ALI SAMY, ID TNAINE ABDELLAH, SAID OUAKRIM, SYED ATIF RAZA, SYED HUSSAIN, ABIDA IMRAN, MUHAMMAD SHEHZAD QAMMAR, YI SHI, MANH CUONG CAN, THU DUC NGUYEN, HOA MY HOANG, HOANG ANH THI LAN, NGUYEN KIEN VIET, PHUC DUONG NGUYEN, THOM THI BUI, TRANG THI TRAN, TUAN DUONG ANH, FAISAL MAJID, KHALID IBRAHIM, ABD RAHIM BIN KARIM, AHMA SYAHIR, ALEJANDRO VERA, MOHAMMAD SAMEED UBAIR KHAN ABBASI, FARAH MAQSOOD, MUHAMMAD HAMZA AFZAL, NOUMAN MALIK, SYED HASNAIN RAZA, ANJUM AKHTER, DUNG VUONG, HAROON MANSHA, NGUYEN HAI LONG, NHAT DUONG DUC, SHERRY SANDERS, KIEN QUYET TRAN, FAROUQ JABRI, RAMYA MANI, HENRY JOHNSON, PAVEL GALKIN, IRINA DZHAVAKYANTS, HUONG THI THU NGUYEN, MIKE WALLACE, AN NGUYEN HOANG THIEN, JONGHO KU, HAMMAD YOUSAF, DOE 24 d/b/a TEACHINGRESOURCESTORE.COM, and DOE 31 d/b/a TESTBANKSOLUTIONMANUAL01.COM,

                       Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2024, Plaintiffs Cengage and McGraw Hill are awarded $1,000,000 in statutory damages per relevant Defendant or Defendant Group and counterfeited mark, and all Plaintiffs are awarded $150,000 in statutory damages per Defendant or Defendant Group and copyright infringed, as set forth in Exhibit 4 to the Inquest Attorney Declaration, Dkt. 99-5, plus applicable post-judgment interest. Judgment is entered for Plaintiffs, for Total Judgment Amount of $23,150,000.00. Accordingly, case is closed.

**Dated:** New York, New York

    September 30, 2024

 

                                             **DANIEL ORTIZ**
                                       **Acting Clerk of Court**

**BY:** _____
                                        **Deputy Clerk**