UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., ELSEVIER
INC., BEDFORD, FREEMAN & WORTH
PUBLISHING GROUP, LLC d/b/a
MACMILLAN LEARNING, CENGAGE
LEARNING, INC., and MCGRAW HILL LLC,

     Plaintiffs,

   v.

MUSTAPHA NAJJI, ZAHRAT AL TAIF d/b/a
GOODS WHOLESALERS LL,
ABDERRAHMANE LASRI, AHMED ALI, ALI
SAMY, ID TNAINE ABDELLAH,
SAID OUAKRIM, SYED ATIF RAZA, SYED
HUSSAIN, ABIDA IMRAN, MUHAMMAD
SHEHZAD QAMMAR, YI SHI,  MANH CUONG
CAN, THU DUC NGUYEN, HOA MY HOANG,
HOANG ANH THI LAN, NGUYEN KIEN VIET,
PHUC DUONG NGUYEN, THOM THI BUI,
TRANG THI TRAN, TUAN DUONG ANH,
FAISAL MAJID, KHALID IBRAHIM, ABD
RAHIM BIN KARIM, AHMA SYAHIR,
ALEJANDRO VERA, MOHAMMAD SAMEED
UBAIR KHAN ABBASI, FARAH MAQSOOD,
MUHAMMAD HAMZA AFZAL, NOUMAN
MALIK, SYED HASNAIN RAZA, ANJUM
AKHTER, DUNG VUONG, HAROON MANSHA,
NGUYEN HAI LONG, NHAT DUONG DUC,
SHERRY SANDERS, KIEN QUYET TRAN,
FAROUQ JABRI, RAMYA MANI, HENRY
JOHNSON, PAVEL GALKIN, IRINA
DZHAVAKYANTS, HUONG THI THU
NGUYEN, MIKE WALLACE, AN NGUYEN
HOANG THIEN, JONGHO KU, HAMMAD
YOUSAF, DOE 24 d/b/a
TEACHINGRESOURCESTORE.COM, and DOE
31 d/b/a
TESTBANKSOLUTIONMANUAL01.COM,

     Defendants.

21-CV-3486 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Upon Plaintiffs' Motion to Amend the Court's January 5, 2023 Default Judgment, Permanent Injunction, and Post-Judgment Relief Order to reflect the Court's complete final judgment in this case, and consistent with the Court's September 30, 2024 Order Adopting Report & Recommendation, Dkt. No. 112, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED;

IT IS FURTHER ORDERED that the Amended Final Default Judgment, Permanent Injunction, and Post-Judgment Relief Order replaces and supersedes the Default Judgment, Permanent Injunction, and Post-Judgment Relief Order filed January 5, 2023, Dkt. No. 98.

SO ORDERED.

Dated:      October 28, 2024
            New York, New York

_____
Hon. Ronnie Abrams
United States District Judge